IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL P. ALLEN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No.: 2:06CV879-M |
| | ) |
| BERTHA GORDON MOORE, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF RELATED CASE

PLEASE TAKE NOTICE that on this date the United States removed two related cases from the Circuit Court for Montgomery County, Alabama: *Wallace and Phyllis Montgomery v. Bertha Moore, et al.*, Case No. CV 2005-2214 (Circuit Court of Montgomery County, Alabama); and *Allen, et al., v. Bertha Gordon Moore, et al.*, Case No. CV 2005-2213 (Circuit Court of Montgomery County, Alabama). These cases both arise from the same automobile accident that occurred on August 29, 2003, on Interstate Sixty-Five (I-65).

Respectfully submitted this 28th day of September, 2006.

                                      PETER D. KEISLER
                                      Assistant Attorney General
                                      Civil Division

                                      PHYLLIS J. PYLES
                                      Director, Torts Branch
                                      Civil Division

GAIL K. JOHNSON
Trial Attorney, Torts Branch
Civil Division

_/s/ (For)_
CONOR KELLS
Trial Attorney, Torts Branch
Civil Division
U.S. Department of Justice
Benjamin Franklin Station
P.O. Box 888
Washington, D.C. 20044
(202) 616-4273
(202) 616-5200 (FAX)

LEURA G. CANARY
United States Attorney

By: _/s/_
STEPHEN M. DOYLE
Chief, Civil Division
Assistant United States Attorney
Post Office Box 197
Montgomery, AL 36101-0197
District of Columbia Bar No. 422474
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
E-mail: **stephen.doyle@usdoj.gov**

Attorneys for Defendant
UNITED STATES OF AMERICA

2

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing Notice upon plaintiffs' attorney by mailing a copy of same, first class, postage prepaid, addressed as follows:

>Annesley H. DeGaris, Esq.
>CORY, WATSON, CROWDER & DEGARIS, P.C.
>2131 Magnolia Avenue, Suite 200
>Birmingham, AL 35205

Dated this 28th day of September, 2006.

_____
Assistant United States Attorney