## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| MICHAEL P. ALLEN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No.: 2:06-cv-879-MEF |
| | ) |
| UNITED STATES, et al., | ) |
| | ) |
| Defendants. | ) |

## UNITED STATES' ANSWER AND AFFIRMATIVE DEFENSES

COMES NOW defendant, the United States, and pursuant to Rule 12 of the

Federal Rules of Civil Procedure, answers Plaintiffs' Complaint as follows:

### FIRST DEFENSE

Contributory Negligence.

### SECOND DEFENSE

Defendant denies that it breached any duty of care owed to Plaintiffs.

### THIRD DEFENSE

The damages claimed by Plaintiffs were not proximately caused by the accident at

issue.

### FOURTH DEFENSE

Plaintiffs demand a jury trial. Trial by jury is not available under the Federal Tort

Claims Act. 28 U.S.C. § 2402. *See also, Carlson v. Green*, 446 U.S. 14, 22 (1980).

## FIFTH DEFENSE

The United States is entitled to a set-off of any amounts recovered from other sources in compensation for damages allegedly sustained in this accident.

## SIXTH DEFENSE

The United States reserves the right to assert further affirmative defenses as they become evident through discovery or investigation.

## SEVENTH DEFENSE

NOW, having set forth certain of its defenses herein, the United States responds to the numbered paragraphs in Plaintiffs' Complaint as follows:

1.  Defendant is without knowledge or information sufficient to admit or deny paragraph 1.

2.  Defendant is without knowledge or information sufficient to admit or deny paragraph 2.

3.  Defendant is without knowledge or information sufficient to admit or deny paragraph 3.

4.  The United States has been substituted as party defendant for Bertha Moore, and she is no longer a party to this action. To the extent that an answer is required, Defendant admits paragraph 4.

5.  Defendant is without knowledge or information sufficient to admit or deny paragraph 5.

6.  Defendant is without knowledge or information sufficient to admit or deny

paragraph 6.

7.    Defendant admits paragraph 7.

8.    Defendant incorporates by reference its answers above.

9.    Defendant denies paragraph 9.

10.    Defendant denies paragraph 10 and all of its lettered subparts.

11.    Defendant denies paragraph 11 and all of its lettered subparts.

12.    Defendant denies paragraph 12 and all of its lettered subparts.

Answering the unnumbered Wherefore paragraph that immediately follows

paragraph 12, Defendant denies that Plaintiffs are entitled to any relief whatsoever from

Defendant.

13.    Defendant incorporates by reference its answers above.

14.    Defendant denies paragraph 14.

15.    Defendant denies paragraph 15.

Answering the unnumbered Wherefore paragraph that immediately follows

paragraph 15, Defendant denies that Plaintiffs are entitled to any relief whatsoever from

Defendant.

16.    Paragraph 16 is not directed to the United States.

Answering the unnumbered Wherefore paragraph that immediately follows

paragraph 16, Defendant denies that Plaintiffs are entitled to any relief whatsoever from

the United States.

Respectfully submitted this 8th day of November, 2006.

                    PETER D. KEISLER
                    Assistant Attorney General
                    Civil Division

                    PHYLLIS J. PYLES
                    Director, Torts Branch
                    Civil Division

                    GAIL K. JOHNSON
                    Trial Attorney, Torts Branch
                    Civil Division

                    s/Conor Kells
                    CONOR KELLS
                    Trial Attorney, Torts Branch
                    Civil Division
                    U.S. Department of Justice
                    Benjamin Franklin Station
                    P.O. Box 888
                    Washington, D.C.  20044
                    (202) 616-4273
                    (202) 616-5200 (FAX)

                    LEURA G. CANARY
                    United States Attorney

By:    s/Stephen M. Doyle
                    STEPHEN M. DOYLE
                    Chief, Civil Division
                    Assistant United States Attorney
                    Post Office Box 197
                    Montgomery, AL  36101-0197
                    District of Columbia Bar No. 422474
                    Telephone No.: (334) 223-7280
                    Facsimile No.: (334) 223-7418
                    **E-mail:  stephen.doyle@usdoj.gov**

                    Attorneys for Defendant
                    UNITED STATES OF AMERICA

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 8, 2006, I electronically filed the foregoing

United States' Answer and Affirmative Defenses with the Clerk of the Court using the

CM/ECF system which will send notification of such filing to plaintiffs' attorney,

Annesley H. DeGaris, Esquire.

      /s/Stephen M. Doyle      
      Assistant United States Attorney