IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL P. ALLEN, et al., | ) |
| ———————————————— | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No.: 2:06-cv-879-MEF |
| | ) |
| UNITED STATES, et al., | ) |
| | ) |
| Defendants. | ) |

**UNITED STATES' MOTION FOR LEAVE
TO FILE ANSWER OUT OF TIME**

COMES NOW the United States, and pursuant to Rule 6 (b) of the Federal Rules

of Civil Procedure, moves for leave to file its answer.  In support of this motion, the

United States shows as follows:

1.    This action was initially filed in the Circuit Court of Montgomery County,

Alabama in August 2005.  *Michael P. Allen v. Bertha Gordon Moore, et al.*,

Case No.: CV-05-2213 (Circuit Court of Montgomery County, Alabama).

2.    Prior to any party filing an answer, the State Court stayed the action on

Plaintiffs' motion so that they could pursue their administrative remedies

pursuant to the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346 (b),

2671-2680.

3.    On or about September 13, 2006, the State Court granted plaintiffs' motion

to lift the stay.

4.      Subsequently, on or about September 28, 2006, the United States

substituted itself as party defendant for Bertha Moore and removed this

action to this Court pursuant to the Westfall Act, 28 U.S.C. § 2679 (d)(2).

5.      Rule 12 (a)(3)(A) provides that the United States shall have sixty days after

service on the United States Attorney in which to file an answer.

6.      Rule 81(c) provides that in removed actions, defendant shall file an answer

within 20 days of service of the summons or complaint, or within 5 days of

removal, whichever is longer.  Rule 81(c) does not address the longer

period to answer granted to the United States by the Federal Rules of Civil

Procedure or the effect of substitution of a new party defendant.

7.      The United States became a party to this action on September 28, 2006,

when it filed its notice of Removal and Substitution.  It calendared its time

to answer as 60 days from this date, or November 27, 2006.  If this

calculation was incorrect, it was due to excusable neglect.

WHEREFORE, the United States moves for leave to file its answer on this date.

Respectfully submitted this 8th day of November, 2006.

> PETER D. KEISLER
> Assistant Attorney General
> Civil Division
>
> PHYLLIS J. PYLES
> Director, Torts Branch
> Civil Division

GAIL K. JOHNSON
Trial Attorney, Torts Branch
Civil Division

 s/Conor Kells
CONOR KELLS
Trial Attorney, Torts Branch
Civil Division
U.S. Department of Justice
Benjamin Franklin Station
P.O. Box 888
Washington, D.C.  20044
(202) 616-4273
(202) 616-5200 (FAX)

LEURA G. CANARY
United States Attorney

By:    s/Stephen M. Doyle
STEPHEN M. DOYLE
Chief, Civil Division
Assistant United States Attorney
Post Office Box 197
Montgomery, AL  36101-0197
District of Columbia Bar No. 422474
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
**E-mail:  stephen.doyle@usdoj.gov**

Attorneys for Defendant
UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2006, I electronically filed the foregoing

United States' Motion with the Clerk of the Court using the CM/ECF system which will

send notification of such filing to plaintiffs' attorney, Annesley H. DeGaris, Esquire.

   /s/Stephen M. Doyle
Assistant United States Attorney