IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL P. ALLEN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No.: **2:06-cv-879-MEF** |
| | ) |
| UNITED STATES, et al., | ) |
| | ) |
| Defendants. | ) |

**UNITED STATES' MOTION TO
CONSOLIDATE RELATED CASES**

COMES NOW the United States, and pursuant to Rule 7 (b)(1) of the Federal Rules of Civil Procedure, moves to consolidate this case and *Montgomery v. United States*, 2:06-cv-880-WKW (M.D. Ala.). The United States relies upon the following grounds for this motion:

1. This case and *Montgomery v. United States*, 2:06-cv-880-WKW (M.D. Ala) both arise from the same automobile accident involving plaintiffs and Bertha Moore that occurred on or about August 29, 2003, on Interstate 65 (I-65).

2. Both cases were initially filed in State court naming Bertha Moore as a defendant. *Allen, et al. v. Bertha Moore, et al.*, Case No. CV 2005-2213 (Circuit Court of

Montgomery County, Ala.); *Montgomery v. Bertha Moore, et al.*, Case No. CV 2005-2214 (Circuit Court of Montgomery County, Ala.).

3. On September 28, 2006, the United States substituted itself for Bertha Moore as party defendant and removed both cases to this Court pursuant to the Westfall Act, 28 U.S.C. § 2679 (d)(2).

4. The United States filed a notice of related case in the *Montgomery* case at the time of removal. However, at this time, the cases are assigned to different judges.

5. For purposes of judicial economy and the convenience of the parties, it would make sense to have these closely related Federal Tort Claims Act cases proceed through discovery and trial on the same schedule and before the same judge.

WHEREFORE, the United States moves to consolidate *Allen, et al. v. United States*, 2:06-cv-879-MEF (M.D. Ala.) and *Montgomery v. United States*, 2:06-cv-880-WKW (M.D. Ala).

Respectfully submitted this 9th day of November, 2006.

                                              PETER D. KEISLER
                                              Assistant Attorney General
                                              Civil Division

                                              PHYLLIS J. PYLES
                                              Director, Torts Branch
                                              Civil Division

        GAIL K. JOHNSON
Trial Attorney, Torts Branch
Civil Division

 s/Conor Kells
CONOR KELLS
Trial Attorney, Torts Branch
Civil Division
U.S. Department of Justice
Benjamin Franklin Station
P.O. Box 888
Washington, D.C.  20044
(202) 616-4273
(202) 616-5200 (FAX)

LEURA G. CANARY
United States Attorney


By:   s/Stephen M. Doyle
STEPHEN M. DOYLE
Chief, Civil Division
Assistant United States Attorney
Post Office Box 197
Montgomery, AL  36101-0197
District of Columbia Bar No. 422474
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
**E-mail:  stephen.doyle@usdoj.gov**

Attorneys for Defendant
UNITED STATES OF AMERICA

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2006, I electronically filed the foregoing United States' Motion to Consolidate Related Cases with the Clerk of the Court using the CM/ECF system which will send notification of such filing to plaintiffs' attorney, Annesley H. DeGaris, Esquire.

            s/Stephen M. Doyle
            Assistant United States Attorney