IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MICHAEL P. ALLEN, *et al.*,          )
                                     )
        Plaintiffs,                  )
                                     )
v.                                   )     CASE NO. 2:06-cv-879-WKW
                                     )
UNITED STATES OF AMERICA,            )
                                     )
        Defendant.                   )

**O R D E R**

Due to the reassignment of the above-styled case to the undersigned, it is hereby ORDERED

that:

1.    Plaintiffs' shall show cause on or before November 30, 2006 why the United States'

Motion to Consolidate Related Cases (Doc. #6) filed November 9, 2006, should not be granted.

2.    The United States' Motion for Leave to File Answer Out of Time filed November 8,

2006 (Doc. #5), is GRANTED.

3.    The caption of this case is changed to reflect that this action is brought against the

United States.  The parties are directed to use the new caption as it appears on this Order for all

future submissions to the Court.

DONE this the 15th day of November, 2006.


        /s/  W.  Keith Watkins
        UNITED STATES DISTRICT JUDGE