## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **MICHAEL P. ALLEN, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 2:06-cv-879-WKW** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

## REPORT OF THE PARTIES' PLANNING MEETING

---

1.    Pursuant to Fed. R. Civ. 26(f), a teleconference was held on December 13, 2006 and was attended by:

> **Annesley H. DeGaris, Esq., for Plaintiffs**
> **Conor Kells, Esq., for Defendant**

2.    **Pre-Discovery Disclosures.**  The parties will exchange by **January 5, 2007**, the information required by Federal Rule of Civil Procedure 26(a)(1).

3.    **Discovery Plan.**   The parties jointly propose to the Court the following discovery plan:

Discovery will be needed on the following subjects:  Plaintiffs' claims and damages; Defendant's defenses.

All discovery commenced in time to be completed by **October 16, 2007**.

Maximum of **40** interrogatories (including subparts) from Plaintiffs to Defendant and from Defendant to Plaintiffs.  Responses due 30 days after service.

Maximum of **40** requests for production (including subparts) from Plaintiffs to Defendant and from Defendant to Plaintiffs. Responses due 30 days after service.

Maximum of **40** requests for admission (including subparts) from Plaintiffs to Defendant and from Defendant to Plaintiffs. Responses due 30 days after service.

Maximum of **fifteen (15)** depositions by Plaintiffs and **fifteen (15)** depositions by Defendant, excluding depositions of experts. Each deposition is limited to a maximum of **7** hours per deponent, unless extended by agreement of the parties.

Reports from retained experts under Rule 26(a)(2) due:

from Plaintiffs by **July 9, 2007**.
from Defendant by **August 8, 2007**.

Supplements under Rule 26(e), and any rebuttal reports of experts due **October 1, 2007**; thereafter, supplementation will be made within **fifteen (15)** days after the need for supplementation is known.

4.    **Other items.**

a.    The parties do not request a conference with the Court before entry of the scheduling order.

b.    Plaintiffs should be allowed until **April 9, 2007,** to join additional parties and to amend the pleadings.

c.    Defendant should be allowed until **May 7, 2007,** to join additional parties and to amend the pleadings.

d.    All potentially dispositive motions should be filed by **90 days prior to pretrial conference.**

e.    Final lists of trial evidence under Rule 26(a)(3) should be due:

from Plaintiffs: witnesses and exhibit list exchanged **30 days before trial.**

from Defendant:  witnesses and exhibit list exchanged **30 days before trial.**

      f.     Parties should have **14** days after service of final lists of trial evidence to list objections under Rule 26(a)(3).  Parties will file all motions in limine and other pre-trial motions no later than **30 days before the pre-trial conference.**

      g.     The parties will discuss settlement, but some discovery will be necessary before final evaluation can be made.

      h.     This case will be ready for trial by **February 25, 2008**, and at this time is expected to take approximately **3 days**.

      i.     **Mediation:** Both parties agree that this case is amenable to mediation under the Court's ADR plan or as otherwise ordered at an early date.


<u>/s/ Annesley H. DeGaris</u>
Annesley H. DeGaris
(ASB-9182-A63A)

Attorney for Plaintiffs


**OF COUNSEL:**

CORY, WATSON,
CROWDER & DEGARIS, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205
Telephone:  (205) 328-2200
Facsimile:  (205) 324-7896
adegaris@cwcd.com

<u>/s/ Conor Kells</u>
Conor Kells

Attorney for Defendant


**OF COUNSEL:**

Conor Kells
Gail K. Johnson
Torts Branch, Civil Division
U.S. Department of Justice
Post Office Box 888
Benjamin Franklin Station
Washington, DC 20004
conor.kells@usdoj.gov
gail.k.johnson@usdoj.gov