IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL P. ALLEN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-879-WKW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## RESPONSE TO SHOW CAUSE ORDER

Come now Plaintiffs, Michael P. Allen, Lou Ellen Allen and Lorie S. Allen, in the above-referenced case and respectfully respond to this Honorable Court's Order regarding a jury trial of this matter. As the United States has now conceded this is a Federal Torts Claim Act claim and by doing so has expressly admitted that their employee was acting within the line and scope of her employment, Plaintiffs agree that a jury demand in this case is due to be stricken.

Respectfully submitted,

/s/ Annesley H. DeGaris
ANNESLEY H. DEGARIS
Attorney Bar Code: ASB-9182-A63A
Attorney for the Plaintiffs
CORY, WATSON, CROWDER & DEGARIS, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, Alabama 35205
Telephone: 205-328-2200
Facsimile: 205-324-7896
E-mail: adegaris@cwcd.com

## CERTIFICATE OF SERVICE

  I hereby certify that on the 28th day of December, 2006, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties:

Conor Kells
U.S. Department of Justice
Post Office Box 888
Washington, DC 20004

Stephen M. Doyle
Chief, Civil Division
Assistant United States Attorney
Post Office Box 197
Montgomery, AL 36101-0197

And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Gail K. Johnson
Peter D. Keisler
Phyllis Jackson Pyles
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Washington, DC 20044

            /s/ Annesley H. DeGaris
            Annesley H. DeGaris