**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **MICHAEL P. ALLEN,** *et al.,* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 2:06-cv-879-WKW** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

_____

| | | |
|---|---|---|
| **WALLACE MONTGOMERY,** *et al.,* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 2:06-cv-880-WKW** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### PLAINTIFFS' RULE 26 EXPERT DESIGNATIONS

COME NOW, the Plaintiffs, in the above-styled action, and disclose the following

individuals who are expected to provide expert opinions at the trial of this consolidated matter:

1.    Clifford A. Prosser
      Traffic Accident Consulting Services
      4248 Fieldstone Drive
      Birmingham, AL 35215

Mr. Prosser is an accident reconstructionist.  He practices in the field of automotive

accident reconstruction. He has previously been admitted to testify as an expert in the Middle

District of Alabama.

Mr. Prosser has been retained by the Plaintiffs to offer expert testimony at the trial of this matter, and specifically render expert opinions concerning this accident made the basis of this action. Mr. Prosser will testify consistent with the opinions contained in his expert report attached hereto. Mr. Prosser's CV, Case List and Fee Schedule are also attached hereto. See Exhibit A.

Mr. Prosser reserves the right to review additional facts and supplement his opinion as needed as discovery is still ongoing in the above-styled consolidated cases.

2.      Peter L. Flanner
        TIRExpertise Inc.
        104 Bluebelle Drive
        Madison, AL 35758

Mr. Flanner is an expert in the area of tire manufacturing and failure analysis. Based on his training, education and experience in the area of tire manufacture and failure, he will offer testimony at this trial of this action concerning the tire recently produced by the Defendant. Mr. Flanner will testify consistent with the opinions contained in his expert report attached hereto. Mr. Flanner's CV, Case List and Fee Schedule are also attached hereto. See Exhibit B.

Mr. Flanner reserves the right to review additional facts and supplement his opinion as needed as discovery is till ongoing in the above-styled consolidated cases.

s/ Annesley H. DeGaris
Annesley H. DeGaris (ASB-9182-A63A)
Attorney for the Allen Plaintiffs
CORY, WATSON, CROWDER & DEGARIS, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, Alabama 35205
Telephone:  205-328-2200
Facsimile:  205-324-7896
E-mail:  adegaris@cwcd.com

s/ J. Callen Sparrow
J. Callen Sparrow (ASB-4515-R79J)
Attorney for Montgomery Plaintiffs
HENINGER GARRISON DAVIS, L. L. C.
P. O. Box 11310 (35202)
2224 1st Avenue North
Birmingham, AL 35203
Telephone:  205-326-3336
Facsimile:  205-326-3332
E-mail:  jcsparrow@hgdlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of September, 2007, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties:

Conor Kells
Gail K. Johnson
United States Department of Justice
Torts Branch, Civil Division
Post Office Box 888
Benjamin Franklin Station
Washington, DC 20004

s/ Annesley H. DeGaris
Annesley H. DeGaris

EXHIBIT A

CLIFFORD A. PROSSER

# Clifford A. Prosser

Traffic Accident Consulting Services
4248 Fieldstone Drive
Birmingham, Alabama 35215
Clifford A. Prosser,  Senior Consulting Reconstructionist

Phone (205) 681-6869
Fax (205) 681-4761
e-mail:  cprosser6869@charter.net

September 17, 2007

To:    **Mr. Annesley DeGaris**
       Cory, Watson, Crowder & DeGaris
       2031 Magnolia Avenue South
       Birmingham, Alabama 35205

RE:    ***Michael P. Allen, et al. vs. United States of America***
       **Civil Action No.: 06-cv-879-WKW**

Dear **Mr. DeGaris** ,

As you requested, I have examined the currently available evidence that you provided pertaining to the above referenced motor vehicle accident.  Please allow this correspondence to constitute a brief report of my findings and opinions to date.

## Items Examined, Reviewed or Considered

- Alabama Uniform Traffic Accident Report
- Deposition of Bertha Moore
- Photographs of involved 2003 Lincoln Town Car
- Copies of photographs of involved 1997 Mercury Mountaineer
- Copies of photographs of reported accident scene area (not immediately post accident)
- Expert report of tire examination by Peter L. Flanner
- SAE technical paper 970954
- Michelin passenger car and light truck owner's manual
- Telephone interview of Alabama State Trooper Fisher

## Findings and Opinions

The tire deflation alleged to have occurred on the Mercury Mountaineer should not have resulted in a catastrophic loss of control. Mrs. Moore, in my opinion, contributed to the control loss of her vehicle by braking, as per her deposition testimony, when she perceived the tire deflation.  As it appears that the deflation was not explosive in nature, the driver of the vehicle, Bertha Moore, should have been able to maintain control of the vehicle in the north bound lane of the roadway and the reported lateral excursion into the south bound traffic lanes should not have occurred. It is most likely, in my opinion, that the driver, Bertha Moore, contributed to the control difficulty by improper braking of the vehicle. This reported loss of control event would

be consistent with the effects of hard braking during the effects of unequal drag. As stated previously, Bertha Moore testified during her deposition that she applied her brakes after feeling the disablement, and this likely contributed to the control loss.

The submitted report of tire expert Peter L. Flanner opines that the onset of the deflation of the subject tire was a result of the ejection of a screw that had punctured the tire previously, and there is no opinion rendered by Mr. Flanner that the deflation would have been explosive or even particularly sudden. This is a normal driving occurrence, on dry roads and on wet roads, and should not lead to catastrophic loss of control. If a driver reacts by slowly decreasing vehicle speed without hard braking and holds the vehicle straight with minimal corrective steering, he or she should be able to stop the vehicle without significant lateral movement or severe control difficulty. There is no published information or test results that I am aware of that would suggest that gradual, or even rapid, non-explosive deflation of a tire on a passenger vehicle, in the absence of additional factors, would be expected to cause catastrophic loss of control.

*Reference SAE paper 970954 by Robinette, Deering and Fay, "Drag and Steering Effects of Under Inflated and Deflated Tires".*
*Also reference Michelin passenger vehicle and light truck product manual, page 7*

The cited technical paper reports the effects of testing on vehicles with deflated single front and rear tires on a variety of vehicles. The specific resultant drag coefficients, lateral acceleration factors and distances are given for various distances for each vehicle tested, and the tests were conducted with hands-off roll out. In other words, the drag effect of a flat tire was evaluated initially without corrective steering. The paper reports that there was some lateral movement of a vehicle with a flat tire as an effect of the drag introduced if the vehicle was allowed to proceed and roll out without corrective steering. The paper concludes that in all of the tests conducted control of the vehicle was easily maintained with moderate appropriate steering input. The two test conditions that were not representative of the subject accident are:
1. The pavement during testing was dry asphalt
2. The test speeds were somewhat lower than the reported speed, 45 mph or below.

I am not aware of any published sources of test results at present that suggest that a non-explosive deflation of a tire at highway speeds on a wet roadway would be expected to cause loss of control with a lateral excursion distance evident in this accident situation. The fact that the road surface was wet would indicate the likelihood that the overall friction coefficient was lower, but the resultant drag effect of one flat tire should be proportionately the same as on a dry surface. Once again, a tire deflation while operating a vehicle on wet roads is an expected, normal occurrence from time to time, and should not be a control compromising event if reacted to properly.

The dynamic effect of a single tire deflating while a vehicle is in motion is a relatively simple concept. As the tire deflates, additional drag is introduced to the side of the vehicle that the deflating or deflated tire is on. This gives the driver the feeling of the vehicle being pulled and the heading of the vehicle possibly being changed. This effect is validated by the SAE technical paper cited above. If the driver's response is to brake hard, the vehicle is likely then dedicated to a new heading in the direction of the "pull". Braking, and in particular hard braking, is not the safe and effective response to a tire deflation while in motion. *(See Michelin manual, page 7)*

There is no reported evidence or mention of hydroplaning in the accident report, or in Mrs. Moore's deposition. The expert report of Mr. Flanner indicates that the tread depth on the subject tire was approximately 2/32 inch and was evenly worn. It further indicated that the wear life of the tire was approximately 80% expended. I have no way of knowing whether the remaining three tires on the vehicle were of the same wear and tread depth. As a hypothetical, if a hydroplane event occurred, it would most likely be as a result of a combination of low average tread depth, water depth and driver braking. It would not be directly related to the tire deflation, in my opinion.

This report is true and correct to the best of my knowledge, training and experience, and is based upon my understanding of evidence available to me at present. As with any investigation or reconstruction effort, I reserve the right to add, withdraw, or modify any opinions rendered based upon the import of evidence made available to me at a later time.

Respectfully submitted,

Clifford A. Prosser

*Attachments:*      **Current CV**
                **Testimony history (Of particular reference:**
                                **Nichols & Metivier vs. United States of America**
                                **United States District Court**
                                **Middle District of Alabama**
                                **Judge Allbritton**
                                **2004**
                                **For: William Horsley, Opelika, Alabama)**
                **Fee and expense schedule**
                **SAE technical paper 970954**
                **Michelin passenger vehicle and light truck manual**

Curriculum Vitae
## Clifford A. Prosser

## I. <u>Vita</u>

### A. Occupation:
Consulting technician in the areas of:
Motor Vehicle Collision Investigation
Motor Vehicle Collision Reconstruction
Motor Vehicle Collision Evidence Documentation
Certified CDR (Vetronix) ACM download technician and analyst
Sole proprietor of Traffic Accident Consulting Services (DBA)
(not incorporated)

### B. Personal Information:
Born: September 6, 1948
Harrisburg, Pennsylvania
Marital status:  Married with three children
Faith:  Christian
Denomination Affiliation:  Baptist

### C. Current Residence:
4248 Fieldstone Drive
Birmingham, Alabama 35215

### D. Education & Training:
Graduated:  W.A. Berry High School, Jefferson County Alabama
Advanced Academic Diploma
Attended:  Jefferson State Junior College
Major: Criminal Justice
Minor: Art
Attended:  University of Alabama, Birmingham
Major: Criminal Justice
Minor: Art

- I completed courses of study at **The Traffic Institute**, an extension of Northwestern University, Evanston, Illinois, in the disciplines of **Basic At-Scene Traffic Accident Investigation, Advanced At-Scene Traffic Accident Investigation,** and **Technical Aspects of Advanced Traffic Accident Investigation**, including the components and methodology of **Traffic Accident Reconstruction. (1979-1981)**

- I completed a one week course in **Special Weapons and Tactics (SWAT)** in Birmingham, Alabama **(February 1980)**

- I completed the **University of Alabama in Tuscaloosa Safety Short Course:** A symposium on the use of the Alabama Uniform Traffic Accident Report as a data gathering and traffic engineering tool. Areas of concentration in this instruction were traffic volume studies on roadway systems, traffic accident profiles and histories in portions of these systems, engineering analysis methods, and the relationship of traffic volume and environmental factors to accident frequency at given locations. **(1981)**

- I completed a one week course in **Special Weapons and Tactics (SWAT)** in Birmingham, Alabama. **(March 1983)**

- I completed a course with the Secret Service in **Dignitary Protection  (January 1984)**

- I completed the **Federal Motor Carrier Safety Regulations Course** presented by the **Federal Highway Administration's Bureau of Motor Carrier Safety, U.S. Department of Transportation. (1984)**

*(Additional training courses, schools, conferences and seminars completed in years following law enforcement service are contained in further elements of the CV)*

## II.  Professional Experience

### A.  Military

- United States Army; Military Police Corps.
- Graduated: **Military Police School;** Fort Gordon, Georgia. **(1969)**
- Served with the **197th MP Detachment,** Fort Sill, Oklahoma **(1970)** Stockade sentenced compound NCOIC and maximum security cadre.
- Served with the **284th MP Company, 18th MP Brigade,** Vietnam, **(1970-71)** Maximum security compound cell block NCOIC, USARVIS, Long Binh.
- Honorably Discharged: **January, 1972**

_____

### B.  Birmingham Police Department

- Patrol Officer:  **August, 1972 through April, 1986**.
- I was assigned for approximately 5 years to the Traffic Division. I was responsible for

2

all traffic related functions, including **traffic accident investigation, and traffic direction and enforcement.**

- I was assigned to the Tactical Operations Unit for approximately 9 years. My duties with this unit included: **Traffic Accident Investigation and Reconstruction, Special Weapons and Tactics, Freeway Patrol Accident Investigation and Enforcement, Fatal and Serious Injury Accident Investigation (City wide), Police Sketch Artist, Identi-Kit technician, Certified Radar Technician, Dignitary Protection, Motorcycle Patrol and Escort** and **Instructor at the Birmingham Police Academy** in the curriculums of **At-scene Traffic Accident Investigation** and **Traffic Direction and Control.** I am accredited by the Alabama Police Minimum Standards Commission to teach Traffic Accident Investigation and Traffic Direction and Control.

- **Traffic Homicide Investigation**. I was accredited by the Alabama Police Minimum Standards Commission as an instructor at the Birmingham Police Academy in the curriculum of **Accident Investigation.**

- I represented the Birmingham Police Department at the **Department of Public Safety Training Center** in Selma, Alabama to assist in the formulation, composition and implementation of the **Alabama Uniform Traffic Accident Report** currently in use. **(1983)** (Revised in 1986 and 1991). I instructed all in-service police officers in its use.

- As a police traffic accident investigator, I investigated over **3,000** traffic accidents at-scene. Of these, approximately **200-400** were fatal or involved serious injury. In the course of investigating these accidents, I collected, analyzed and presented evidence in trial as an expert witness for prosecution of vehicular homicide cases.

---

### C. Post - Law Enforcement Private Sector Training and Experience

- In the area of **dignitary protection**, I have worked on security details, either in Police Service in cooperation with the United States Secret Service, or as a private security contractor, for the following persons or entities:

Prince Abdul Aziz ben Sattam ben Abdul Aziz Al Saud, Kingdom of Saudi Arabia
President Jimmy Carter
President Ronald Reagan
Vice President George Bush
Senator Ted Kennedy

3

Presidential candidates:
      Walter Mondale
      Gary Hart
      Earnest Hollings
      Rueben Askew
      John Glenn
      Jesse Jackson

- In the area of **general property security**, I worked with Yahi Productions, Hollywood, California, in the securing of stunt vehicles and equipment used in the production of "Stand On It" ("Stroker Ace") in the Birmingham / Talladega location area.

- I have accumulated over **856** classroom and field training hours in the areas of **Traffic Accident Investigation and Reconstruction.** I have accumulated over **1980** classroom and field hours as an instructor in the curriculums of **Basic At Scene Traffic Accident Investigation**, **Advanced At Scene Traffic Accident Investigation**, and **Advanced Technical Accident Investigation**. **(1979-present)**

- I attended the **Institute of Police Technology and Management, (I.P.T.M.),** at the University of North Florida, Jacksonville, Florida. I completed 40 hours of certified instruction in the areas of **The Inspection of Commercial Vehicles Involved In Traffic Accidents**, and **Commercial Vehicle Accident Investigation. (1989)**

- I completed the **Special Problems in Accident Reconstruction Course** at the Institute of Police Technology and Management, University of North Florida. **(1990)**

- I attended the **Auburn University Engineering Extension Center ;** I completed a seminar study of **Tire & Wheel  Design and Construction, and the Contribution of Defects of Design and Construction to Accident Causation. (1992)**

- I took part in a **Coefficient of Friction Study** conducted by the **National Association of Professional Accident Reconstruction Specialists. (1991)**

- I completed the **Special Problems in Accident Reconstruction Course** at the Institute of Police Technology and Management, University of  North Florida, **(1992)**

- I have studied course materials presented at the seminar entitled: **Collision Dynamics: Issues and Answers 1993,** hosted by the Kentucky Association of Trial Attorneys. **(1993)**
    (Note: Winter weather prevented my attendance in the classroom.)

4

- I completed a 2 day course of instruction, classroom and field, on the familiarization, methodology and use of the **Vericom VC 2000 Vehicle Performance Computer**. (Broward County, Florida Sheriff's Office, Ft. Lauderdale, Florida) **(March 9 & 10, 1995)**

- I completed the **Special Problems in Accident Reconstruction Course** at the Institute of Police Technology and Management, University of North Florida **(1995)**

- I attended **Crash '97 (Conference on Reconstruction And Safety on the Highway)**, presented at the Texas Engineering Extension Center, Texas A&M University, from **March 24-28, 1997**. (Hands-on Crash tests with post crash data retrieval and studies, various other reconstruction related topics.)

- I completed the **Special Problems in Accident Reconstruction Course** at the Institute of Police Technology and Management, University of North Florida **(1998)**

- I attended a two (2) day seminar hosted by the **Texas Association of Accident Reconstruction Specialists** on General Motors Air Bag Information Retrieval and Hydraulic Brake System Examination. **(Houston, Texas, January 1999)**

- I was employed by the law firm of **Johnson & Cory, P.C.** in Birmingham, Alabama from July 17, 1987 until December 31, 1991 as a legal investigator and accident investigator / reconstructionist. My primary function was the evaluation of motor vehicle accident cases submitted to the firm for litigation. Some cases involved preliminary reconstructions in the diagnosis of vehicle product defects.

- I have performed accident investigations and/or reconstructions for law firms, insurance companies, private businesses and individuals in approximately **750 to 800** cases.

- I have given expert testimony, either in the courtroom or in deposition, in approximately **195** to **250** cases as an accident reconstructionist.

- I have taught in-service courses to various police agencies in the curriculums of basic at-scene accident investigation, advanced at-scene accident investigation and traffic homicide investigation. To date, I have instructed officers of the following agencies:
  Irondale,  Alabama Police Department  1992
  Guntersville, Alabama Police Department  1995
  Birmingham, Alabama Police Department  1996
  Birmingham, Alabama Police Department  1998
  Birmingham, Alabama Police Department  1999
  Birmingham, Alabama Police Department  2000

Combined Mountain Brook, Birmingham, Calera, Alabama Police  2003
Birmingham, Alabama Police Department  2003
Combined Birmingham, Trussville, Homewood, Alabama Police 2004
Birmingham, Alabama Police Department  2005
Combined Birmingham & Oneonta Police Departments  2006
Combined Birmingham, Hueytown, Alabaster, Calera Departments 2007

- I attended the **World Reconstruction Exposition (WREX 2000)** at the Texas Engineering Extension Service, Texas A&M University. This was a multiple topic accident reconstruction conference with classroom instruction as well as live crash tests (with test data retrieval and study) involving motorcycles, small vans, pickup trucks and automobiles. Topics of study included restitution, crush deformation measurement and speed analysis from damage, quantifying uncertainty in reconstruction calculations, large truck conspicuity and collision under-ride, vehicle considerations after collision (initial vehicle examination), and others. **(September, 2000)**

- I attended the **Southeast Coast Collision Conference** in Cocoa Beach, Florida. This was a three (3) day conference sponsored by the Southeast Accident Reconstruction Specialists group and the Texas Association of Accident Reconstruction Specialists. The topics included C.R.A.S.H. Algorithms (Brian McHenry), Driver Perception and Response (Jeff Muttart) and Understanding and Applying Principal Direction of Force (Bruno Schmitt). **(August, 2001)**

- I attended the **Special Problems in Traffic Crash Reconstruction** annual conference at the Institute of Police Technology and Management extension of the University of North Florida. **(April,  2002)**

- I attended the **Southeast Accident Reconstruction Society's** second annual collision reconstruction conference in Orange Beach, Alabama. **(August, 2002)**

- I attended the **5th Annual Southeast Collision Reconstruction Conference** in Mount Pleasant, SC. The conference was jointly sponsored by **SCARS** (South Carolina Accident Reconstruction Society) and **SeARS** (Southeast Accident Reconstruction Society). The conference presented instruction on Human Factors, Accident Reconstruction Using Excel Spreadsheets, Internet Reconstruction Resources, Digital Photography, and Crash Scene Evidence Collection. Live instrumented airborne and vehicle / vehicle crash tests were conducted with results reported.  **(2003)**

- On October 17, 2004, I conducted a **"Teen Driver's Workshop"** for the youth group of Centercrest Baptist Church, Birmingham, Alabama. The workshop included

classroom instruction as well as controlled and instrumented skid pad exercises.

- I attended the combined **SCARS - SeARS Southeast Reconstruction Conference** in North Charleston, SC. Presentations were given on nighttime perception and response, altered vehicle suspensions, and vehicle collision insurance fraud. There was a full day of four (4) instrumented live driver crash tests, with "at scene" evidence documentation and on board data collection devices analyzed post crash. **(July, 2005)**

- I attended the **Computerized Collision Diagramming** course (AutoSketch, version 9, Autodesk) (40 hrs., 5 days) at the Institute of Police Technology and Management in Jacksonville, Florida. **(Nov., 2005)**

- As of January 13, 2006, I am certified as a **Vetronix CDR download technician and analyst**. This training and testing was completed from January 10-13 at the Fairfax County Criminal Justice Training Center in Chantilly, VA. **(January, 2006)**

- I attended the **Special Problems in Crash Reconstruction** at the Institute of Police Technology and Management at the University of North Florida. Subjects studied included pole impacts, roll over dynamics, friction properties of non-conventional tires, Delta-V, General Motors SDM module advances, measuring crush damage, and others. Two live instrumented heavy truck into car test crashes were conducted, with results examined and test data provided. **(April 2006)**

- I attended the F3T2 Accident Reconstruction Combined Conference in Houston, Texas. **(September, 2006)**

- In August, 2007, I conducted the second Teen Driver's Workshop in Birmingham, Alabama. This was a 5 hour course involving classroom instruction in basic applied physics to help young drivers recognize and appreciate their limitations, as well as VC3000 instrumented braking tests on the skid pad for practical reinforcement of the principles.

_____

### III.  Professional Organizations

- Member:  **National Association of Professional Accident Reconstructionist Specialists (NAPARS)**

- Member:  **Southeast Accident Reconstruction Society (SeARS)**

- Member:  **International Network of Collision Reconstructionists (INCR)**;

7

information exchange internet forum for accident reconstructionists (International forum). Wade Bartlett, moderator.

- Member: **CDR Tool Users Group,** Brad Muir moderator.

- Member: **South Carolina Accident Reconstruction Society (SCARS)**

- Member: **Fraternal Order of Police**, Lodge 1, Birmingham, Alabama

- Past Secretary / Treasurer, **Fraternal Order of Police**, Lodge 1

---

### IV. Other Organization Affiliations

- **Past President, Vietnam Veterans of America, Alabama State Council.**

- **Past Vice-president, Vietnam Veterans of America, Alabama State Council.**

- **Past President, Vietnam Veterans of America, Chapter 416**

- **Past Vice-president, Vietnam Veterans of America, Chapter 416**

- **Past Chaplain, Vietnam Veterans of America, Chapter 416**

- Member: **Vietnam Veterans of America**

- Member: **Benevolent & Protective Order of Elks Lodge No. 79** Birmingham, Alabama

- Member: **Centercrest Baptist Church**, Birmingham, Alabama ;
  Ordained Deacon
  Sunday School Teacher
  Chairman, Men's Retreat Committee, Men's Ministries

- Active in Promise Keepers Ministries

- Active in Prison Fellowship Ministries

---

V. **Works Authored**

- Article: **"Conspicuity: Problem and Solution"** (March 1992)
  Published in the A.A.L.I. Newsletter (April, 1993)
  Revised, February, 1995

- Article: **" Wally Doesn't Live Here Anymore"** (October 1992)
  (not traffic accident related)
  Published in the Alabama Veteran (Winter 1992)
  Published in **"The U.S. Negotiator",** Publication of Hostage
  Negotiators of America, (Spring 1993).

- Book **: "Traffic Accident Investigation; A Handbook for the Field
  Officer".** Prepared primarily as a training and field reference text for in-
  service police officers. Final manuscript revision presently being
  submitted for publication.

- Booklet **: " Self Awareness; Preventing Police Officer "Burnout"**
  subtitled: **"Emotional Survival in a Law Enforcement Career"**
  (not traffic accident related)

- Booklet: **"The Young Driver's Primer; Know Your Limitations"**
  Prepared for donation to driver's education curriculums in local high
  schools. Accompanies a Teen Driver's Workshop, which includes
  classroom and field exercises.

- Booklet: **"Traffic Crash Scene Response - A Guide for the Field Officer"**
  A basic task checklist field guide, with protocol explanations, for the
  officer with basic accident investigation skills, but presumably no
  advanced training.
  This booklet has been published by, and is marketed by, the Institute of
  Police Technology & Management, an extension of the University of
  North Florida. Currently being translated into Spanish for training of the
  Honduran National Police.   **2007**

Clifford A. Prosser
Traffic Accident Consulting Services
4248 Fieldstone Drive
Birmingham, Alabama 35215
(205) 681-6869  (205) 681-4761 (fax)
**e-mail:** cprosser6869@charter.net

## **TESTIMONY HISTORY**

## **2000**

Ashworth v. Alabama Protein  Blount Co., Al.  for Charles Crowder . . . **Deposition**

Lottie Sellers v. Nuss Lumber Co., Inc., et al. CV 99-76  Lowndes Co., Al.;
  for Dwayne Brown (Montg'y) . . . **Deposition**

State v. Hicks ; Criminal defense; Jefferson Co., Alabama  for David Luker. . . **trial**
**(D)**

Rebecca G. Hall v. FG Lumber & Jerry Don Wooten ; Jackson Co., Al. ; CV97-125 . .
  . . . **deposition** (for: Spurrier, Rice, Wood & Hall (Earl Forbes) . . . . **(D)**

Holvey v. Dale Willis; Autauga Co., Al. CV-98-233-B . . . **Deposition and Trial**  for:
  Jonathan Gathings

Edmondson v. Waste Management; CV98-038 Fayette Co., Al. . . .  **Deposition**
  For: Christopher Jones, Tuscaloosa, Al,

Curtistine Bentley (Blackwell) v. Gainey Trans. & Densmond Banton ; CV 99 HGD-
  1646-E ; U.S. District Court. Northern District of Alabama; Eastern Division.
  for: Donald Stewart, Anniston, Al.  . . . . **Deposition**

Hullett, Clyde vs. C.R. Phillips Painting Inc., TVA, Lott Motor Co., Goodyear
  CV 00-B-1755-NW  U.S. District Court  Northern District of Alabama NW Div.
  **Deposition** . . .  for Douglas Fees

Hinote, Johnny v. Steve Mitchell ; Baldwin Co., Al.  . . .  **Deposition**
  for: Richard Beckish; Beckish & Morrow, Mobile, Al.

Harry Ray Smith & Debbie Smith v. Mark L. Fosdick (Victoria Fosdick estate)
  CV99-1990; Madison Co., Al. . . . **Deposition  (D)**
  for: Mr. J. Glynn Tubb; Eyster, Key, Tubb, Weaver & Roth, Decatur, Al.

Louise Winslow Russell, James Russell, Jr., James Russell III v. Scivally Grain

Company,  Scivally Enterprises,  et al. (CV2000-89JLB) Madison Co.,  Al.
. . .  **Deposition (D)**
for:  Rod C. Lewis;  Lanier, Ford, Shaver & Payne, P.C.  Huntsville,  Al.


**2001**

Hinote,  Johnny v. Steve Mitchell;  Baldwin Co.,  Al. . . .  **Trial**
    for:  Richard Beckish;  Beckish & Morrow,  Mobile,  Al.

Cook,  Ted v. Christopher Mahy;  CV-99-173  Etowah Co.,  Al.  . . .  **Deposition**
    for:  Witt Torbert of Torbert & Torbert,  Gadsden,  Al.

Mahaffey v. Breland;  Jefferson County,  Al.  . . .  **Deposition**
    for:  Robert Rhoden,  Birmingham,  Al.

Brandon v. Kirkland Wrecker, et al. ,  Cullman County,  Al. . . .  **Deposition**
    for:  Stephen Griffith;  Knight and Griffith,  Cullman,  Alabama

Glenn Marsh & Roger Marsh (Vena Marsh,  deceased) v. Travis Black and Alfa
    CV-2000-255 OHJ ;  Blount Co.,  Al.  . . .  **Deposition** ;  for Todd McLeroy
    Knight & Griffith;  Cullman,  Al.

Brian Hamner v. Cumulus Broadcasting, Inc.  & Marcus Hyles . . .  **Deposition**
    CV-99-1837,  Montgomery County,  Al. (for:  J. Myron Smith,  Prattville, Al.)

Deborah Allen,  et al. vs. James S. Taylor,  Averitt Express, et al. . . .  **Deposition**
    CV-00-1923  Circuit Court of Madison Co.,  Al.
    (for:  Don McDermott of Hare, Wynn, Newell & Newton, Birmingham, and
    Michael Timberlake of Siniard, Timberlake & League, Huntsville)


**2002**

Beldron Wright (for Sylvester Gray, dec.) vs. Urrutia, Inc. . . . .  **Deposition**
    CV-2000-52  Circuit Court of Lowndes Co.,  Al.
    (for) Douglas J. Fees,  Huntsville, Alabama

Wanda Oden v. Claude G. Byrum,  III, et al. . . . .  **Deposition**
    CV-97-193  Circuit Court of Talladega County, Alabama
    (for) Lloyd Gathings and Patrick Patronas, Birmingham,  Alabama

Sheila Williams vs. Raymond S. Crabtree,  Keystone Freight Corporation, Kimberly D.
Carter and Emcasco Ins. Co.  . . . . .  **Deposition**
    CV 01-02 ;  Marion County, Alabama;  (for) Wyatt Howell, Hamilton, Al.

Charles Hollis v. Bobby Meadows  CV 99-790  Walker Co., Al. . . . .**Deposition**
      (for) Cecil Duffee, Birmingham

Eddie Jones v. Newman Leasing, Charles Lyons & Alfa Insurance . . . **Deposition**
      CV -00-283  Franklin Co., Al.
      (for) Steve Heninger (Heninger, Burge, Vargo & Davis; Birmingham)

Crawford v. Allison  . . . . . **Trial  (D)**  Jackson Co., Al.
      (for) Earl Forbes of Spurrier, Rice, Wood & Hall (Huntsville, Al.)

Cook v. Mahy . . . . . **Trial**  Etowah Co., Al.
      (for) Whitt Torbert of Torbert & Torbert, Gadsden, Al.

### 2003

Brian Hamner v. Cumulous Broadcasting / Hyles . . . . . **Trial** ;  Montgomery Co., Al.
      CV-99-1837  (for) Myron Smith, Prattville, Al.

Joe W. Langford & Rita P. Langford, etc. and Billy Click, etc. v. DGB Trucking, Inc.,
Handley Trucking Company, George Handley, Bobby Milton Homan, et al. . **Deposition
& Trial**
      CV-02-104  Walker Co., Al. (for) John E.Warren of Warren & Sapp, Jasper, Al.

Brzobohaty v. Firestone and Ford Motor Company . . . . **Deposition**
      for: Steve Drinkard; Beasley,  Allen firm; Montgomery, Al.
      U.S. District Court; So. District of Indiana; Indianapolis Division

Norman v.Ransom  CV-01-1789, Mobile Co., Al. Circuit Court . . . **Deposition & Trial**
      for: Billy Bedsole of Stockman & Bedsole, Mobile, Al.

DeZerpa v. Firestone & Ford Motor Company . . . . **Deposition**
      for: Steve Drinkard; Beasley, Allen firm; Montgomery, Al.

Herrera v. Firestone & Ford Motor Company . . . . **Deposition**
      for: Steve Drinkard ; Beasley, Allen firm; Montgomery, Al.

### 2004

State v. Russell Morris . . .  **Trial  (D-Criminal)**  Henry Co., Alabama ;
      for Jim Parkman, Dothan

Carolyn Cason v. FedEx . . . **Deposition**    **J**efferson County, Alabama Circuit Court
      for: David Tidmore of Weaver Tidmore, P.C., Birmingham, Alabama

Bright v. Dowdle Gas . . . **Deposition**   Marshall Co., Alabama Circuit Court
for: Michael Timberlake of Siniard, Timberlake & League, Huntsville, Alabama

Nichols / Metivier vs. The United States of America  . . . **Deposition & Trial**
United States District Court; Middle District of Alabama (Judge Allbriton)
For: William Horsley, Opelika, Alabama

Willams v. Rife Trucking & Wallace  . . . **Deposition**
Circuit Court of Dekalb Co., Alabama
For: Jason Shamblin, Charles Crowder, Cory, Watson, Crowder & DeGaris

Shirley v. Mitsubishi . . . **Deposition**
United States District Court; Norther District of Alabama
For: Tara Helms, Tony Graffeo of Watson Jimmerson Firm, Huntsville, Alabama

Maxcy v. Southern Haulers . . . **Deposition**
Circuit Court of Marshall Co., Alabama; CV-2000-480
For: Phillip Miles of Cusimano, Keener, Roberts, Kimberly & Miles, Gadsden

Compton v. Big #1 Yamaha, Yamaha, and Hong Jin Crown Corporation, et al.
Civil Action # 2002-1325  . . . **Deposition**
Circuit Court of Tuscaloosa, Al.
for: Mike Comer, Delayne Mountain of Tuscaloosa, Al.

## 2005

Aaron L. & Barbara Bowens v. Sara Hawkins, et al.  . . .  **Deposition  (D)**
Civil Action # CV 03-904    Circuit Court of Tuscaloosa Co.
For: Jim Kee and Cindy Self of Kee & Selby, LLP, Birmingham, AL.

Haughton v. Aderholt & Mercedes-Benz USA LLC / Daimler Chrysler AG
Circuit Court of  Winston County, AL.  Civil Action # CV-2003-201 . . .
**Deposition**
For:  Nat Bryan of Marsh, Rickard & Bryan, Birmingham, AL.

Knox v. Youngblood Trucking, et al.  **. . . Deposition**
Circuit Court of Jefferson Co., CV # 02-6513
For Larry King and Steve Goozee' of Goozee' , King and Horsley, Birmingham,
Alabama

## 2006

Ruffin    . . . **Deposition**
Pickens County, for: Robert Potter of Mann, Cowan & Potter
(file currently with court reporter)

Moreland v. Patrick . . . **Trial**
      Circuit Court of Jefferson Co., AL   For: Anthony Ifediba, Birmingham, AL.
Stevens, Patrick v. Birdsong, Travis (GEICO) & State Farm . . . **Deposition**
      CV04-2667 JPS , Circuit Court of Madison Co, AL.
      For: Barton Warren, Warren & Simpson, Huntsville, AL.

Jean Emmans v. Sherman Industries, Inc. . . .  **Deposition**
      CV 2005-6 JPS  Circuit Court of Madison Co., AL.
      For: Barton Warren, Warren & Simpson, Huntsville, AL.

Sawyer vs. Kilgore . . . **Deposition**
      CV05-57  Circuit Court of Fayette Co., AL
      For John E. Warren, Warren & Associates, Jasper, AL

**2007**

Stripling v. Salser. . . Shelby Co., Alabama . . . **Deposition**
      For: Johnny Brunson of Farris, Riley & Pitt, Birmingham

Fugera v. Cranford Trucking  . . . Talladega Co., AL. . . . **Deposition**
      For: Josh Briskman of the Baxley, Dillard firm, Birmingham

Palmer v. Chatman . . .  Selma, Alabama . . . **Deposition**
      For: Ted Mann, Mann, Cowan & Potter, Birmingham
      Deposed by Mr. Dukes, Montgomery, AL.

Pamela Carstarphan and Harry Carstarphan v. Travarius Terrell Mobley and Suttles
Trucking, et al. . . . **Deposition**
      Circuit court of Wilcox County, Alabama . . . CV-06-0062
      For: C. Carter Clay of Pittman, Dutton, Kirby & Hellums, Birmingham

# Clifford A. Prosser

**Traffic Accident Consulting Services**
4248 Fieldstone Drive
Birmingham, Alabama 35215
Clifford A. Prosser, Senior Consulting Reconstructionist

Phone (205) 681-6869
Fax (205) 681-4761
e-mail: cprosser6869@charter.net

## FEE AND EXPENSE SCHEDULE

Retainer required:    **$1000** for civil cases
                                  **$1500** for criminal cases

In the interest of timely work, possible statute and disclosure deadlines, and perishable physical evidence, the retainer in civil cases may be waived. In these cases, a statement for all initial work will be submitted immediately after initial field work is performed. Theses charges are payable upon receipt, and the payment will constitute retainer for continued work on the file and anticipation of testimony. No additional work will be performed until initial work charges have been satisfied. It should be understood that all opinions formed are objective and a good faith product of the investigation or reconstruction performed, and no guarantee is made that said opinions will benefit the retaining firm or individual. No written reports of opinions will be submitted until and unless requested by the retaining attorney or entity, and consultation will always be provided prior to the submission of any report.

**Time billing rate: $170.00 per hour plus reasonable and customary expenses.**
The hourly rate applies to all file related activity, including travel and testimony.

*Note:* If the driving travel time and mileage costs in a case exceed those that would be incurred by air travel, and if I choose to drive rather than fly, the charges billed for travel will not exceed those that would have been accrued if I had flown. This limitation of charges is not applicable when auto travel, rather than air travel, is necessary in a case, or when the client expresses his desire that I drive rather than fly.

**Mileage rate: $.55 per mile**, as of May 20, 2007. This is subject to change based upon changing fuel and maintenance costs, but ***will not exceed $.60 per mile without prior notice.***
If I use my personal vehicle to make braking tests at an accident site, a per test fee of **$45** will be billed and itemized as "unusual vehicle wear: brakes". If I use a rental vehicle or an exemplar, this fee is not charged, but the expense of obtaining the test vehicle will be billed at actual cost. Three tests are normally performed on a scene, unless there is a result anomaly (outside of 5%) and a fourth test is required for a reliable result average.

**Meals:** Meals are billed at **$8.50 per**. If I choose to take meals that cost more than the stated amount, the additional cost is mine. Meals are not billed on in-town cases, unless file activity requires that I be in the field through meal time.

**Materials:**  A minimum charge of **$25** per case is charged to cover printer, scanner, binder, cartridge, report cover and paper costs.

**Special equipment costs:**  A **$250** per test charge, in addition to normal hourly charges, is made for each vehicle CDR air bag module crash data download performed in order to facilitate hardware and software upgrades for the Vetronix / Bosch CDR system.

**Film:**  **$5** per roll (35mm)
**Photoprocessing:**  **$12** per roll
**CD's** (for presentation of digital images):  **$5** per
**DVD's (chaptered)** of video:  **$150**
**DVD's (un-chaptered, straight run):  $50**
**Vehicle specification reports:** (Expert Autostats)     **$60** per, if ordered from 4N6 Services
                                                          **$15** per if researched from my existing data
                                                          base
**Vehicle stiffness properties reports:**                 **$75** per if purchased from 4N6 or Neptune
                                                          **$25** per if researched from NHTSA or
                                                          Expert Autostats data base

EXHIBIT B

PETER L. FLANNER

*TIRExpertise Inc*

# *T I R E x p e r t i s e   I n c.*

## Tire Consultancy and Tire  Failure Analysis
### *PETER.L.FLANNER*
### *PRESIDENT.*

104,Bluebelle Drive,
Madison,Al. 35758

Phone/Fax:  (256) 772-4971
Cell Phone:  (256) 655-3465
E-mail:  plflanner@AOL.com

### Wallace Montgomery et al & Michael Allen et al vs. United States of America.

I have been retained by the plaintiffs in the above captioned case to review evidence & carry out a detailed inspection of the tire involved in an August,2003 accident on I-65 near mile marker 106 in Alabama.This report is submitted pursuant to Federal Rules of Civil Procedures 26(a)(2)(B).

### Identity of Expert Witness.

PETER L.FLANNER

President,

TIRExpertise,Inc.

104,Bluebelle Drive,

Madison,

Alabama,35758

(256)772-4971.

### Summary Opinion.

I have completed my examination of the incident tire installed on the Left Rear position on the 1997 Mercury Mountaineer involved in the above-captioned matter.After a detailed examination of the physical evidence & a review of the information provided,I have concluded that the incident tire suffered an air loss following the ejection of a large screw that had previously penetrated the tire structure.The massive damage to the tire detailed in my Inspection Report & Photographs occurred after the tire deflation,when the vehicle went out of control,crossed the median & impacted the vehicles being driven by Mr.Allen & Ms. Montgomery.

1

*TIRExpertise Inc*

Complete Statement of All Opinions to be Expressed and the Basis and Reasons Therefore.

I,Peter Flanner,will testify on behalf of the plaintiffs,Messrs Montgomery & Allen as an expert in the field of tire failure analysis and will address the issues regarding tire failure mode and effects.

My opinions & conclusions are based upon my training,experience & expertise in tire design/development,tire testing,the analysis & evaluation of failed tires,visual & tactile examination of the incident tire & review of file materials provided by counsel,especially Alabama Uniform Traffic Accident Report #3522163,Accident Scene Photographs & the deposition of Bertha M.Moore.

My opinion & conclusions will include the following:-

1. The incident tire was punctured by a large screw,which would have caused a gradual loss of inflation pressure.Approximate dimensions,1/8" diameter with a screw head of ~3/8" diameter.

2. The screw is no longer in the tire.

3. The screw completely penetrated the tire structure.

4. Although it is impossible to determine the length of time that the screw had been in the tire,the imprint of the screw head around the ingress point would suggest that it had been in the tire for some time & did not penetrate the tire for the first time at the time of the accident.

5. The massive damage to the tire occurred after the loss of control as the vehicle crossed the central grass median,which,from accident scene photographs,includes a concrete culvert,became airborne & crashed into the plaintiffs' vehicles traveling in the Southbound lanes of I-65.

6. There was no manufacturing defect in the P235/75R15 Cordovan XRT Wild Trac steel-belted radial tire mounted on the Left Rear position.Based upon the D.O.T. number,this tire was manufactured during the 27th. week of 2000 by Goodyear at their Fayetteville,N.C. Plant for T.B.C. Corporation-a large distributor of Private Brand tires.This tire is an appropriate fitment on a Mercury Mountaineer based upon size & load carrying capacity.

7. Ms.Moore purchased the 1997 Mercury Mountaineer vehicle (similar to the Ford Explorer) in May of 2003,less than 4 months before the accident.She stated in her deposition that the tires on the vehicle at the time of the accident were on the vehicle at the time of purchase.

8. The tire was approximately 80% worn with an average of 2/32" of usable tread remaining with relatively even tread wear.

Background

On August 29th,2003,according to deposition testimony of Ms.B. Moore,she was returning from a conference in Perdido Beach to her residence in Montgomery in her 1997 Mercury Mountaineer.She was traveling North on I-65 in rainy weather.She estimated her speed at 60 -65 m.p.h. & at 2:25 p.m. near the 106.1

2

*TIRExpertise Inc*

mile post,she experienced a rapid deflation of the Left Rear tire,lost control,crossed the median & impacted the plaintiffs' vehicles,which were traveling South-bound on I-65.Although accident scene photographs show the median as being largely grassy there are also regularly spaced concrete culverts located in the median.The Left rear tire suffered massive trauma resulting in multiple sidewall splits & 2 areas in the tread portion where the impacts had completely severed the tire structure in the tread area.

Qualifications of P.L.Flanner.

I retired from Goodyear Dunlop Tires North America at the end of 2003 after a 45 year career in various Technical & Managerial capacities.My attached curriculum vitae lists the positions held over that period. I hold a Higher National Certificate in Applied Physics.

I joined Dunlop Tyres Ltd. at their World Technical Headquarters in Birmingham,England in 1958 as a Technical Trainee.After assignments in Quality Assurance,Tire Test Research & Radial Tire Technology transfer to Overseas plants,I was appointed to Dunlop U.S.A.'s HQ in Buffalo N.Y. in 1976. to continue with the transfer of Dunlop European Radial Tire Technology to the North American Plants.Additionally,I established relationships with the U.S. Offices of vehicle manufacturers fitting Dunlop tires & set-up a Field/Customer Service function to gather & analyse complaints on imported Dunlop tires.This model was adopted Company-wide & I headed up that Organization & also introduced the techniques for statistical analysis of product performance as a tool to continually improve the performance & acceptance of Dunlop tire products in the U.S.A.This also included the analysis & dissection of tires returned from the market & coordinating the adoption & evaluation of corrective countermeasures.Over that & subsequent periods I examined many thousands of tires-motorcycle,passenger car,light & medium truck,industrial & O.T.R. tires.

Other areas of expertise include design,development & testing of passenger car,light truck & medium truck radial tires for the U.S. market.At the time of my retirement I was Product Evaluation Manager at the Huntsville,Alabama facility charged with the testing & analysis of Dunlop products to Customer,Federal & stringent internal Dunlop requirements.

After my retirement I established TIRExpertise Inc.,specializing in Tire Consultancy & Tire Failure Analysis in Madison,Alabama.My business covers many types of tires ranging from Motorcycle,Passenger Car,Light Truck & Medium Truck tires to large Off-The-Road Earthmover tires.I accept commissions from both Plaintiffs & Defendants,where I & they feel my knowledge & experience would be beneficial.

This broad experience makes me qualified to deliver authoritative opinions in areas of my expertise in regard to the Moore tire.

Methodology:The Data or any Information Considered by the Witness in Forming His Opinion.

3

## *TIRExpertise Inc*

The primary basis for opinions expressed in this Report was derived from detailed examination of the incident tire from the Moore vehicle utilizing visual,tactile & measurement techniques & methods well-known in the tire failure analysis community.

The examination notes from inspection of the incident tire are appended,as are copies of digital photographs.

Additionally,I have reviewed the following information sources:-

Deposition.

   1.  Moore,Bertha M. August 7,2007.

Accident Report.

   1.  Alabama Uniform Traffic Accident Report,August 29,2003 by Trooper Fisher.

Accident Scene Photographs.

   1.  Provided by J.C.Sparrow.

Other Documents.

   1.  "Who Makes It & Where"-a Bennett Garfield Publication.
   2.  "Tire Guide"-a Bennett Garfield Publication.
   3.  "The Tire & Rim Association Yearbook."
   4.  "The Investigator's Guides to Tire Failures.Chapter 6-'Penetrations & Punctures' " R.J.Grogan.Institute of Police Technology & Management.

Any Exhibit to be Used as a Summary or in Support of the Opinions.

   1.  Tire Report & Opinions.
   2.  Tire Examination Notes.
   3.  Incident Tire.
   4.  Wear Measurements.
   5.  Digital Photographs of Incident Tire.
   6.  Literature References denoted in the Report or Excerpts there from.

The Qualifications of the Witness including a List of Publications Authored by the Witness within the Preceding Ten(10) Years.

A curriculum vitae is attached hereto.All publications authored during the preceding ten(10) years were made during my employment with Dunlop & Goodyear & are subject to Confidentiality Agreements.

Compensation to be Paid for the Study & Testimony.

A copy of my Professional Services Agreement is Attached.

Listing of Other Cases the Witness has Testified in as an Expert Witness at Trial or Deposition within the Preceding Four(4) Years.

4

*TIRExpertise Inc*

A list reflecting the above-required information is included in my curriculum vitae.

I reserve the right to supplement this report should additional information become available.

Peter L. Flanner.

President,

*TIRExpertise Inc.*

Date: 9-17-2007

5

# Peter Flanner
## President,
### *TIRExpertise Inc.*

## Tire Consultancy and Failed Tire Analysis.

104,Bluebelle Drive,
Madison,
AL,35758.

Phone/Fax (256)772 – 4971
Cell (256)655 – 3465
eMail ; plflanner@AOL.com.

## Work Experience

**45 years experience – 18 in the U.K. and 27 in the U.S.A. in a wide variety of
Technical positions covering:-
\* Tire Engineering/Development \* Tire Testing \* Field/Customer
Service and \* Product Performance Analysis for most tire products.**

2004 – Date.                                    Madison,AL.
Established *TIRExpertise Inc*. specializing in Tire Consultancy and Failed Tire Analysis.

1999 – 2003          GDTNA                    Huntsville,AL.
Manager,Product Evaluation.
Managed all Compliance testing of Huntsville – made tires to Federal Regulations
and Internal requirements.

1997 – 1999          Dunlop Tire Corp.          Huntsville,AL.
Senior Tire Development Engineer.
Developed Passenger & Light Truck tires to stringent Performance & Quality standards.

1994 – 1997          Dunlop Tire Corp.          Huntsville,AL.
Manager,Tire Product Performance Analysis.
Managed a team charged with identifying tire performance anomalies and initiating
corrective action.

1992 – 1994          Dunlop Tire Corp.          Los Angeles,CA.
Product Support Manager.
Responsible for Technical Contacts with major O.E. Customers – Honda/Acura,Nissan/
Infiniti,Toyota/Lexus,Isuzu,Boeing & McDonnell Douglas for Passenger Car,Light
Truck,Medium Truck,Industrial & Aircraft tires.

1

1989 – 1992          Dunlop Tire Corp.          Buffalo,NY.
Senior Tire Development Engineer.
Developed Medium Radial Truck tires for the North American market.

1985 – 1989          Dunlop Tire Corp.          Buffalo,NY.
Manager,Technical Consumer Services.
Responsible for managing DTC's Field Adjustment & Analysis,Product Service and
Consumer Affairs activities for all tire products e.g. Motorcycle,Passenger Car,Light &
Medium Truck tires.
Established Tire Support effort for Jaguar IMSA Racing team.
Represented Dunlop World Aviation interests in Tire & Rim Association Aircraft Tire
Sub-Committee & participated in RMA/SAE establishment of ARP4834 Aircraft Tire
Retreading Practice for Bias and Radial Aircraft tires.

1982 – 1985          Dunlop Tire Corp.          Buffalo,NY.
Manager,North American Tire Development Group.
Responsible for the transfer of Medium Radial Truck Tire Technology into DTC's
operations and extending Field Service activities to include these Products.

1976 – 1981          Dunlop Tire Corp.          Buffalo,NY.
Technical Liaison Officer.
Continuing participation in the effective transfer of Radial Tire Technology into DTC's
Development Group and Huntsville Plant.
Organized and managed Field/Customer Service activities for imported vehicles fitted
with Dunlop tires e.g. Toyota,Honda,Nissan,Jaguar,Rolls-Royce,Lotus,Mercedes,Porsche
,BMW,Audi,Volkswagen.

1969 – 1976          Dunlop UK Ltd.          Birmingham,UK.
Senior Technologist,Overseas Tire Technical Dept.
Responsible for the provision of Design,Process and Manufacturing information to
Dunlop's Overseas Plants for all tire products:this included a 2 year Special Assignment
to transfer radial tire technology from Dunlop's European Plants to Dunlop Tire Corp.'s
facilities.

1962 – 1969          Dunlop UK Ltd.          Birmingham,UK.
Technologist,Tire Testing.
Responsible for developing specialized testing procedures and associated equipment for
evaluating special properties of tires e.g. Cornering Behavior,Wet Grip,Rolling
Resistance,High Speed performance for car,motorcycle and racing tires.

1958 – 1962          Dunlop UK Ltd.          Birmingham,UK.
Joined Dunlop UK at their World Technical Headquarters in Birmingham in their Tire
Technical Intake Program – a 3year course which included exposure to most aspects of
tire design,process,manufacture and quality assurance together with opportunities for
further education.

2

Education & Training.
- General Certificate of Education in Mathematics,Physics,English,French & German.
- Higher National Certificate in Applied Physics.

Microsoft Office Classes.
QS 9000,ISO 9001:2002,TS 17025,ISO 14001.
Coopers & Lybrand – Excellence Through Teamwork (ETT).

Testimony List.
01/2005 Wiest vs. Bridgestone/Firestone – Dale Haralson,Arizona.Deposition.
05/2005 Kirkland vs. Sam's Club – William Frates II,Florida.Deposition.
06/2007 Brown vs. Sam's Club – William Frates II,Florida,Deposition.

Signed:...............................................

...............................................

Date:    ...............................................

3

# *T I R E x p e r t i s e  I n c.*

## Tire Consultancy and Tire  Failure Analysis
### *PETER.L.FLANNER*
### *PRESIDENT.*

104,Bluebelle Drive,
Madison,Al. 35758

**Phone/Fax**: (256) 772-4971
**Cell Phone**: (256) 655-3465
**E-mail:** plflanner@AOL.com

# Professional Services and Fee Schedule

## Charges:

Charges are made in quarter (1/4) of an hour increments and include time spent during office consultations, review of records and other materials, tire, rim and vehicle inspections, research, preparation of reports and telephone conversations.

Due to the diverse nature of each case, I cannot predict or guarantee total fees.  Billing will depend on the amount of  time spent on the case and other expenses.

For depositions, trials, and hearings, a minimum of eight (8) hours, excluding travel time, will be charged.  Time in excess of eight (8) hours will be charged as incurred, plus expenses.  Airfares to be paid prior to my departure.  Invoices for travel expense, such as car rental, personal automobile mileage, parking, meals and accommodations, will be invoiced separately.

## *Expenses:*

Travel: Personal automobile mileage is billed at $0.485 per mile, travel from the office plus tolls and parking charges.

Office: Regional and long distance telephone, document reproduction, photographic work, postage, express mail and  shipping charges will be charged and invoiced as incurred.

Research:  On-Line search fees, article retrieval and other data base information will be charged and invoiced as incurred.

## *Fees:*

Time to review case materials, physical evidence and report generation ........... $200.00/hr.

Preparation for deposition and/or trial ............................................. ...................... $200.00/hr.

Time for testifying at depositions, trials, etc. (8 hour minimum) ........................ $200.00/hr.

Travel  time (Portal to Portal)............................................................................ $200.00/hr.

New client, initial case review, ½ hour  .............................................................. No charge

# *T I R E x p e r t i s e  I n c.*

## Invoices:

Invoices may be sent periodically to the client, and are due within thirty (30) days of receipt. Outstanding balances over thirty (30) days are subject to a monthly 1.5% interest charge and a $25.00 rebilling fee. If payment is further overdue, I without liability, may withhold delivery of reports, and may suspend performance of my obligation to a client pending full payment of all charges.

All charges are in US $.

## Retainer:

A $1,000 retainer fee and signed fee schedule is required.Billing will initially be charged against the retainer.Any unbilled portion of the retainer will be returned to the client.

## Responsibility for Payment:

Billing is <u>not</u> contingent upon the findings and/or conclusions reached or the outcome of your litigation. Responsibility for payment is that of the client (law firm, insurance company, etc.) engaging my services and is not contingent upon the client's contractual agreement(s) with plaintiff/defendant and/or case status. The client is responsible for paying the fees even if the case is not favorable. All outstanding invoices for all work must be paid before the time of deposition and/or trial. Responsibility for notification of settlement of a matter is that of the engaging client. All charges incurred to the time of notification of settlement of a matter is that of the engaging client. Lack of notification will not obviate charges incurred even if disbursements related to the matter have been made.

In the event it becomes necessary for me to retain the services of an attorney or collection agency for collecting outstanding fees or any breach of this agreement, the client agrees to pay the fees and costs incurred in enforcing this agreement.

Modifications to the Agreement:

All modifications or waivers must be agreed to and confirmed in writing.

I have read the Professional Service and Fees Agreement. I understand and agree to the terms contained therein.

The Client:                                    Received by Peter L.Flanner.

Signed: _____    _____

Firm: _____    Date: _____

**Rates effective 1/1/2007.**

**Tax I.D.   75-3142037**