**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **MICHAEL P. ALLEN,** *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **CASE NO. 2:06-cv-879-WKW** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

| | | |
|---|---|---|
| **WALLACE MONTGOMERY,** *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **CASE NO. 2:06-cv-880-WKW** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

Upon consideration of the Response to Show Cause Order (Doc. # 15), it is ORDERED that

the Clerk of the Court is DIRECTED to strike the jury demand in the above referenced cases.

DONE this 23rd day of October, 2007.

_____/s/  W.  Keith Watkins_____
UNITED STATES DISTRICT JUDGE