IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL P. ALLEN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-879-WKW |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Defendant. ) | |

**ORDER**

It is ORDERED that:

1. The Uniform Scheduling Order (Doc. #12) is amended to reflect that this case is set for the non-jury trial term commencing on February 25, 2008.

2. The clerk's office is DIRECTED to docket this case as a non-jury matter.

DONE this 1st day of November, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE