**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **MICHAEL ALLEN, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **Case No. 2:06-cv-879-WKW** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

| | | |
|---|---|---|
| **WALLACE MONTGOMERY, et al.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| V. | ) | **Case No. 2:06-cv880-WKW** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

COME NOW the Plaintiffs and pursuant to the Court's Scheduling Order of December 21, 2006, file this notice concerning settlement negotiations and mediation.

The Parties in the above-styled consolidated cases met on Wednesday, November 13, 2007. The face-to-face meeting did not result in settlement; however, the parties agreed to mediate these cases in the Middle District Magistrate Judge Mediation Program.

Dated this the 16th day of November, 2007.

/s/ Annesley H. DeGaris
ANNESLEY H. DEGARIS
Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, Alabama 35205
Telephone: 205-328-2200
Facsimile: 205-324-7896

Attorney for The Allen Plaintiffs


/s/ J. Callen Sparrow
J. Callen Sparrow
Heninger Garrison Davis, LLC
Post Office Box 11310
Birmingham, AL 35202
Telephone: (205) 326-3336
Facsimile: (205) 326-3332

Attorney for The Montgomery Plaintiffs


**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of November, 2007, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties:

Conor Kells
Gail K. Johnson
Trial Attorney, Torts Branch
Civil Division
U.S. Department of Justice
Benjamin Franklin Station
Post Office Box 888
Washington, DC 20044

Attorney for Defendant
UNITED STATES OF AMERICA


/s/ Annesley H. DeGaris
Annesley H. DeGaris