IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL ALLEN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>)<br>Defendant. ) | Civil Action No.: **2:06-cv-879-WKW-WC** |
| WALLACE MONTGOMERY, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. ) | Civil Action No.: **2:06-cv-880-WKW-WC** |

**DEFENDANT UNITED STATES' WITNESS LIST**

Comes now Defendant, United States of America, by and through its undersigned counsel, and hereby submits this witness list pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and this Court's Order of December 21, 2006:

1.  **At the trial of this cause, Defendant expects to call:**

    a.  Bertha G. Moore
        Secretary to the United States Attorney
        Middle District of Alabama
        131 Clayton Street
        Montgomery, AL 36104
        (334) 223-7280

      b.    Ralph Cunningham (Expert)
           ACTAR-Accredited Motor Vehicle Accident Reconstruction
           1804 Thornhill Pass, S.E.
           Conyers, GA 30013
           (770) 918-0973

      c.    Keith Weaver, M.D. (Expert)
           Birmingham Bone and Joint Surgeons
           924 Fulton Avenue, S.W.
           Birmingham, AL 35211
           (205) 786-0315

      d.    A person to be named later as Defendant's expert and independent medical examiner for Wallace Montgomery.

2.    **The Defendant reserves the right to call the following persons:**

      a.    All witnesses identified on Plaintiffs' witness list.

      b.    Any witnesses needed for purposes of rebuttal or impeachment.

//
//
//
//
//
//
//
//
//
//
//
//

2

Defendant reserves the right to update this list by adding additional witnesses or deleting witnesses prior to trial.

Respectfully submitted this 15th day of January, 2008.

        JEFFREY S. BUCHOLTZ
        Acting Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch
        Civil Division

        GAIL K. JOHNSON
        Senior Trial Counsel, Torts Branch
        Civil Division

By:   /s/ Conor Kells
       CONOR KELLS
       Trial Attorney, Torts Branch
       Civil Division
       Attorneys for Defendant
       Post Office Box 888
       Benjamin Franklin Station
       Washington, D.C. 20044
       Telephone No.: (202) 616-4273
       Facsimile No.: (202) 616-5200
       **E-mail: conor.kells@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing upon counsel for Plaintiffs by electronic filing, CM/ECF, and by mailing a copy of same, first-class, postage-prepaid, addressed:

>Annesley H. DeGaris
>Attorney for the Allen Plaintiffs
>Cory, Watson, Crowder & DeGaris, P.C.
>2131 Magnolia Avenue, Suite 200
>Birmingham, Alabama 35205

>J. Callen Sparrow
>Attorney for the Montgomery Plaintiffs
>Heninger Garrison Davis, L.L.C.
>P.O. Box 11310 (35202)
>2224 1st Avenue North
>Birmingham, Alabama 35203

Dated this 15th day of January, 2008.

>/s/ Conor Kells
>Trial Attorney, Torts Branch
>Civil Division