**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **MICHAEL ALLEN, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:06-cv-879-WKW** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

_____

| | | |
|---|---|---|
| **WALLACE MONTGOMERY, et al.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **V.** | ) | **Case No. 2:06-cv-880-WKW** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFFS, MICHAEL ALLEN, LOU ELLEN ALLEN
AND LORIE S. ALLEN'S WITNESS AND EXHIBIT LIST**

COME NOW, the Plaintiffs, Michael Allen, Lou Ellen Allen and Lorie S. Allen, by and through their counsel of record, and submit this witness and exhibit list for the trial of this case:

**I.      Plaintiffs identify the following witnesses whose testimony may be offered at trial:**

1.      Michael Allen, plaintiff, 4900 Cedar Lane, Pell City, AL 35128, (205) 338-1803 or (205) 503-5969.

2.      Lou Ellen Allen, plaintiff, 4900 Cedar Lane, Pell City, AL 35128, (205) 338-1803 or (205) 503-5600.

3.      Lorie S. Allen, plaintiff, 4900 Cedar Lane, Pell City, AL 35128, (205) 338-1803 or (205) 503-5600.

4.      Wallace Montgomery, plaintiff, 5005 Wild Ginger Cove, Norcross, GA 30092.

5.      Phyllis Montgomery, plaintiff, 5005 Wild Ginger Cove, Norcross, GA 30092.

6.      Bertha Moore, Secretary for the United States Attorney, Middle District of Alabama, One Court Square, Suite 201, Montgomery, AL 36104 or 4731 Queensbury Court, Montgomery, AL 36116, (334) 284-6008.

7.      Robert Fisher, Alabama State Trooper, 1040 Coliseum Boulevard, Montgomery, AL 36109, (334) 242-4128.

8.      Clifford A. Prosser, Plaintiffs' Expert, Traffic Accident Consulting Services, 4248 Fieldstone Drive, Birmingham, AL 35215, (205) 681-6869.

9.      Peter L. Flanner, Plaintiffs' Expert, TIRExpertise Inc., 104 Bluebell Drive, Madison, AL 35758, (256) 772-4971.

10.     Ralph Cunningham, Defendant's Expert, Ralph Cunningham, Inc., 1804 Thornhill Pass, S.E., Conyers, GA 30013.

11.     By deposition Dr. Leon Campbell, Downtown Clinic, 920 21st Avenue, Tuscaloosa, AL 35401, (205) 409-0247.

12.     By deposition Dr. E. Lyle Cain, Alabama Sports Medicine & Orthopaedic Center, 806 St. Vincent's Drive, Suite 415, Birmingham, AL 35205, (205) 939-3000.

13.     By deposition Dr. Jeanne Chabot, Chabot Chiropractic Clinic, 2116 Rocky Ridge Road, Hoover, AL 35216, (205) 822-2177.

14.     By deposition  Dr. John Burke, Dr. Ayers, Dr. Cannon and/or another physician of the Southern Medical Group, 1200 Corporate Drive, Hoover, AL 35242, (205) 995-7980.

15.     By deposition Dr. Keith Weaver, Birmingham Bone and Joint Surgeons, 924 Fulton Avenue, SW, Birmingham, AL 35211, (205) 786-0315.

16.     If  the parties cannot agree, Plaintiffs will call the custodian of records of any medical provider to testify as to the authenticity of medical records and the reasonableness of any charges.

17.     To the extent the parties cannot agree on the subrogation amounts, a representative from Blue Cross Blue Shield of Alabama.

18.     Any and all witnesses listed by the defendants(s).

19.     Any witnesses necessary for rebuttal.

II.    **Plaintiffs identify the following exhibits which may be used at the trial of this matter.**

1.    SF-95 Administrative claims forms for Michael Allen, Lou Ellen Allen, and Lorie Allen.

2.    A copy of the Alabama Uniform Traffic Accident Report regarding the automobile accident of August 29, 2003.

3.    Photographs showing post-accident damage to the Allens' vehicle.

4.    Photographs showing injuries to Michael Allen, Lou Ellen Allen, and Lorie Allen.

5.    Photographs of the Moore vehicle.

6.    Photographs of the subject tire from the Moore vehicle.

7.    The tire.

8.    Photographs of the accident scene.

9.    Diagram of the accident scene.

10.    All exhibits attached to the deposition of Peter L. Flanner.

11.    All exhibits attached to the deposition of Clifford A. Prosser.

12.    All exhibits attached to the deposition of Ralph Cunningham.

13.    *The Investigator's Guides to Tire Failures* by R. J. Groggan.

14.    *The Investigator's Guides to Tire Failures* by R. J. Groggan, pp. 60, 66 and 219.

15.    *Punctures and Driver Behavior* by R. J. Groggan and K. H. Marshall.

16.    *Tyre Examination Methods for Police Accident Investigators* issued by the Education Section Dunlop Limited, 2nd Edition 1980.

17.    *The Investigator's Guides to Tire Failures* by R. J. Grogan, Chapter 6.

18.    *Principle Tire Constructions and Terms*.

19.    *The Effect of Tyre Deflation on Vehicle Behavior,* R. J. Grogan,  published in J. Forensic Sciences Society (1972).

20.     *Tyre Punctures - How Come, Why and Where?, by* R. J. Grogan and T. R. Watson, J, Forensic Sciences Society (1974).

21.     *Tyre Examination and Methods for Police Accident Investigators* prepared by Rex Grogan for Dunlop Limited.

22.     Ric Robinette, *Drag and Steering Effects of Under Inflated and Deflated Tires*, 970954, SAE Technical Paper Series 155, 155-167 (1997).

23.     Ernest Z. Klein, *Anatomy of Accidents Following Tire Disablements*, 1999-01-0446, SAE Technical Paper Series 1, 1-15 (1999).

24.     Michelin, *A Better Way Forward, Passenger and Light Truck Tire Owner's Manual and Limited Warranty, Including the Applicable Treadwear Limited Warranty,* 1-23 (Rev. 07/07).

25.     Blow-ups of any exhibits or portions thereof listed above

26.     Resume of Clifford A. Prosser.

27.     Resume of Peter L. Flanner.

28.     All exhibits attached to the deposition of Dr. Leon Campbell.

29.     All exhibits attached to the deposition of Dr. E. Lyle Cain.

30.     All exhibits attached to the deposition of Dr. Jeanne Chabot.

31.     All exhibits attached to the depositions of  Dr. John Burke, Dr. Ayers, Dr. Cannon and/or any other physician of the Southern Medical Group.

32.     All exhibits attached to the deposition Dr. Keith Weaver, Birmingham Bone and Joint Surgeons.

33.     Lost wage statement for Lou Ellen Allen.

34.     Lost Wage statement for Lorie S. Allen.

**For Plaintiff, Michael Allen:**

    (a)    Out of Pocket expenses with various accompanying receipts.

    (b)    Medical records and billing from Conecuh County Emergency Medical Services.

    (c)    Medical records and billing from Evergreen Medical Center in Evergreen, AL.

    (d)    Medical billing from Tri-County Medical Center (Emergency Room Physician).

    (e)    Medical records and billing from Dr. Leon Campbell, Tuscaloosa, AL

    (f)    Medical records and billing from The Radiology Clinic/Tuscaloosa Radiology, Tuscaloosa, AL.

    (g)    Medical records and billing from Birmingham Baptist Medical Center Montclair, Birmingham, AL.

    (h)    Medical records and billing from The Kirklin Clinic (Dr. Kenneth Moore).

    (i)    Medical records and billing from Physiotherapy Associates in Pell City, AL.

    (j)    Medical records and billing from the Birmingham Radiological Group.

    (k)    Medical records and billing from the Southern Medical Group (Drs. Ayers and Cannon).

    (l)    Medical records from Highlands Diagnostic.

    (m)    Medical records and billing from Alabama Sports Medicine and Orthopaedic Center (Dr. E. Lyle Cain).

    (n)    Medical records and billing from HealthSouth Sports Medicine and Rehabilitation Center in Birmingham, AL.

    (o)    Medical records and billing from Anesthesiology & Pain Medicine (Dr. Lucy Chapman).

    (p)    Billing from Pro-Fit, Inc.

    (q)    Billing from pharmacies.

**For Plaintiff, Lou Ellen Allen:**

    (a)    Lost Wage Information.

    (b)    Prescription and Out of Pocket expenses with various accompanying receipts.

    (c)    Medical records and billing from Conecuh County Emergency Medical Services.

    (d)    Medical records and billing from Evergreen Medical Center in Evergreen, AL.

    (e)    Medical records and billing from Tri-County Medical Center.

    (f)    Medical records and billing from Evergreen Medical Center (Dr. Steven Teplick) in Evergreen, AL.

    (g)    Medical records and billing from Dr. Leon Campbell, Tuscaloosa, AL.

    (h)    Medical records and billing from The Radiology Clinic/Tuscaloosa Radiology, Tuscaloosa, AL.

    (i)    Medical records and billing from Birmingham Baptist Medical Center Montclair, Birmingham, AL.

    (j)    Medical records and billing from Birmingham Radiological Group.

    (k)    Medical records and billing from the Southern Medical Group (Dr. John Burke, DO).

    (l)    Medical records and billing from Physiotherapy Associates in Pell City, AL.

    (m)    Medical records and billing from Dr. Charles Shumate.

    (n)    Medical records and billing from Dr. Dianne Barnard.

    (o)    Medical records and billing from Lajuana Logan.

    (p)    Medical records and billing from Brookwood Medical Center, Birmingham, AL.

    (q)    Billing from pharmacies.

    (r)    Insurance claims relating to services provided by Laboratory Corporation of America.

    (s)    Tax records, including W-2 forms and 1040 forms, from 1999 to 2006.

**For Plaintiff, Lorie S. Allen:**

    (a)       Lost Wage Information.

    (b)       Prescription and Out of Pocket expenses with various accompanying receipts.

    (c)       Medical records and billing from Butler County Emergency Medical Services.

    (d)       Medical records and billing from Evergreen Medical Center (Dr. Jeffrey Brandon) in Evergreen, AL.

    (e)       Medical records and billing from Tri-County Medical Center (Dr. Yearwood) in Evergreen, AL

    (f)       Medical records and billing from the Roberts Clinic (Dr. Cumagun) in Evergreen, AL.

    (g)       Medical records and billing from Dr. Leon Campbell, Tuscaloosa, AL.

    (h)       Medical records and billing from The Radiology Clinic/Tuscaloosa Radiology, Tuscaloosa, AL.

    (i)       Medical records and billing from Baptist Medical Center Montclair in Birmingham, AL.

    (j)       Medical records and billing from the Birmingham Radiological Group in Birmingham, AL.

    (k)       Medical records and billing from the Southern Medical Group (Dr. Gregory Ayers).

    (k)       Medical records and billing from the Women's Care Specialists (Dr. Maddox) in Birmingham, AL.

    (l)       Medical records and billing from the Chabot Chiropractic Clinic (Dr. Chabot).

    (n)       Medical records and billing from Physiotherapy Associates in Pell City, AL.

    (l)       Billing from pharmacies.

    (o)       Lorie Allen's tax records, including W-2 forms and 1040 forms, from 1999 to 2006.

/s/ Annesley H. DeGaris
Annesley H. DeGaris (ASB-9182-A63A)
CORY, WATSON, CROWDER & DEGARIS, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, Alabama 35205
Telephone: 205-328-2200
Facsimile: 205-324-7896
E-mail: adegaris@cwcd.com
Attorney for the Allen Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of January, 2008, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties:

Conor Kells
Gail K. Johnson
Trial Attorney, Torts Branch
Civil Division
U.S. Department of Justice
Benjamin Franklin Station
Post Office Box 888
Washington, DC 20044

Attorney for Defendant
UNITED STATES OF AMERICA

J. Callen Sparrow
Heninger Garrison Davis, LLC
Post Office Box 11310
Birmingham, AL 35202
Telephone: (205) 326-3336
Facsimile: (205) 326-3332
csparrow@hgdlawfirm.com

Attorney for the Montgomery Plaintiffs

/s/ Annesley H. DeGaris
Annesley H. DeGaris