THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL ALLEN, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| V. ) | Case No. 2:06-cv-879-WKW |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT UNITED STATES' UNOPPOSED
MOTION TO CONSOLIDATE RELATED CASES FOR TRIAL**

Defendant United States, pursuant to Rule 7 (b)(1) of the Federal Rules of Civil Procedure, moves to consolidate this case and *Wallace Montgomery, et al. v. United States*, 2:06-cv-880-WKW (M.D. Ala.), for trial. The United States relies upon the following grounds for this motion:

1. This case, *Michael Allen, et al. v. United States*, 2:06-cv-879-WKW, and *Wallace Montgomery, et al. v. United States*, 2:06-cv-880-WKW (M.D. Ala), both arise from the same automobile accident involving Plaintiffs and Ms. Bertha Moore that occurred on or about August 29, 2003, on Interstate 65 (I-65).

2. On September 28, 2006, the United States substituted itself for Bertha Moore as party defendant and removed both cases to this Court pursuant to the Westfall Act, 28 U.S.C. § 2679 (d)(2).

3. On November 9, 2006, the United States filed a motion to consolidate these cases. This Court, by order dated December 21, 2006, granted the United States' motion in part, and denied the motion in part, permitting the cases to be consolidated for discovery purposes only.

4. For purposes of judicial economy and the convenience of the parties and

witnesses, these closely-related Federal Tort Claims Act cases should proceed to trial, if necessary, on the same schedule and at the same time.

5.   The United States has consulted with the Plaintiffs' attorneys in both cases, and they do not object to this motion.

WHEREFORE, Defendant United States moves to consolidate *Michael Allen, et al. v. United States*, 2:06-cv-879-WKW (M.D. Ala.) and *Wallace Montgomery, et al. v. United States*, 2:06-cv-880-WKW (M.D. Ala), for trial beginning February 25, 2008.

Respectfully submitted this 16th day of January, 2008.

          JEFFREY S. BUCHOLTZ
          Acting Assistant Attorney General

          PHYLLIS J. PYLES
          Director, Torts Branch
          Civil Division

          GAIL K. JOHNSON
          Senior Trial Counsel, Torts Branch
          Civil Division

By:   /s/ Conor Kells
      CONOR KELLS
      Trial Attorney, Torts Branch
      Civil Division
      Attorneys for Defendant
      Post Office Box 888
      Benjamin Franklin Station
      Washington, D.C. 20044
      Telephone No.: (202) 616-4273
      Facsimile No.: (202) 616-5200
      **E-mail: conor.kells@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing upon counsel for Plaintiffs by electronic filing, CM/ECF, and by mailing a copy of same, first-class, postage-prepaid, addressed:

>Annesley H. DeGaris
>Attorney for the Allen Plaintiffs
>Cory, Watson, Crowder & DeGaris, P.C.
>2131 Magnolia Avenue, Suite 200
>Birmingham, Alabama  35205

>J. Callen Sparrow
>Attorney for the Montgomery Plaintiffs
>Heninger Garrison Davis, L.L.C.
>P.O. Box 11310 (35202)
>2224 1st Avenue North
>Birmingham, Alabama  35203

Dated this 16th day of January, 2008.

>/s/ Conor Kells
>Trial Attorney, Torts Branch
>Civil Division