IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL P. ALLEN, *et al.*,   ) | |
|    ) | |
| Plaintiffs,   ) | |
|    ) | |
| v.   ) | CASE NO. 2:06-cv-879-WKW |
|    ) | |
| UNITED STATES OF AMERICA   ) | |
|    ) | |
| Defendant.   ) | |

_____

| | |
|---|---|
| WALLACE MONTGOMERY, *et al.,*   ) | |
|    ) | |
| Plaintiffs,   ) | |
|    ) | |
| v.   ) | CASE NO. 2:06-cv-880-WKW |
|    ) | |
| UNITES STATES OF AMERICA,   ) | |
|    ) | |
| Defendant.   ) | |

## **ORDER**

It is ORDERED that the defendant shall file a brief on the sudden emergency doctrine as it relates to the standard of care **on or before January 28, 2008**, the plaintiffs shall file a joint response **on or before February 4, 2008**, and the defendant may file a reply **on or before February 7, 2008.**

DONE this 23rd day of January, 2008.

　　　　　　　　　　　　　　　　　/s/  W.  Keith Watkins
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE