THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL ALLEN, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 2:06-cv-879-WKW |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| WALLACE MONTGOMERY, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 2:06-cv-880-WKW |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT UNITED STATES' RESPONSE TO MICHAEL, LOU ELLEN, AND LORI ALLEN'S DEPOSITION DESIGNATIONS

COMES NOW, Defendant United States of America, by and through its undersigned counsel, and hereby submits this response to Michael, Lou Ellen, and Lori Allen's designation of deposition testimony to be offered at trial pursuant to Federal Rules of Civil Procedure 26(a)(3) and 32 and this Court's December 21, 2006, order:

1. The United States reserves the right to designate portions of any and all depositions that have not yet been taken.

2. The United States reserves the right to designate portions of any and all depositions whose transcripts have not been received.

    3.      The United States designates the following deposition excerpts in response to Michael, Lou Ellen, and Lori Allen's designation:

    a.      November 24, 2007 Deposition of Dr. Leon Campbell relating to Michael Allen:

        i.      Page 124, lns. 13-23; Page 125, lns. 10-13.

        ii.      Page 125, ln. 22 to Page 126, ln. 4

        iii.      Page 127, lns. 12-16.

        iv.      Page 129, lns. 13-20.

        v.      Page 130, ln. 16 to Page 131, ln. 14.

        vi.      Page 132, ln. 12 to Page 140, ln. 12.

        vii.      Page 141, lns. 1-15.

        viii.      Page 142, ln. 12 to Page 143, ln. 5.

        ix.      Page 147, lns. 4-23.

        x.      Page 148, lns. 6-11.

        xi.      Page 148, ln. 23 to Page 149, ln. 5.

        xii.      Page 161, ln. 1 to Page 164, ln. 3.

        xiii.      Page 171, ln. 16 to Page 172, ln. 8.

        xiv.      Page 172, ln. 19 to 173, ln. 4.

        xv.      Page 176, ln. 5 to Page 177, ln. 20.

        xvi.      Page 180, ln. 22 to Page 186, ln. 18.

    b.      December 20, 2007, Deposition of Dr. Leon Campbell relating to Michael Allen:

        i.      Page 10, ln. 6 to Page 13, ln. 14.

        ii.      Page 18, ln. 9, to Page 37, ln. 18.

  iii. Page 38, ln. 10 to Page 48, ln. 3.

  iv. Page 54, ln. 10 to Page 60, ln. 20.

  v. Page 62, ln. 11 to Page 66, ln. 2.

  vi. Page 66, ln. 14 to Page 69, ln. 11.

  vii. Page 70, ln. 21 to Page 86, ln. 12.

  viii. Page 88, ln. 4 to Page 95, ln. 9.

  ix. Page 97, ln. 7 to Page 111, ln. 10.

  x. Page 113, ln. 9 to Page 119, ln. 10.

  xi. Page 121, ln. 7 to Page 136, ln. 19.

  xii. Page 137, lns. 2 to 23.

  xiii. Page 139, lns. 2 to 14.

  xiv. Page 165, lns. 7 to 10.

  xv. Page 168, ln. 15 to Page 173, ln. 10.

  xvi. Page 180, ln. 6 to Page 185, ln. 21.

c. December 20, 2007 Deposition of Dr. Leon Campbell relating to Lori Allen:

  i. Page 52, ln. 9 to Page 61, ln. 23.

  ii. Page 63, ln. 21 to Page 88, ln. 3.

  iii. Page 89, ln. 11 to Page 90, ln. 4.

  iv. Page 90, ln. 17 to Page 94, ln. 9.

  v. Page 94, ln. 11 to Page 97, ln. 1.

  vi. Page 97, ln. 8 to Page 107, ln. 10.

Respectfully submitted this 23rd day of January, 2008.

        JEFFREY S. BUCHOLTZ
        Acting Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch
        Civil Division

        GAIL K. JOHNSON
        Senior Trial Counsel, Torts Branch
        Civil Division

By:   /s/ Conor Kells
       CONOR KELLS
       Trial Attorney, Torts Branch
       Civil Division
       Attorneys for Defendant
       Post Office Box 888
       Benjamin Franklin Station
       Washington, D.C. 20044
       Telephone No.: (202) 616-4273
       Facsimile No.: (202) 616-5200
       **E-mail: conor.kells@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing upon counsel for Plaintiffs by electronic filing, CM/ECF:

>Annesley H. DeGaris
>Attorney for the Allen Plaintiffs
>Cory, Watson, Crowder & DeGaris, P.C.
>2131 Magnolia Avenue, Suite 200
>Birmingham, Alabama  35205

>J. Callen Sparrow
>Attorney for the Montgomery Plaintiffs
>Heninger Garrison Davis, L.L.C.
>P.O. Box 11310 (35202)
>2224 1st Avenue North
>Birmingham, Alabama  35203

Dated this 23rd day of January, 2008.

>/s/ Conor Kells
>Trial Attorney, Torts Branch
>Civil Division