IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL P. ALLEN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: CV 2:06-cv-879-WKW |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendants. ) | |

**************************************************************************************

| | |
|---|---|
| WALLACE MONTGOMERY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: CV 2:06-cv-880-WKW |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFFS' RESPONSIVE DEPOSITION DESIGNATIONS

COME NOW, the plaintiffs, Wallace Montgomery and Phyllis Montgomery, by and through their counsel of record, and pursuant to this Court's Scheduling Order, submit this list of responsive deposition designations for the trial of this case:

**DEPOSITION TESTIMONY** - **Dr. David Covall**

- Page 60, Line 4 through Line 15
- Page 61, Line 15 through Page 62, Line 12
- Page 79, Line 1 through Line 23

            Respectfully submitted,


             s/ J. CALLEN SPARROW
            J. Callen Sparrow (ASB-4515-R79J)
            Attorney for the Montgomery Plaintiffs


OF COUNSEL:

HENINGER GARRISON DAVIS, LLC
P. O. Box 11310 (35202)
2224 1st Avenue North
Birmingham, AL  35203
Telephone: (205)326-3336
Facsimile: (205)326-3332
E-mail:  jcsparrow@hgdlawfirm.com


## CERTIFICATE OF SERVICE

 I hereby certify that on the 23rd day of January, 2008, I electronically filed theforegoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties:

Annesley H. DeGaris, Esquire
CORY WATSON CROWDER & DEGARIS, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, AL  35205
Attorney for the Allen Plaintiffs
E-mail:  adegaris@cwed.com

Conor Kells, Esquire
Trial Attorney, Torts Branch
Civil Division
U.S. Department of Justice
Post Office Box 888
Washington, DC  20004
E-mail:  conor.kells@usdoj.gov

Gail K. Johnson, Esquire
Torts Branch, Civil Division
U.S. Department of Justice
P. O. Box 888
Washington, DC  20044

                 <u> s/ J. CALLEN SPARROW   </u>
                 J. Callen Sparrow (ASB-4515-R79J)