IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISIN

| | | |
|---|---|---|
| MICHAEL ALLEN, et al, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 2:06cv879 |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

_____

| | | |
|---|---|---|
| WALLACE MONTGOMERY, et al, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 2:06cv880 |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PLAINTIFFS, MICHAEL ALLEN, LOU ELLEN ALLEN AND LORIE S. ALLEN'S, RESPONSIVE AND SUPPLEMENTAL LIST OF DEPOSITION DESIGNATIONS**

COMES NOW, the Plaintiffs, Michael Allen, Lour Ellen Allen and Lorie S. Allen, by and through their counsel of record, and pursuant to this Court's Scheduling Order, Submit this list of responsive and supplemental deposition designations for the trial of this case:

1.  DEPOSITION TESTIMONY – Dr. Leon Campbell re Lorie S. Allen

    p. 50, ln 1-20

2.  DEPOSITION TESTIMONY – Dr. Leon Campbell re Michael Allen

    Deposition #2        p. 163, ln 19 – p. 164, ln 18

3.     The Plaintiffs reserve the right to designate portions of any and all depositions that have not yet been taken.

4.     The Plaintiffs reserve the right to designate portions of any and all depositions whose transcripts have not been received.

5.     The Plaintiffs reserve the right to introduce the deposition testimony of any witness listed in its designated witness list should a witness become unavailable or otherwise unable to attend trial due to the circumstances set forth in Federal Rules of Civil Procedure 32(1)(3)(A)-(E).

/s/ Annesley H. DeGaris
Annesley H. DeGaris (ASB-9182-A63A)
CORY, WATSON, CROWDER & DEGARIS, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, Alabama 35205
Telephone:  205-328-2200
Facsimile:  205-324-7896
E-mail:  adegaris@cwcd.com
Attorney for the Allen Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of January, 2008, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties:

Conor Kells
Gail K. Johnson
Trial Attorney, Torts Branch
Civil Division
U.S. Department of Justice
Benjamin Franklin Station
Post Office Box 888
Washington, DC 20044

Attorney for Defendant
UNITED STATES OF AMERICA

J. Callen Sparrow
Heninger Garrison Davis, LLC
Post Office Box 11310
Birmingham, AL 35202
Telephone: (205) 326-3336
Facsimile: (205) 326-3332
csparrow@hgdlawfirm.com

Attorney for the Montgomery Plaintiffs


/s/ Annesley H. DeGaris
Annesley H. DeGaris