IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

| | |
|---|---|
| MICHAEL ALLEN, et al., | ) |
|     Plaintiffs, | ) ) ) |
| v. | )   CASE NO. 06-cv-879-WKW |
| UNITED STATES OF AMERICA, | ) ) ) |
|     Defendant, | ) |

**CONFLICT DISCLOSURE STATEMENT**

COME NOW Michael Allen, Lou Ellen Allen and Lorie S. Allen, Plaintiffs in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- ☒ This party is an individual, or
- ☐ This party is a governmental entity, or
- ☒ There are no entities to be reported, or
- ☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

 01/30/08                                            /s/ Annesley H. DeGaris
     Date                                              Counsel Signature
                                                      Michael Allen, Lou Ellen Allen,
                                                      Lorie S. Allen

                                                      _____
                                                      Counsel for (print names of all parties)
                                                      2131 Magnolia Avenue, Suite 200
                                                      Birmingham, AL 35205
                                                      Address, City, State Zip Code

                                                      (205) 328-2200
                                                      Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**CERTIFICATE OF SERVICE**

I, Annesley H. DeGaris, do hereby Certify that a true and correct copy of the foregoing has been furnished by CM/ECF electronic filing (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 30th day of January 2008, to:

Conor Kells and Gail K. Johnson, Attorneys for United States of America

J. Callen Sparrow, Attorney for Wallace and Phyllis Montgomery

_____

_____

_____

_____

_____

 01/30/08                                           /s/ Annesley H. DeGaris
   Date                                                  Signature