IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

MICHAEL P. ALLEN, ET AL.,
)
)
Plaintiff,
)
)
v.
)  CASE NO. 2:06-cv-00879-WKW
)
UNITED STATES OF AMERICA,
)
)
Defendants,
)

## CONFLICT DISCLOSURE STATEMENT

COMES NOW <u>WALLACE MONTGOMERY</u>, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[■] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

Date

/s/ J. Callen Sparrow
(Signature)

J. Callen Sparrow
(Counsel's Name)

**Wallace Montgomery**
Counsel for (print names of all parties)
2224 1st Avenue North
Birmingham, AL 35203
Address, City, State Zip Code
205-326-3336
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, J. Callen Sparrow, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail and Electronic Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 30th day of January 20 08 to:

Annesley H. DeGaris, Esq., 2131 Magnolia Avenue, Suite 200, Birmingham, AL 35205

Conor Kells, Esq., Trial Attorney, Torts Branch, Civil Division, U.S. Department of Justice, P. O. Box 888, Washington, DC 20004

Gail K. Johnson, Esq., Torts Branch, Civil Division, U.S. Department of Justice, P. O. Box 888, Washington, DC 2004

1/30/2008
Date

/s/ J. Callen Sparrow
Signature