IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u>                     DIVISION

MICHAEL P. ALLEN, ET AL.
_____,  )
                                       )
          Plaintiff,                   )
                                       )
v.                                     )   CASE NO. <u>2:06-cv-00879-WKW</u>
                                       )
UNITED STATES OF AMERICA               )
_____,  )
                                       )
          Defendants,                  )

### <u>CONFLICT DISCLOSURE STATEMENT</u>

COMES NOW <u>PHYLLIS MONTGOMERY</u> , a <sup>Plaintiff</sup>            in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[■] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                    <u>Relationship to Party</u>

_____              _____

_____              _____

_____              _____

_____                 /s/ J. Callen Sparrow
          Date                           (Signature)

                                         J. Callen Sparrow
                                         (Counsel's Name)

                                         Phyllis Montgomery
                                         Counsel for (print names of all parties)
                                         2224 1st Avenue North
                                         Birmingham, AL  35203
                                         Address, City, State Zip Code
                                         205-326-3336
                                         Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN _____ DIVISION

## CERTIFICATE OF SERVICE

I, J. Callen Sparrow _____, do hereby Certify that a true and correct copy
of the foregoing has been furnished by U.S. Mail and Electronic Mail _____(manner of service,
i.e., U.S. Mail, electronic mail, etc.) on this 30th ____day of January _____ 20 08, to:

Annesley H. DeGaris, Esq., 2131 Magnolia Avenue, Suite 200, Birmingham, AL  35205

Conor Kells, Esq., Trial Attorney, Torts Branch, Civil Division, U.S. Department of Justice, P. O. Box 888, Washington, DC  20004

Gail K. Johnson, Esq., Torts Branch, Civil Division, U.S. Department of Justice, P. O. Box 888, Washington, DC  2004

1/30/2008 _____                    /s/ J. Callen Sparrow _____
           Date                                          Signature