**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **MICHAEL P. ALLEN, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 2:06-cv-879-WKW |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Defendant.** | ) |

| | |
|---|---|
| **WALLACE MONTGOMERY, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| V. | ) Case No. 2:06-cv-880-WKW |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF APPEARANCE

COMES NOW Elizabeth A. Ellis with the law firm of Cory, Watson, Crowder & DeGaris, P.C., and hereby enters an appearance as additional counsel of record on behalf of the Plaintiffs, Michael P. Allen, Lou Ellen Allen and Lorie S. Allen in the above-styled cause.

/s/ Elizabeth A. Ellis
Elizabeth A. Ellis (ASB-3521-A63E)
Attorney for the Allen Plaintiffs

**OF COUNSEL:**

Annesley H. DeGaris (ASB-9182-A63A)
CORY, WATSON, CROWDER & DEGARIS, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, Alabama 35205
Telephone:  205-328-2200
Facsimile:  205-324-7896
adegaris@cwcd.com
bellis@cwcd.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of February, 2007, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties:

> Conor Kells
> Gail K. Johnson
> Trial Attorney, Torts Branch
> Civil Division
> U.S. Department of Justice
> Benjamin Franklin Station
> Post Office Box 888
> Washington, DC 20044
>
> Attorney for Defendant
> UNITED STATES OF AMERICA
>
> /s/ J. Callen Sparrow
> J. Callen Sparrow
> HENINGER GARRISON DAVIS, LLC
> Post Office Box 11310
> Birmingham, AL 35202
> Telephone:  (205) 326-3336
> Facsimile:  (205) 326-3332
> csparrow@hgdlawfirm.com
>
> Attorney for the Montgomery Plaintiffs
>
> /s/ Elizabeth A. Ellis
> Elizabeth A. Ellis