THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MICHAEL ALLEN, et al.                      )
                                           )
                      Plaintiffs,          )
                                           )
V. .                                       )      Case No. 2:06-cv-879-WKW
                                           )
UNITED STATES OF AMERICA                   )
                                           )
                      Defendant.           )

---

WALLACE MONTGOMERY, et al.                 )
                                           )
                      Plaintiffs,          )
                                           )      Case No. 2:06-cv-880-WKW
                                           )
V.                                         )
                                           )
UNITED STATES OF AMERICA,                  )
                                           )
                      Defendant.           )

## DEFENDANT UNITED STATES' MOTION IN LIMINE TO EXCLUDE OR STRIKE ANY TESTIMONY OR REFERENCE TO THE ALABAMA UNIFORM TRAFFIC REPORT'S 83 M.P.H ESTIMATE OF MRS. MOORE'S SPEED

Comes now the Defendant, United States of America, to file a motion in *limine* to

exclude or strike any testimony or reference to the Alabama Uniform Traffic Accident Report's

estimate of the speed of Mrs. Bertha Moore's vehicle as 83 miles per hour.

## ARGUMENT

As this Court has previously been apprised, Former State Trooper Robert Fisher

completed an Alabama Uniform Traffic Accident Report[1] following the August 29, 2003, motor

---

[1] Two copies of this accident report presently exist in the record.  However, both copies contain the same 83 m.p.h. estimate as to Mrs. Moore's speed.  For purposes of this motion, the United States will refer to the documents as a single report and will only attach one version as an exhibit hereto.

vehicle accident giving rise to this litigation. Exhibit A, Alabama Uniform Traffic Report dated 8/29/03 ("Accident Report"). Trooper Fisher's report contains an estimate of Mrs. Bertha Moore's vehicle speed at 83 miles per hour at the time of the accident. Id. An affidavit of Trooper Fisher, submitted by the Plaintiffs in their joint response to the United States' motion for application of the sudden emergency doctrine, made clear that Trooper Fisher's estimate was based on the statement of an unidentified, undisclosed, and unknown witness at the scene of the accident. Exhibit B, Fisher Aff. ¶ 5. The witness statement is pure hearsay evidence. Moreover, even if some of the Accident Report is admissible evidence pursuant to the public records exception, Federal Rule of Evidence 803(8)(C), the estimate of Mrs. Moore's speed is not admissible because the witness's statement has no guarantee of trustworthiness.

Federal Rule of Evidence 803(8) provides a hearsay exception for certain public records and reports. The rule allows the admissibility of hearsay when contained in

> [r]ecords, reports, statements, or data compilations, in any form, of public offices or agencies, setting forth (A) the activities of the office or agency, or (B) matters observed pursuant to duty imposed by law as to which matters there was a duty to report, excluding, however, in criminal cases matters observed by police officers and other law enforcement personnel, or (C) in civil actions and proceedings and against the Government in criminal cases, factual findings resulting from an investigation made pursuant to authority granted by law, <u>unless the sources of information or other circumstances indicate lack of trustworthiness.</u>

Fed. R. Evid. 803(8) (emphasis added).

In this case, the Accident Report itself is admissible evidence of what Trooper Fisher physically observed pursuant to his duties as a police officer. The factual findings contained in the report are also admissible, as this is a civil action, unless the sources of information or other circumstances indicate lack of trustworthiness. Fed. R. Evid. 803(8)(C). The estimate as to Mrs.

Moore's speed at the time of the accident is inadmissible because there is no indication that the source of the information or the circumstances by which this information was obtained are trustworthy. Furthermore, the witness who provided the estimate of Mrs. Moore's speed was not providing the statement of a public office or agency and was not under any duty imposed by law to observe or record Mrs. Moore's speed, as required for admission under subsections (A) or (B). Fed. R. Evid. 803(8)(A), (B).

"[W]hen police reports contain witness statements, and those statements are offered to prove the truth of the matters asserted, the statements themselves are generally inadmissible." Jacobs v. City of Port Neches, 7 F. Supp. 2d 829, 835 (E.D. Tex. 1998) *aff'd* Jacobs v. Port Neches Police Dep't, 193 F.3d 516 (5th Cir. 1999); Bennett v. Spitzer, 2007 WL 389213 at *8 (E.D. N.Y. 2007) ("a party wishing to introduce a police report must provide an independent evidentiary basis for admitting hearsay statements by other individuals contained within a police report.") *citing* Parsons v. Honeywell, Inc., 929 F.2d 901, 909 (2d. Cir. 1991). Here, the estimated speed of 83 miles per hour represents a witness statement, as made clear by Trooper Fisher's affidavit. See Exhibit B, Fisher Aff. ¶ 5. That witness is unknown and the basis for her opinion is also unknown. In fact, this witness's statement is not a statement of a public office or agency and was not regarding a matter observed by someone under a duty imposed by law. Thus, on its face this statement does not qualify for admission under Rule 803(8) and is clearly inadmissible hearsay evidence. *Cf.* In re Boshears, 110 F.3d 1538, 1542, n.4 (11th Cir. 1997) (concluding that a statement of a witness recorded in a police report would be inadmissible hearsay within hearsay under Federal Rule of Evidence 805).

For the foregoing reasons, the United States moves this Court to strike or exclude any and

all references to the Alabama Uniform Traffic Accident Report's estimate of Mrs. Moore's speed

as 83 miles per hour.

Respectfully submitted this 12th day of February, 2008.

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
Civil Division

PHYLLIS J. PYLES
Director, Torts Branch
Civil Division

GAIL K. JOHNSON
Senior Trial Counsel, Torts Branch
Civil Division

/s/ Conor Kells
CONOR KELLS
Trial Attorney
United States Department of Justice
Torts Branch, Civil Division
Post Office Box 888
Benjamin Franklin Station
Washington, DC  20044
Tel: (202) 616-4400
Fax: (202) 616-5200
Attorneys for Defendant United States

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing upon counsel for

Plaintiffs by electronic filing, CM/ECF:

> Annesley H. DeGaris
> Attorney for the Allen Plaintiffs
> Cory, Watson, Crowder & DeGaris, P.C.
> 2131 Magnolia Avenue, Suite 200
> Birmingham, Alabama 35205

> J. Callen Sparrow
> Attorney for the Montgomery Plaintiffs
> Heninger Garrison Davis, L.L.C.
> P.O. Box 11310 (35202)
> 2224 1st Avenue North
> Birmingham, Alabama 35203

Dated this 12th day of February, 2008.

> /s/ Conor Kells
> Trial Attorney, Torts Branch
> Civil Division

# Exhibit A

REV 1/91

## ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT

DPS

Accident No.

Shaded areas to Be Used By Data Processing Only

Sheet __1__ of __3__ Sheets    Microfilm No. _____    Local Case No

**LOCATION AND TIME**

| Date 08/29/2005 | Time 2:25 AM/PM | Day of Wk M T W TH F S SU | County 21 | Rural ☒ | Highway Classification: Interstate — State — Federal — County | M—Municipal P—Private Prop O—Other | Local Zone |

On Street, Road or Between Nodes 1: **I-65**
As Intersection at or Between Nodes 1: **Butler Co Line**    And Node 21: **Co Rd 1220**

Street or Road Code: **I065** / **7631** / **7620**   Feet From ☐ Node 1 ☐ Node 2

Intersection Related: 1—Node 1  2—Node 2 ☐ Not Int-Related

First Harmful Event: **20**   Event Location:   Distance to Fixed Object: **NA** FT.   No. of Vehicles: **2**   No. Pedestrians   No. Injured   No. Fatalities   Unit 1 Type   Unit 2 Type

NONCOLLISION EVENT / COLLISION EVENT codes listed at right. Prime Cont Codes: **26**  Prime Cont Unit No: **1**

---

**UNIT NO 1 — LEFT SCENE**

Driver Full Name: **Bertha Gordon Moore**   Street Address: **4731 Queensbury Ct**   City and State: **Montgomery Al**   ZIP **36116**   Telephone No. **NONE**

DOB: **01/22/1952**   Race **B**   Sex **F**   DL State **Al**   Driver License No. **4627606**   DL Class **O M C**   DL Status **C**   List Restrictions Not Complied With   CDL Status **N**   List Endorsements Not Complied With   Residence Less Than 25 Miles

Place of Employment: **Dept of Justice    (Montgomery Al)**   Liability Insurance Co: **State Farm**   Social Security No. **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**

Driver Condition: 01 No Defect / Apparently Asleep — Injured — Other   Alcohol: Yes / No / Unk   Drugs: Yes / No / Unk

Maneuver: **01**   Travel Road Name: **I-65**   Road Code: **I065**   Travel Direction: N E S W  A-Not on Rd  U-Unk: **06**   Prime Harm Event: **20**   Event Loc

Veh Year **1997**   Make **Merc**   Model **Mou**   Body **NA**   V.I.N. **4M2DU52P7VUJ01642**   License Tag Number **3A6707M**   State **Al**   Year **2004**

Owner's Name: **Same**   Street or R.F.D.   City   State   ZIP

Speed Limit **70 MPH**   Est. Speed **83 MPH**   Citation/Offense Charged: **NONE**

Vehicle Towed By Whom: **A+   (Rotation)**   To Where: **A+    (Evergreen, Al)**   Enter Point of Initial Impact **4**

---

**UNIT NO 2 — LEFT SCENE**

Driver/Pedestrian Full Name: **Michael Phillip Aiken**   Street Address: **107 Paradise Isle**   City and State: **Riverside Al**   ZIP **35135**   Telephone No. **205 338-1803**

DOB: **03/26/1948**   Race **W**   Sex **M**   DL State **Al**   Driver License No. **2451775**   DL Class **C**   DL Status **C**   List Restrictions Not Complied With   CDL Status **N**   List Endorsements Not Complied With   Residence Less Than 25 Miles

Place of Employment: **IMI    (Birmingham Al)**   Liability Insurance Co: **Alfa**   Social Security No. **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**

Driver/Ped Condition: 01 No Defect / Apparently Asleep — Injured — Other   Alcohol: Yes / No / Unk   Drugs: Yes / No / Unk

Maneuver/Action: **01**   Travel Road Name: **I-65**   Road Code: **I065**   Travel Direction: N E S W  A-Not on Rd  U-Unk: **97**   Prime Harm Event: **20**   Event Loc

Veh Year **2003**   Make **Linc**   Model **Tow**   Body **40**   V.I.N. **1LNHM82W53Y618276**   License Tag Number **59G431H**   State **Al**   Year **2004**

Owner's Name: **Same**   Street or R.F.D.   City   State   ZIP

Speed Limit **70 MPH**   Est. Speed **75 MPH**   Citation/Offense Charged: **NONE**   Damage Severity: None Visible / ☒ Disabled   Vehicle Towed Away? Yes / No   Occupants in Unit **3**   Total Injuries in Unit

Vehicle Towed By Whom: **Windom    (Rotation)**   To Where: **Windom    (Evergreen Al)**   Enter Point of Initial Impact **8**

---

**CODES**

Contributing Circumstances / Roadway Maneuver / Pedestrian Maneuver / Event Loc legend rows (01–99)

**CODES**

SAFETY EQUIPMENT

| Other Involved Unit (Circle One) | Other Involved Unit (Circle One) | CODES |
|---|---|---|
| 1  41 | 2  41  41  24 | |

12 - Pedestrian
13 - Rider of Domestic Animal
14 - Occ. of Non-Motorized Vehicle
15 - Victim of Other Circumstance; Codes Not Applicable

Other Involved Safety Equipment

00 - None Installed
99 - Not Applicable
98 - Unknown if Any Type
Lap Belt Only
11 - Fastened
12 - Not Fastened
Lap Shoulder Harness
21 - Lap Only Used
22 - Fastened Used
23 - Shoulder Only Used
24 - Both Used
Motorcycle Helmet
31 - None Used
32 - Used
Air Bags
41 - Deployed, Belts Used
42 - Not Deployed, Belts Used
43 - Deployed, Belts Not Used
44 - Not Deployed, Belts Not Used
Child Restraints
51 - Child Restraint Used
62 - Other Restraint Used
63 - None Used
Pedal Cycle/Pedestrian
91 - Contrasting Clothing
92 - Non-contrasting Clothing

## VICTIMS

| Name | Address | Unit No | Seat Pos | Injury Type | Age | Sex | Ejection | First Aid By |
|---|---|---|---|---|---|---|---|---|
| Bertha Gordon Mouse  4731 Queensbury Ct  Montg. Al 36116 | | 1 | 1 | A | 51 | F | N | D |
| Evergreen Medical Center  Taken To | Conecuh County EMS  Taken By | | | | | | | |
| Michael Phillip Allen  107 Pardise Isle  Riverside Al 35135 | | 2 | 1 | A | 55 | M | N | D |
| Evergreen Medical Center  Taken To | Conecuh County EMS  Taken By | | | | | | | |

**CODES**

Injury Type
K - Killed
B - Bruise / Abrasion / Swelling
A - Visible or Carried from Scene
C - Not Visible - Has Pain / Limp

Ejected
N - Not
F - Falls
P - Partially
T - Trapped
U - Unknown
A - Not Applicable

First Aid By
A - Ambulance Attended
O - Doctor
M - Paramedic
O - Other
P - Police
U - Unknown
N - None

## NARRATIVE AND DIAGRAM

SEE PAGE 3 of 3

Officer's Opinion of What Happened:  SEE PAGE 3 of 3

## ROADWAY ENVIRONMENT

For Each Roadway Environment Field, Circle One Entry for Each Involved Unit.

| | Contributing Road Defects | Surface Construction | Condition | Accident In Or Related To Road Construction Zone? | Material in Roadway (Contributing) | Material Source | Obstruction |
|---|---|---|---|---|---|---|---|
| Unit 1 | 0 - None | 1 - Asphalt | 1 - Dry | | 0 - None    5 - Gravel | 0 - Not Applicable | |
| Unit 2 | 1 - Shoulders Low | 2 - Concrete | 2 - Wet | | 1 - Rocks   6 - Dirt/Debris | | |
| | 2 - Shoulders High | 3 - Brick | 3 - Ice | | 2 - Ice/mud/snow | | |
| | 3 - Holes, Bumps, Etc | 4 - Unpaved | 4 - Snowy / Slushy | Yes   No | 3 - Dirt | | |
| | R - Other | 0 - Other | 5 - Muddy | | | | |
| | | | 6 - Other | | | | |

Light
1 - Daylight
2 - Dawn
3 - Dusk
4 - Darkness - Road Not Lit
5 - Darkness - Road Lit

Weather
1 - Clear
2 - Cloudy
3 - Rain
4 - Snow
5 - Sleet/Hail
6 - Crosswind
7 - Fog
0 - Other

Locale
1 - Open Country
2 - Residential
3 - Shopping or Business
4 - Mfg or Industrial
5 - School
6 - Playground
8 - Other

Non-Vehicular Property Damage
0 - None Visible
2 - Light
3 - Moderate
4 - Severe

Property Damage Description

Description:  NA

Owner:

DOT Removal Crossing At:  NA

## INVESTIGATION

| Time Police Notified | Time Police Arrived | Time EMS Arrived | Name of Photographer | Address: | | Telephone |
|---|---|---|---|---|---|---|
| 2:30 | 2:50 | 2:70 | TPR. FISHER | | | |

Witness Full Name | Address | | Telephone

Witness Full Name | Address | | Telephone

Name of Investigating Officer | Officer IC | Agency ORI | Supervisor Reviewed

Name of Other Investigating Officer(s) at Scene | Officer ID | Agency ORI

The data on this report reflects my best knowledge, opinion and belief covering the accident, but no warrant is made as to the factual accuracy thereof.

Signature of Investigating Officer  _____ 1067    Date 8-31-03

# ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT

Sheet **2** of **3** Sheets

| | | | | |
|---|---|---|---|---|
| Date: 09 09 2003 | Time: 2:35 PM | Day of Week: M T W **TH** | County: 21 | City: |

Highway Classification: **Interstate** — Rural ☒

At Intersection or Between Node 1: **I-65** And Node 2: **Butler Co Line** / **Co Rd 1220**

Street or Road: **I065** Code: **7631** / **7620**

Milepost: **I 016 to I 10**

**Driver Full Name:** Phyllis Daulton Montgomery
**Street Address:** 5005 With Ginger CV
**City and State:** Norcross GA
**ZIP:** 30092

DOB: 03 14 1943
Race/Sex: W F
DL State: GA
Driver License No.: 053628642
DL Class: C
DL Status: C
COL: N

**Liability Insurance Co:** State Farm

Veh Year: 20ci
Make: Volv
Model: V70
V.I.N.: YV15W53DX12114722
License Tag Number: 759 NTO
State: GA
Year: 2003

Owner's Name: Same

**Speed Limit:** 70 MPH
**Est. Speed:** 70 MPH
**Citation Offense Charged:** NONE

Vehicle Towed By Whom: **Interstate (Rotation)** To Where: **Interstate (Evergreen Al)**

Occupants in Unit: 2

**Unit 1**
3 | 41 | 41

Other Involved Unit (Circle One)
12 - Pedestrian
13 - Rider of Domestic Animal
14 - Occ. of Non-Motorized Vehicle
15 - Victim of Other Circumstance
Codes Not Applicable
Other Involved Safety Equipment

**Unit 2**
X

Other Involved Unit (Circle One)
12 - Pedestrian
13 - Rider of Domestic Animal
14 - Occ. of Non-Motorized Vehicle
15 - Victim of Other Circumstance
Codes Not Applicable
Other Involved Safety Equipment

CODES
SAFETY EQUIPMENT
01 - None Available
95 - Not Applicable
99 - Unknown xxx, Type
Lap Belt Only
11 - Fastened
12 - Not Fastened
Lap/Shoulder Harness
21 - Lap One Used
22 - Neither Used
23 - Shoulder Only Used
24 - Both Used
Motorcycle Helmet
31 - None Used
32 - Used
Air Bags
41 - Deployed, Belts Used
42 - Not Deployed, Belts Used
43 - Deployed, Belts Not Used
44 - Not Deployed, Belts Not Used
Child Restraints
61 - Child Restraint Used
62 - Other Restraint Used
63 - None Used
Pedal Cycle/Pedestrian
91 - Contrasting Clothing
92 - Non-contrasting Clothing

## VICTIMS

| Name | Address | Unit No | Seat Pos | Injury Type | Age | Sex | Ejec-tion | First Aid By |
|---|---|---|---|---|---|---|---|---|
| Wallace Montgomery | 5005 W H Ginger Cv. Norcross GA | 3 | 3 | A | 58 | M | N | D |
| Taken To Evergreen Medical Center | Taken By Conecuh County EMS | | | | | | | |
| Lori Allen | 467 Pardise Isle Riverside Al 35135 | 2 | 3 | A | 21 | F | N | D |
| Taken To Evergreen Medical Center | Taken By Conecuh County EMS | | | | | | | |

## CODES

Injury Type
K - Killed
E - Bruise/Abrasion/Swelling
A - Visible or Carried from Scene
C - Not Visible - Has Pain Faint

Ejected
N - No
P - Partially
T - Trapped
U - Unknown
X - Not Applicable

First Aid By
A - Ambulance Attended
C - Doctor
M - Paramedic
O - Other
P - Police
U - Unknown
N - None

## NARRATIVE AND DIAGRAM

SEE PAGE 3 of 3

Officer's Opinion of What Happened: SEE PAGE 3 of 3

## ROADWAY ENVIRONMENT

For Each Roadway Environment Field, Circle One Entry for Each Involved Unit.

Unit 1: 3
Unit 2: X

Contributing Road Defects
1 - None
2 - Shoulders Low
3 - Shoulders High
4 - Holes, Bumps, Etc
8 - Other

Surface Construction
1 - Asphalt
2 - Concrete
3 - Brick
4 - Unpaved
8 - Other

Condition
1 - Dry
2 - Wet
3 - Icy
4 - Snowy/Slushy
5 - Muddy
8 - Other

Accident In Dr. Related To Road Construction Zone?
Yes   Yes   No

Material In Roadway (Contributing)
1 - None    5 - Gravel
2 - Rocks   6 - Oil/Petrol
3 - Trees/Limbs  8 - Other
4 - Dirt

Material Source
1 - Not Applicable
2 - Natural Environment
3 - Dropped From Vehicle
4 - Already in Road, But Fell From Vehicle
8 - Other
9 - Unknown

Flow-type
1 - Straight - Level
2 - Straight - Down Grade
3 - Straight - Up Grade
4 - Straight - Hillcrest
5 - Curve - Level

Vision Obscured By:
1 - Not Obscured
2 - Buildings
3 - Signboard
4 - Trees, Crops, Bushes
5 - Material
6 - Curve in Road
7 - Fog
8 - Parked Vehicle
9 - Moving Vehicle(s)
11 - 10 - Blinded In Sunlight
11 - 11 - Lens/Glasses
12 - 12 - Dust
13 - 13 - Blinded by headlights
14 - 14 - Embankment
15 - 15 - Rain on Windshield
16 - 16 - Snow on Windshield
88 - 98 - Other
99 - 99 - Unknown

Traffic Control
1 - Police Officer
2 - R.R Crossing Gates
3 - R.R Flashing Lights
4 - R.R Cross Bucks/Fave Mast
5 - Pedestrian Control
6 - Traffic Signal
7 - Flashing Beacon
8 - Stop Sign
9 - Yield Sign
10 - Lane Control Device
11 - Flagger
12 - No Passing Zone
97 - None
98 - Other

Traffic Control Functioning
Yes   No
N/A   N/A

DOT Railroad Crossing No
NA

Opposing Lanes Separated By:
97 - None
1 - Paved Median
2 - Unpaved Surface
3 - Broken Painted Line
4 - Solid Painted Line
5 - Concrete Barrier
6 - Metal Guard Rail
7 - Fence
98 - Other Barrier

Light
1 - Daylight
2 - Dawn
3 - Dusk
4 - Darkness - Road Not Lit
5 - Darkness - Road Lit

Weather
1 - Clear
2 - Cloudy
3 - Rain
5 - Sleet/Hail
6 - Crosswind
7 - Fog
8 - Other

Locale
1 - Open Country
2 - Residential
3 - Shop'g or Business
8 - Other
4 - School
7 - Playground

Non-Vehicular Property Damage
1 - None Visible   3 - Moderate
2 - Light   4 - Severe

Description:

Property Damage
Owner: NA

Time Police Notified: 2:30 PM
Time Police Arrived: 2:50 PM
Time EMS Arrived: 2:40 PM
Name of Photographer: TPR. FISHER

Address: NA

Witness Full Name:                    Address:                    Telephone:

Witness Full Name:                    Address:                    Telephone:

Name of Investigating Officer: TPR. FISHER
Officer ID: 1067
Agency ORI: ALAST2100

Name of Other Investigating Officer at Scene:
Officer ID:
Agency ORI:

Supervisor Reviewed:

The data on this report reflects my best knowledge, opinion and belief regarding the accident, but no warrant is made as to the factual accuracy thereof.

Signature of Investigating Officer: Robert John 1067
Date: 8-31-03

## ALABAMA
## UNIFORM TRAFFIC ACCIDENT REPORT

T No. 34 Rev. 4/86

### SUPPLEMENTAL SHEET

LOCAL CASE NO. _____

SHEET 3 OF 3 SHEET(S)

| | Name / Address / Taken to / Taken by | Unit No. | Seat Pos. | Injury Type | Age | Sex | Ejection | First Aid By |
|---|---|---|---|---|---|---|---|---|
| 3 | *Ellen Allen 107 Paedise Isle Riverside Al 35135* | 2 | 6 | A | 49 | F | N | O |
| | Taken to: *Evergreen Medical Center* Taken by: *Conecuh County EMS* | | | | | | | |
| 4 | *Phyllis Daulton Montgomery 5005 Wild Ginger Cir Naveces* | 3 | 1 | A | 60 | F | N | O |
| | Taken to: *Evergreen Medical Center* Taken by: *Conecuh County EMS* | | | | | | | |
| 5 | Name / Address / Taken to / Taken by | | | | | | | |
| 6 | Name / Address / Taken to / Taken by | | | | | | | |
| 7 | Name / Address / Taken to / Taken by | | | | | | | |
| 8 | Name / Address / Taken to / Taken by | | | | | | | |
| 9 | Name / Address / Taken to / Taken by | | | | | | | |
| 10 | Name / Address / Taken to / Taken by | | | | | | | |
| 11 | Name / Address / Taken to / Taken by | | | | | | | |
| 12 | Name / Address / Taken to / Taken by | | | | | | | |

ADDITIONAL ACCIDENT VICTIMS

**DESCRIBE WHAT HAPPENED (Refer to vehicles by number)**

U1 left the road onto the left shoulder. U1 crossed the median
airborn. U1 struck V2 with the right ___ of the ___
to rest on the left shoulder ___
countercleck wise and struck V3 with the ___
rotated clockwise into the median. U1 overturned ___
side.



**Exhibit B**

## AFFIDAVIT

STATE OF ALABAMA          )

CREHSHAW COUNTY          )

    1.    My name is Robert Fisher.  I am over the age of 19 and a resident of the State of Alabama.

    2.    On August 29, 2003, I was an Alabama State Trooper working in the vicinity of Butler County.

    3.    I received a call to an accident that occurred on I-65 near the Butler County line and County Road 1220.

    4.    I came upon the scene of a multi-car accident and began my investigation.

    5.    In the course of my investigation, I was informed by a female witness that the 1997 Mercury Mountaineer driven by Bertha Moore was traveling at approximately 83 MPH at the time of this accident.  The witness left before I was able to get her statement and contact information.

_____
Robert Fisher

Sworn and subscribed to before me on this

the 4½ day of February , 2008.

_____
Notary Public

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Sept 20, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS

My Commission Expires: _____