**THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

MICHAEL ALLEN, et al. )
)
Plaintiffs, )
V. ) Case No. 2:06-cv-879-WKW
)
UNITED STATES OF AMERICA )
)
Defendant. )

---

WALLACE MONTGOMERY, et al. )
)
Plaintiffs, )
) Case No. 2:06-cv-880-WKW
V. )
)
UNITED STATES OF AMERICA, )
)
Defendant. )

**DEFENDANT UNITED STATES' RESPONSE TO PLAINTIFFS' OBJECTIONS TO DEFENDANT UNITED STATES' WITNESS AND EXHIBIT LIST**

COMES NOW, Defendant United States of America, by and through its undersigned counsel, and hereby responds to plaintiffs' objections to defendant United States' witness and exhibit list filed on February 11, 2008 ("Plaintiffs' Objections").

**OBJECTIONS TO TRIAL WITNESSES**

1. The Allen Plaintiffs object to the designation and expert opinions of Dr. Keith Weaver. Plaintiffs' Objections at 1, ¶1. They cite to the Plaintiffs' Motion to Limit Defendant's Designation of Keith Weaver, M.D. as an Expert and to Exclude Certain Testimony or Evidence from This Witness which was filed on February 11, 2008. Id. The United States filed its

response to this motion on February 12, 2008. See Defendant United States' Response to Plaintiffs' Motion to Limit and Exclude Testimony and Evidence from Defendant's Expert, Dr. Keith Weaver ("U.S. Response to Weaver Motion") filed on February 12, 2008. The United States respectfully refers the Court to this document for its arguments as to why Plaintiffs' objections should not granted.

2. Plaintiffs Allen and Montgomery "jointly object" to the United States' designation of "'[a]ny witness needed for the purpose of rebuttal or impeachment' to the extent that no such witness or witnesses have been identified by the Defendant." Plaintiffs' Objections at 2, ¶ 2. However, pursuant to Section 9 of the Uniform Scheduling Order filed in this matter on December 21, 2006 ("Scheduling Order"), impeachment witnesses do not have to be identified. Specifically, the Scheduling Order requires that "each party shall, pursuant to the provisions of Rule 26(a)(3) of the Federal Rules of Civil Procedure, file a list of the names, addresses, and telephone numbers of all witnesses, ***except witnesses to be used solely for impeachment purposes***, separately identifying those whom the party expects to present and those whom the party may call if the need arises. Scheduling Order § 9 (emphasis added). Accordingly, Plaintiffs' joint objection should not be granted.

## OBJECTIONS TO TRIAL EXHIBITS

1. The Allen Plaintiffs initially objected to "the designation of Dr. Keith Weaver's reports on Michael Allen, Lou Ellen Allen and Lori S. Allen's medical examination and reports." Plaintiffs' Objections at 2, ¶ 2. However, in Plaintiffs' Reply to Defendant United States' Response to Plaintiffs' Motion to Limit and Exclude Testimony and Evidence from Defendant's Expert, Dr. Keith Weaver filed on February 18, 2008, ("Plaintiffs' Reply as to Dr. Weaver"), the

Plaintiffs state emphatically: "[t]he Allens have not objected to the untimely 'independent' medical examination or the three reports of those IMEs." Plaintiffs' Reply as to Dr. Weaver at 2, ¶ 1. Accordingly, there are now no objections to Dr. Weaver's medical examinations of the Allen Plaintiffs or to his reports regarding those examinations.

As to the Allen Plaintiffs' remaining objections as to Dr. Weaver's reports concerning "post-accident treatment and medical expenses," the United States addressed those objections in its U.S. Response to Weaver Motion. It respectfully directs the Court to this document for the arguments as to why Plaintiffs' objections should not granted.

2. The United States withdraws Exhibit Nos. 17-19.

3. The Plaintiffs object to various medical texts and articles listed as Exhibit Nos. 24-26 by the United States. Copies of these documents, to the extent they are presently in the United States' possession, have been attached for review by the Court. These documents have since been produced to the Plaintiffs during the deposition of Dr. Weaver, which took place on February 14, 2008. Moreover, these documents are "learned treatises" under Federal Rule of Evidence 803(18) and thus not excluded as hearsay. The United States seeks only to have its witness read relevant portions of the documents into the record as allowed under Rule 803(18). The documents are also relevant as they are relied on by the United States' witness in support of their expert opinion.

4. The Plaintiffs object to Exhibit No. 27 which include the x-rays of Michael, Lou Ellen, and Lori Allen. Counsel for the Plaintiffs have since received copies of the x-rays and they have also been authenticated by Dr. Keith Weaver during his deposition. Dr. Weaver ordered the x-rays during his independent medical examinations of the Allen Plaintiffs. Plaintiffs no longer

interpose an objection as to his examinations or the reports thereof. Accordingly, their objections to the x-rays are now moot.

5. The United States withdraws Exhibit No. 28.

6. The Montgomery Plaintiffs filed a "conditional" objection to the reports and supporting documents of the doctor designated to conduct independent medical examination of Plaintiff Wallace Montgomery. Dr. Keith Weaver conducted the examination of Mr. Montgomery on February 11, 2008, and the report of his examination was produced to counsel for the Montgomerys on February 12, 2008. Dr. Weaver was also deposed by counsel for the

//

//

//

//

//

//

//

//

//

//

//

//

//

//

Montgomerys on February 14, 2008. A copy of the report is attached hereto. To the best of its

knowledge, the Montgomery Plaintiffs do not intend to object to either the examination or report

by Dr. Weaver.

      Respectfully submitted this 18th day of February, 2008.

                    JEFFREY S. BUCHOLTZ
                    Acting Assistant Attorney General

                    PHYLLIS J. PYLES
                    Director, Torts Branch
                    Civil Division

                    GAIL K. JOHNSON
                    Senior Trial Counsel, Torts Branch
                    Civil Division


By:     /s/ Conor Kells
             CONOR KELLS
             Trial Attorney, Torts Branch
             Civil Division
             Attorneys for Defendant
             Post Office Box 888
             Benjamin Franklin Station
             Washington, D.C. 20044
             Telephone No.: (202) 616-4273
             Facsimile No.: (202) 616-5200
             **E-mail: conor.kells@usdoj.gov**

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date served a copy of the foregoing upon counsel for Plaintiffs by electronic filing, CM/ECF:

Annesley H. DeGaris
Attorney for the Allen Plaintiffs
Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, Alabama 35205

J. Callen Sparrow
Attorney for the Montgomery Plaintiffs
Heninger Garrison Davis, L.L.C.
P.O. Box 11310 (35202)
2224 1st Avenue North
Birmingham, Alabama 35203

Dated this 18th day of February, 2008.

/s/ Conor Kells
Trial Attorney, Torts Branch
Civil Division



DEFENDANT'S EXHIBIT
CASE NO. 06 cv 879
EXHIBIT NO. 10

Birmingham Bone and Joint Surgeons, P.C.
924 Fulton Avenue, S. W.
Birmingham, AL 35211
Phone (205) 786-0315 Fax (205) 788-2663

Keith W. Weaver, M.D. John R. Weaver, M.D.

**ALLEN, MICHAEL** **#37454-IME** **12-18-07**

Is a 59-year-old gentleman referred by Mr. Conor Kells, Esq., with the Department of Labor for an independent medical evaluation in the matter of Michael Allen v. United States.

Mr. Allen was the driver of a two-day-old Lincoln Town Car that was hit head-on by a SUV while traveling south on I-65 near Evergreen, Alabama. He recalls going under a series of bridges and surrounding the support pillars of the last one was a illiagnus hedge. Out of nowhere, a red SUV crossed the median and hit them head-on. His airbag deployed. He was able to get out of his vehicle under his own power. He noted that his right leg was unstable and, as he tried to walk, he fell down a hill and was then had to crawl back up it. The car was on fire and someone extinguished it. He was taken by ambulance to Evergreen Hospital. He was evaluated, x-rayed and was told he did not have a fracture of his right leg. He is uncertain if he was placed in a knee immobilizer. He was not admitted to the hospital. His brother came up from Orange Beach and they stayed in a local motel overnight. The next day he and his family were taken back to his residence in Pell City. He contacted a long-time friend, Dr. Leon Campbell in Tuscaloosa. Mr. Allen and his family were advised to go to Baptist Montclair emergency room on 8/31/03. He was x-rayed again and noted to have no fractures. He then followed up on 9/8/03 with Dr. Campbell and recalls receiving several injections (shoulders and spine), some of which helped on a temporary basis. He was then referred to Dr. Lyle Cain, since Dr. James Andrews did not treat car accident cases. Dr. Cain performed an arthroscopic surgery on 5/27/04 (partial posterior horn medial meniscectomy and a chondroplasty of a grade 3 chondral lesion involving the trochlea and the medial femoral condyle). He still has occasional right knee pain, but none of the dramatic falling episodes that he had prior to the surgery. He has had some continued right-more-so-than-left shoulder pain and was told he may need a shoulder procedure (acromioplasty possible rotator cuff repair right shoulder). He has tried many different treatments in hopes to avoid surgery. These treatments included multiple injections, physical theraphy, medications even including Oxycontin, and most recently prolotherapy in Nashville. He is still uncertain if the prolotherapy will help. He has a little numbness in the right deltoid for 30 to 45 minutes each morning, but no pain radiating down the arm. Otherwise, he notes no other areas of numbness or weakness in either arm. He has difficulty sleeping on the right shoulder and he has had to forego golfing and fishing. He will have some posterior shoulder girdle pain when he mixes drugs in his lab, prolonged typing and other activities that involve half to full arm extension. He does experience headaches two to three times a week. These will last three to four hours and they usually go away after he takes aspirin. He notes some neck stiffness and he attributes some of this to the wreck and some to 'old age'.

Rarely does he complain of left arm pain. He has had some right-more-so-than-left wrist pain for about a year to a year-and-a-half after the accident, but no pain in the wrist at this time. He has no significant thoracic spine pain, but he does have a little tenderness over the right superior angle of the scapula. He notes tenderness in the rhomboids, right more so than the left. He has some low-back pain at the lumbosacral junction and he states he cannot drive more than an hour without having to get out, stretch and walk around. He denies any right hip, left hip or pelvic pain. Regarding his left leg, he has rare soreness around the knee. Otherwise, no left leg complaints, including hip, ankle, or foot. With the right leg, he has no complaints in the right thigh. The right knee that has been operated has some mild crepitus. In the last three or four years he has had maybe one episode per year with the knee getting in an awkward position, but not locking up. It will swell occasionally, but he doesn't complain of swelling today. He has had to decrease his walking and dune buggy rides. The dune buggy really aggravates his right knee and his low back. The right lower leg and the right ankle have no difficulties.

**PAST MEDICAL HISTORY:** He has had LASIK eye surgery, which he states is not related to this accident. He has had a right knee arthroscopy, as noted above. He has had no other hospitalizations or surgeries. Dr. Leon Campbell is his primary care doctor.

**MEDICATIONS:** Klonopin, Ambien, and Naprosyn.

**ALLERGIES:** NKDA.

**SOCIAL HISTORY:** Smokes one pack per day. Occasional beer. I understand he was a respiratory therapist at Cooper Green in the early '70s and was an orthopedic equipment and casting salesperson early in his career. Now he does lab testing for drugs that cross the blood-brain barrier and for neuropathic diseases.

**FAMILY HISTORY:** No bleeding disorders.

**ROS:** Generally healthy. Denies weight change, heart, lung, abdominal, or GU dysfunction.

**EXAM:** Pleasant 59-year-old gentleman He is able to walk without a limp or assistive device. He can stand on his heels and toes. He can squat and arise fully. He can duck-walk a few steps however it is a bit painful in the right knee. He can jog in place. He can jump up and down. Regarding his lumbar spine, he can flex to within about 8" of touching

(continued)

**EXAM (continued):**
his toes. His left lumbar lateral bend is 25 degrees, right lumbar lateral bend is 18 degrees. He has some tenderness in the muscles superior to the right iliac crest, 3" from the midline and does have tenderness in the upper right superior angle of the scapula/rhomboid region. There is no tenderness along the thoracic spine or thoracolumbar spine. No sciatic notch, no trochanteric tenderness. Straight leg raising is unequivocally negative while seated. Reflexes are 2 to 3+ at the KJ/AJ. Sensation reported as normal in the first web spaces, lateral border of the feet, and the infra-patella region. EHL 5/5. He has full motion of the hips and ankles. Regarding his knees, right knee has 0 to 132$^0$ ROM; left knee has 0 to 142$^0$ ROM. The right knee has portals from a knee scope that are well-healed. There is a trace effusion evident and questionable McMurray's in the medial joint. This maneuver is painful. His thigh circumference, measured 10" above the tibial tubercle, is 19 ¾" left, 20 $^3/_8$" right. Calf circumference, measured 3" below the tibial tubercle, is 14 ¾" left, 14 $^5/_8$" right. In the cervical spine, he has flexion chin-to-chest, minimal decreased extension. His cervical rotation, right, is 55$^0$, left 62$^0$. His cervical lateral bends are 16$^0$ left and 14$^0$ right. Sensation reported as normal in the digits, forearm, and upper arm. Negative Tinel's along the median and ulnar nerve, wrist/elbow. His forearm circumference at maximal diameter is 11 ¼" right, 11" left. His upper arm circumference is 12 $^7/_8$" both right and left arms. Right shoulder range of motion: 162 degrees-flexion, 32 degrees - extension, 153 degrees - abduction, 28 degrees - adduction, 43 degrees - internal rotation, 79 degrees - external rotation. Left shoulder range of motion: 170 degrees - flexion, 55 degrees - extension, 165 degrees - abduction, 32 degrees - adduction, 82 degrees - external rotation, 52 degrees - internal rotation. Postive impingement right. No tenderness AC joints. Excellent power both shoulders including abduction, adduction, internal rotation, external rotation, biceps and triceps.

**DATA:** Standing right knee x-ray shows well-maintained joint space. A fabella is present. I see no obvious fibular fracture, dislocation or other pathology. X-rays of the right shoulder show some AC joint arthritis and inferior spurring at the AC joint. Otherwise, I see no obvious fracture, dislocation or other pathology. X-rays of the left shoulder similarly show AC joint arthritis without fracture, dislocation or other pathology. X-rays of the lumbar spine show normal lumbar lordosis. There are some traction spurs anterosuperiorly at L3. There is slight wedging of the vertebral body of L1 and T12 and possibly T10. These do not appear to be compression fractures. On the A/P there is facet arthritis at L4-5 and L5-S1, lesser so L3-4. The rest of the pelvis is intact.

**IMPRESSION:**

1. Healed right proximal fibula fracture without residual
2. Status post right knee arthroscopic surgery including partial medial menisectomy and chondroplasty with mild residual (effusion and questionable McMurray's)

3. Right shoulder bursitis/tendinitis/ AC joint arthritis symptomatic
4. Left shoulder mild decreased range of motion
5. Neck pain with mild decrease range of motion and associated headaches
6. Impairment rating based on the AMA Guides to the Evaluation of Permanent Impairment 5th Edition is 11% whole person using Tables 15-13. 15-14, 16-40, 16-43, 16-46, and 17-33.

KWW/ls

Keith Wilson
12/20/07

DEFENDANT'S EXHIBIT
CASE NO. 06 cv 879
EXHIBIT NO. 11

Birmingham Bone and Joint Surgeons, P.C.
924 Fulton Avenue, S. W.
Birmingham, AL 35211
Phone (205) 786-0315 Fax (205) 788-2663

Keith W. Weaver, M.D.

John R. Weaver, M.D.

**ALLEN, LOU ELLEN** **#37379-IME** **11-26-07**

This is a 53-year-old lady referred by Mr. Conor Kells, Esq. with the Department of Justice. She was involved in a multiple-vehicle collision on I-65 South, near Evergreen, Alabama, on 8/29/03. I understand Mrs. Allen and her family were headed south to the beach for Labor Day Weekend. Another vehicle was traveling north and had a blow-out, lost control of the car, crossed the median, striking first the Allen car, and then a second car. Ms. Allen was the restrained, rear-seat passenger of a week-old Lincoln Town Car. She was behind her daughter who was a passenger in the front seat. Mrs. Allen recalls being in the right lane of the four-lane, just forward of a car in the left lane that was also heading south. There was a sudden impact and then she recalls spinning and spinning and spinning. Following this she remembers seeing a guardrail and then, in a daze, smelling and hearing everything. Her car did not overturn. Her husband and her daughter, Lorie, got out of the car. The car was on fire, but she could not get out. She remembers her left leg was wet, perhaps from the ice chest that was adjacent to her in the back seat. She had trouble breathing. People opened the door and a gentleman cut the seatbelt with a knife to help extricate her. She recalls a man getting down on his knees and praying for her. Somebody stopped, a trauma nurse from Vanderbilt, and she recalls them saying, "She didn't drop a lung". She remembered people were all around and then it started raining. An ambulance arrived and placed her on a backboard. She asked desperately to bend up her knees, but they would not allow her to do so. She recalls it taking forever to be placed in the ambulance. While on the backboard, the straps hurt so much that it felt like they were squeezing the breath out of her. She talked the attendants into loosening the strap so she could bend her knees and this helped. She remembers sights and sounds. She went to Evergreen Medical Center and was admitted overnight for observation. She recalls them doing arterial blood gasses. Her sister, also from Pell City, came down to Evergreen the next day and took her home. She then called Dr. Campbell, whom her brother-in-law had recommended. He instructed her and her family to go to the Montclair Hospital Emergency Room and they did so on 8/31/03. She remembers she was quite swollen in her lower abdomen and walked somewhat hunched over, not upright, for nearly six months.

She then followed up with Dr. Campbell in early September. More x-rays were taken. Her abdomen remained swollen and bruised. She was seen several times and Dr. Campbell found tender spots and he would give her multiple injections. She noticed that he would push different areas and, if she would start crying, that's where the shot

went. She had some epigastric pain that she described "like a knife sticking". She doesn't know when the swelling in her abdomen went down. Dr. Campbell noted on 10/29/03 a 7 to 8 cm reducible mass in her right lower quadrant. This observation was not recorded for several visits until 5/27/05, when she was referred to Dr. Shumate at Brookwood Hospital. He later performed an inguinal hernia repair.

At this time, she notes continued limitations with trouble lifting her grandchild. Her primary complaint is neck pain. Seventy-five percent of the pain she experiences is located from the base of her neck radiating to the right shoulder, occasionally down the forearm, to her thumb. Occasionally there is numbness. She cannot move her neck into a position that reproduces this pain into the right arm and forearm.

Her second complaint is right shoulder pain, which is 25% of the right upper extremity pain, as compared to her neck to shoulder pain being the other 75%. This pain is aggravated with sleeping, vacuuming, and housework, as well as bringing in groceries. She does not have limitations of her activities, but is painful. Moving her right shoulder does not make her neck hurt. She has rare numbness in the right upper extremity.

Lesser down the list of pains is her thoracic spine. She has a tight feeling if she leans forward, does computer work. Lifting groceries is not limited, but mildly painful. There is no numbness in the chest area. No breast pain. She has no breathing difficulties at this time.

Further down this list of complaints is low-back pain. This area also aches when she does housework or sits at a computer too long and, basically flares up along with the thoracic pain. She notes some tenderness toward the right sacroiliac joint and this does not radiate anywhere. She also has left knee pain. The anterolateral knee has a palm-sized area of dysesthesia – it is not quite numb, but it doesn't feel normal either.

Lastly, she notes some swelling about 3" above her left ankle and she relates this to perhaps the ice chest hitting her leg in this location.

She denies any bowel or bladder incontinence.

**PAST MEDICAL HISTORY:** Para 1-0-0-1 by C-section. Hysterectomy, right inguinal hernia, right great toe surgery, melanoma of the inner knee, and lipoma excision. Also, in 1975, she had another MVA with a right distal clavicle fracture.

**MEDICATIONS:** Currently include a cholesterol-lowering agent, blood pressure (BP) medicine, Motrin OTC 2 pills every three days, Lortab (she is uncertain of the strength, but only takes 1 or 2 per month). She also takes potassium and Allopurinol.

**ALLERGIES:** Penicillin – had reaction as a child and is uncertain what it was.

**SOCIAL HISTORY:** Denies smoking. No alcohol. She is currently unemployed, although she did work for her husband's family medical business in the past.

**FAMILY HISTORY:** Her father has had several medical conditions – she says everything from BP difficulties to cancer.

**ROS:** Hypertension and gout.

**EXAM:** Pleasant, cooperative, 53-year-old lady. She is able to walk without a limp or assistive device. She can stand on her heels and toes. She can squat and arise. She can flex to touch her toes. Lumbar spine lateral bend is $36^0$, right lateral bend is $28^0$. There is mild decreased rotation in the lumbar spine, both right and left. Deep tendon reflexes are 2 to 3+ and equal at the knee-jerk and ankle-jerk. EHL is 5/5. Sensation reported as normal in the first web spaces, lateral border of feet, and infra-patellar region. There is an area of dysesthesia, about 3" x 4", on the anterolateral left knee. Her hip flexion on the right is $114^0$, on the left is $122^0$; otherwise, full abduction, internal/ external rotation. Full ROM of the knees, ankles, and subtalar joints. In the cervical spine, she has full flexion and extension. Right rotation is $67^0$, left rotation is $60^0$. Left lateral bend is $22^0$, right lateral bend is $23^0$. Her left forearm circumference is 8 ¾"; right forearm circumference is 8 $^7/_8$". Her left upper arm circumference is 10 ¾"; right upper arm circumference is 11". The right shoulder has flexion to $180^0$, extension $55^0$, abduction $180^0$, adduction $48^0$ with pain, internal rotation $70^0$, external rotation $110^0$. Left shoulder motion is flexion of $180^0$, extension $56^0$, abduction $180^0$, adduction $50^0$ with no pain, internal rotation $64^0$, external rotation $110^0$. Reflexes are 2+ and equal at the brachioradialis, biceps, and triceps. With the right arm fully extended and force placed downward, there is tenderness in the rhomboid region medial to the right scapula. There is no cervical, thoracic, or paraspinal muscle tenderness. Spinal alignment is normal.

**DATA:** X-rays of the lumbar spine and pelvis show some degenerative changes at L5-S1 with spurring noted anteriorly. There is also spurring noted anteriorly at L2, L3, and there also is approximately a 25% or less compression fracture of L1. She was

**DATA (continued):**
unaware of this x-ray finding. X-rays of thoracic spine show a minimal thoracolumbar scoliosis that appears compensated. The technique is for the vertebrae and I cannot identify rib fractures that have been noted in the records. X-rays of the cervical spine show degenerative changes and narrowing of virtually every disc space. There is minimal posterior spur formation at 4, 5, 6 and lesser so the other levels. Otherwise, there is normal cervical lordosis without fractures, dislocation or other pathology. X-rays of the right shoulder show an old non-union of the distal clavicle fracture, approximately 1 cm medial to the AC joint. Shoulder joint proper shows no obvious fractures, dislocations, or other pathology. X-rays of the left shoulder show no fractures, dislocations or other pathology.

**IMPRESSION:**
1. Healed L1 compression fracture, less than 25%.
2. Multiple rib fractures with records noting left 5th through 11th rib fractures.
3. Right shoulder pain/bursitic-type symptoms – S/P right distal clavicle fracture with non-union.
4. Cervical degenerative disc disease.
5. Normal neurologic exam, upper extremities.
6. Degenerative L5-S1 disc with normal neurologic exam of lower extremities, exclusive of the patchy numbness, anterolateral left leg.
7. Minimal thoracolumbar scoliosis
8. Impairment rating 22% whole person. AMA Guides to Permanent Impairment Fifth Edition Table 15-7 –compression fracture lumbar spine 0-25% is 5% whole person; although rib fractures are not addressed specifically – fracture of the posterior elements including transverse process – is a reasonable anatomic substitute. These rib fractures including any residual pain related impairment would be 2% per fracture. When using the combined value chart pages 604 and 605 yields 19% whole person. The decrease cervical ROM has a 3% whole person impairment per Table 15-13 and 15-14.

Keith W. Weaver

Keith W. Weaver, MD

KWW/ls

DEFENDANT'S EXHIBIT
CASE NO. 06 cv 879
EXHIBIT NO. 12

Birmingham Bone and Joint Surgeons, P.C.
924 Fulton Avenue, S. W.
Birmingham, AL 35211
Phone (205) 786-0315 Fax (205) 788-2663

Keith W. Weaver, M.D. John R. Weaver, M.D.

**ALLEN, LORIE S. #37380-IME 11-26-07**

Miss Allen is a 25 YOF referred by Mr. Conor Kells, Esq., with the Department of Justice. On 8/29/03 Miss Allen was traveling with her family to the beach for Labor Day Weekend 2003 when her car was involved in a three vehicle collision. She was the passenger in her father's week-old Lincoln Town Car, heading south on I-65, near Evergreen, Alabama. She was listening to the radio and staring out the window. She recalls the car going underneath three consecutive bridges and that the last one had some bushes under it. Out of nowhere, a red vehicle crossed the interstate and hit them head-on. She doesn't remember the impact, but she recalls that the car was on fire and that she was able to get out of the vehicle under her own power. She recalled the car being "smushed in" and smoke. A bystander stopped and used his fire extinguisher on the fire. Her father got out to help. She also got out and tried to assist her mother who was in the backseat and was complaining of difficulty breathing. Police arrived. She was the third ambulance to leave the scene. The driver of the red vehicle that struck their car was air-evacuated. She remembers *Raindrops Falling on My Head* on the radio and she says, to this day, she can't listen to that song. After the impact, she recalls her father coasting the car to the left side of the median. She was taken to Evergreen with perhaps, Ms. Montgomery, a passenger from the other vehicle. She was admitted for observation. She recalls that her stomach was hurting badly. The next day she and her mother were both released. Her aunt carried them back to Pell City. She was instructed to go to Montclair Hospital by Dr. Campbell and did so on 8/31/03. She remembers not really experiencing pain immediately after the accident. Later that day and the following day the swelling increased and things begin to hurt. She remembers her right knee being swollen and her primary concern was the right knee. She was initially able to hobble around. She limped for two to three months before her gait returned to normal. Now she has a residual scar and some numbness. Occasionally this area tingles like "sticking your finger in ice". At Montclair, they x-rayed her back and her neck. She had a severe headache for about three weeks. It hurt if she turned her head, especially left to right – she would get dizzy and nauseated. All three family members saw Dr. Campbell on 9/8/03 and followed up with him intermittently for the next two to three years. Dr. Campbell would note tender spots and, in fact, would mark each spot with a ink dot prior to an injection. The effect of these injections would fade after a month and the ink dots would fade after a day or two. She received treatment from physical therapy as well as a chiropractor. There was no long-lasting benefit with these modalities. The anteromedial area of her right knee was also injected. This did not give significant relief either. She tried acupuncture (7 to 10 visits)

and a chiropractor (7 to 12 visits). She is right-hand dominant and her main complaints are upper back, radiating to both shoulders and in between her shoulder blades, right more so than left. This pain is aggravated with sitting in an office chair, extending her arm, vacuuming, lifting. Occasionally this pain will radiate to the right long finger and sometimes she can't lift this arm very well. These episodes last maybe two times a day and when they are particularly severe, she takes medication.

She also complains of upper and lower back pain. She describes these as just continued soreness with occasional spasms. This pain is aggravated with sitting, as well as lying down. Walking is somewhat limited, but no bowel or bladder incontinence. She also complains of right leg pain around the knee which is tender to touch, has an area of numbness, but no swelling and no giving way. She also c/o occasional left arm pain. This occurs a third or a fourth as often as the right with occasional radiation to the long finger as well.

**PAST MEDICAL HISTORY:** Para 0-0-0-0. Her only admission was the overnight stay noted above.

**MEDICATIONS:** She takes Baclofen about three times a week and an Advil OTC two times a week. She is on no other medications.

**ALLERGIES:** Sulfa.

**SOCIAL HISTORY:** Occasionally smokes tobacco. Occasional alcohol. She is a secretary for her father's medical business.

**FAMILY HISTORY:** No bleeding disorders.

**ROS:** No bowel or bladder incontinence. The contusion and bruising about her right breast has resolved. She did have an abscess on her buttock and also had to have a recent root canal for an infection involving her right canine tooth.

**EXAM:** Very pleasant, cooperative, 25 YOF. She is able to walk without a limp or assistive device. She can stand on her heels and toes. She can flex to touch her toes. Her right lumbar lateral bend is $36^0$; left lateral bend is $36^0$ as well. Left lumbar rotations are equal and unrestricted. With her right arm extended, she does have some tenderness in the rhomboid region medial to the scapula. Her cervical ROM is right rotation $76^0$, left rotation $73^0$, left lateral bend $38^0$, right lateral bend $35^0$. Her reflexes

**EXAM (continued):**
are 1 to 2+ and equal at the brachioradialis, biceps, and triceps. Sensation reported as normal in the digits, forearm, and upper arm, including long fingers. Her forearm circumference is 9", both right and left. Upper arm circumference is right 11 $^{3}/_{8}$" and left 10 $^{7}/_{8}$". Her right shoulder ROM is flexion 185$^{0}$, extension 43$^{0}$, abduction 165$^{0}$, adduction 46$^{0}$, external rotation 116$^{0}$, internal rotation 52$^{0}$. Left shoulder ROM is flexion 188$^{0}$, extension 46$^{0}$, abduction 163$^{0}$, adduction 39$^{0}$, external rotation 116$^{0}$, and internal rotation 52$^{0}$. There is slight tenderness over the right AC joint. She has full ROM of her hips, knees, ankles, and subtalar joints. Her reflexes are 2+ and equal KJ/AJ. In the tibial tubercle area, there is a ¾" x 1 ¼" superficial scar, well-healed. The calf circumference, measures 3" below the tibial tubercle, is right 14 ¼", left 14". Thigh circumference, measured 9" above the tibial tubercle, is 20 ¼" left, 20 $^{1}/_{8}$" right. There is a superficial abrasion over the right anterior ankle from a recent fall.

**DATA:** X-rays of the cervical spine show normal cervical lordosis without fractures, dislocations, or other pathology. She apparently has seen the dentist frequently, as every molar has amalgam. X-rays of the right shoulder show an oblique orientation of the AC joint, as compared with the left, but no fractures, dislocations, or other pathology. X-rays of the left shoulder show a more vertical orientation of the AC joint. There are no fractures, dislocations, or other pathology, left shoulder. X-rays of the thoracic spine show normal thoracic kyphosis without fractures, dislocations, or other pathology. X-rays of the lumbar spine show normal lumbar lordosis without obvious fractures, dislocations, or other pathology. There is very minimal wedging of T12 on the lateral. On the A/P, what I see of the hips and pelvis is intact. There are no transverse process fractures.

**IMPRESSION:**
1. Thoracolumbar back pain – questionable minimal compression fracture of T12 versus normal variant.
2. Cervical spine pain with questionable radicular component radiating to right long finger, C7 distribution, right more so than left.
3. Right knee pain with area of numbness and residual superficial scarring.
4. Impairment rating – 4% whole person. Based on the AMA Guides to the Evaluation of Permanent Impairment, Fifth Edition using Tables 15-13, 15-14, Fig 16-40, 16-43, 16-46, Table 15-7, Table 16-3 with the above range of motion data and X-ray findings.

DEFENDANT'S EXHIBIT
CASE NO. 06 cv 879
EXHIBIT NO. 13, 14, 15

[Th]e following medical records were reviewed and taken into consideration for [professi]onal opinions in the matter of Michael P. Allen, Lou Ellen Allen and Lorie Suzanne Allen v United States: (1) Butler County Emergency Medical Services, LLC, (2) Evergreen Medical Center - Dr. Maria R. Cumagun and Dr. Steven Teplick (3) Baptist Medical Center-Montclair - Dr. Gregory W. Ayers, (4) The Downtown Clinic - Dr. Leon Campbell, Jr., (5) The Radiology Clinic, LLC, (6) Birmingham Radiology Group, (7) Women's Care Specialists, PC - Dr. Jennifer Maddox, (8) Chabot Chiropractic Clinic - Dr. Jeanne Chabot, (9) Physiotherapy Associates of Alabama, PC, (10) Conecuh County Emergency Medical Services, LLC, (11) The Kirklin Clinic - Dr. K. David Moore, (12) Michael Laser Vision - Alabama Eye & Cataract Center, (13) Alabama Sports Medicine and Orthopaedic Center - Dr. E. Lyle Cain, Jr., (14) Highland Diagnostic Center, (15) HealthSouth Medical Center, (16) Brookwood Medical Center - Dr. Charles R. Shumate and (17) Anesthesiology & Pain Medicine - Dr. Lucy Chapman.

Each of these records was entirely legible except for those of Dr. Leon Campbell. The only typed documents contained in his records were letters to Mr. Annesley H. DeGaris. All others were hand written and contained numerous abbreviations, sketches, circles, arrows and CPT codes. It is likely that typed records were not included for review since many of the opinions contained in the narrative summaries to Mr. DeGaris are not identified in the hand written office records.

The services rendered by the practitioners identified by number in the first paragraph: 1, 2, 3, 5, 6, 8, 9, 10, 11, 14, 15, and 17 were medically reasonable and necessary for the diagnosis and treatment of the Allen's accidental injuries.

The services rendered by (4) Dr. Leon Campbell are concerning not only for medical necessity but potentially for patient safety as well. Dr. Campbell's specialty is not identified on his letterhead or with the Alabama Board of Medical Examiners. The poor handwriting compromises the full understanding of these records. Various abbreviations for nerve blocks are the extent of procedure documentation including ICNB - intercostal nerve block, ONB - occipital nerve block, TFB - thoracic facet block, and PNB - peripheral nerve block. It would be highly unusual for a thoracic facet block to be performed without the aid of a fluoroscope (live x-ray). It would be highly unusual for an intercostal nerve block to be performed anywhere but in a general hospital by an anesthesiologist where resuscitation measures for inadvertent intravascular injection or pneumothorax are readily available. More likely than not, Dr. Campbell actually performed trigger point and subacromial bursal injections in an office setting.

Many of the diagnoses listed in the letters to Mr. DeGaris are not identified in Campbell's hand written notes or contained in the records of practitioners listed in the first paragraph. Specifically for Mr. Michael Allen these include: (A) the diagnoses of traumatic brain injury and loss of consciousness, (B) tinnitus, and (C) cardiac contusion. Specifically for Mrs. Lou Ellen Allen these include: (A) traumatic brain injury and loss of consciousness, (B) liver contusion, (C) diaphragmatic hernia -even though not

faxed 2/7/08 12:37pm
1-202-616-5200

demonstrated on a 9/8/03 chest x-ray or a 2/3/04 CT chest, (D) pulmonary contusions with a bloody pleural effusion - even though this same 9/8/03 chest x-ray noted left costophrenic blunting "suggesting a small pleural effusion,..., no pneumonia, *contusion*, or mass lesion is seen", (E) cardiac contusion, and (F) post-traumatic stress disorder. Specifically for Miss Lorie Allen this included: traumatic brain injury with loss of consciousness.

The services rendered by (7) Women's Care Specialist, PC - Dr. Jennifer Maddox to Lori Allen was in part due to the results of the 8/29/03 car accident. They were reasonable and medically necessary. Ms. Allen was seen on 9/10/03 to follow up on an abnormal test and she asked Dr. Maddox to check her bruised right breast.

The services rendered to Mr. Michael Allen by (12) Michael Laser Vision - Alabama Eye & Cataract Center were not medically necessary for conditions resulting from the 8/29/03 car accident.

The services rendered to Mr. Michael Allen by (13) Alabama Sports Medicine & Orthopaedic Center - Dr. E. Lyle Cain, Jr., although medically necessary, may not be entirely related to the conditions resulting from the 8/29/03 car accident. The following diagnoses are clearly related: proximal right fibular fracture and chondral lesions of the right patella. Diagnoses that are degenerative conditions that are not clearly associated with this accident are: right medial meniscal tear, chondromalacia of the weight-bearing surface of the right medial femoral condyle, degenerative left acomio-clavicular joint with shoulder impingment, and degenerative right acromio-clavicular joint with shoulder impingment. On 2/11/04 Dr. Cain's noted "During the past 4 weeks the patient has experienced knee locking and catching". These are symptoms of meniscal pathology that were noted 5 1/2 months post injury. The 10/29/03 MRI scan noted "Signal abnormality is present within the medial meniscus which is mostly *degenerative*". Chondromalacia of the weight bearing portion of the medial femoral condyle is a common finding in a 55 year old man with degenerative meniscal pathology. Acromio-clavicular arthritis with impingment is also a common finding someone 55 years old. The 2/3/04 MRI of the right shoulder noted "mild proliferative disease of the AC joint producing local mass effect on the supraspinatus tendon. No rotator cuff tear". The 2/3/04 MRI of the left shoulder showed "AC joint degenerative disease ....similar in degree to the right side. No rotator cuff tear". On 9/16/03 Dr. K. David Moore noted a proximal fibular fracture and that Mr. Allen's stated that his "pain on the posterolateral aspect of his knee which was sharp in nature" had resolved. Dr. Moore made no mention of mechanical symptoms - i.e. catching, locking, giving way - with the right knee, no mention of right shoulder pain and no mention of left shoulder pain.

The services rendered to Lou Ellen Allen by (16) Brookwood Medical Center - Dr. Charles R. Shumate, although medically necessary to treat an abdominal hernia, are not clearly related to the trauma of 8/29/03. Dr. Shumate's records of 6/22/05 and 6/23/05 do not state a cause for the hernia. Dr. Leon Campbell's records do mention a 7+ centimeter

mass (larger in diameter than a tennis ball) on 5/27/05 with a diagram and the comment "same as 10-29-03 exam, needs surgical evaluation & management". The evaluations between these two dates - 12/3/03, 2/5/04, 4/1/04, 5/5/04, 10/8/04, 1/31/05 each have 'supple' checked as present, 'NT' (? non-tender) checked as present, and hand written 'soft'. There is no mention of this large mass.

The charges for services rendered by Dr. Campbell are unusually high. As an example, the Patient Ledger for Lou Ellen Allen printed on 8/16/04, contain the total charges for 9/8/03 as $2850, 9/24/03 as $2270, and 10/8/03 as $2174. There may be facility fees incorporated into these examples to explain the high charges. Most of the charges were for injections. Lou Ellen Allen's 9/8/03 charges included: 64470, a CPT code for a cervical or thoracic facet block ($425); 64405, a CPT code for a greater occipital nerve block ($250), 64420, a CPT code for a *single* intercostal nerve block ($1300), 64418, a CPT code for a suprascapular nerve block ($310). Despite this being an unusual number/ type of injections, the coding for these services does not seem accurate. For example, the CPT for an ***intercostal nerve, single*** is 64420. CPT for ***intercostal nerves, multiple, regional block*** is 64421. If there is consistency in Dr. Campbell's billing, using the 12/3/03 charge of $325 for code 64420, the 9/8/03 charge of $1300 ($325 x 4) is actually for ***four*** blocks. The proper code should have been 64421. Icon, an anesthesia billing company for the 18 anesthesiologists at BMC Princeton, Trinity, and BMC Shelby have charges of $385 for 64420 and $400 for 64421. This entire group of board certified anesthiologists, seven of whom also have pain board certification, have performed a total of **four** intercostal nerve blocks (CPT 64420), **three** (CPT 64421) and **zero** suprascapular nerve (64418) blocks for this same year. Dr. Campbell has performed a similar number of intercostals nerve blocks just on Lou Ellen Allen.

(2)

brachial plexuses. Digital pressure during injection and massage after helps downward spread.

### Comments

Anesthesia of the cervical plexus can also be readily obtained by this single injection into the interscalene groove.[60] The C4 level can be identified by extending a line laterally from the upper border of the thyroid cartilage. Injection of 10 to 15 ml is made in identical fashion to that for interscalene brachial plexus block.

### Complications

As with any paravertebral technique, inadvertent epidural or spinal anesthesia is always possible and has been reported with this block.[29,42] Also, the vertebral artery is close to the point of even a correctly placed needle.

The phrenic nerve must frequently be blocked because of either C4 root involvement or anterior spread under the prevertebral fascia in front of the scalenus anterior muscle, but this is seldom significant, at least in unilateral blocks. Vagus, recurrent laryngeal, and cervical sympathetic nerves are sometimes involved, but these are of no significance except that it may be important to reassure the patient.

## AXILLARY BLOCK

The perivascular axillary infiltration has become one of the most popular techniques for blocking the nerves of the arm.

### Advantages

Axillary block provides excellent operating conditions for surgery of the forearm and hand with less risk of major complications than is associated with alternative supraclavicular methods. This makes it suitable for emergency department and outpatient use. It is an easy technique to master and probably the safest and most reliable for the patient of stout build. It is not imperative to seek paresthesias, and fine needles are quite satisfactory. The block is, therefore, particularly useful in children (*e.g.*, for the reduction of fractures[11,22]).

### Limitations and Problems

The axillary approach does have certain limitations, the first of which is that the arm must be abducted in order to perform the block. The extent of anesthesia also is insufficient for shoulder or upper arm surgery without using large volumes of solution. The circumflex and musculocutaneous nerves are sometimes missed because they have left the sheath proximal to the point of injection. The musculocutaneous nerve is most important because of its extensive area of innervation on the radial side of the forearm extending onto the thenar eminence.

### Anatomy

A cross section of the arm at the level of the anterior axillary fold demonstrates several anatomic points, including the compact, axillary neurovascular bundle (Fig. 10-7*B*). On its medial (superficial) aspect, the axillary sheath is covered only by connective tissue, being behind the biceps/coracobrachialis and in front of the triceps muscles. On its lateral or deep aspect, the sheath lies close to the neck of the humerus. In the sheath, the median nerve tends to lie anterior to the axillary artery (as did the musculocutaneous nerve higher up the sheath), the ulnar nerve, posterior, and the radial nerve, posterior and somewhat lateral. The medial antebrachial cutaneous nerve and the medial brachial cutaneous nerves are medial to the artery. The axillary vein overlies the artery on its medial aspect. The musculocutaneous nerve has already left the sheath and is now in the substance of the coracobrachialis muscle.

### Technique

**Position and Landmarks.** The patient is placed in a supine position, with the head turned away from the side to be blocked. The arm is abducted to approximately 90° and the forearm flexed to 90° and externally rotated, so the dorsum of the hand lies on the table and the forearm parallel to the long axis of the patient's body. Although it is tempting to have the patient's hand under the head, it should not be done because frequently the hyperabduction obliterates the brachial artery pulse.

The brachial artery is identified and the pulse followed as far proximally as possible, ideally to the pectoralis major muscle.

DEFENDANT'S EXHIBIT
CASE NO. 06 cv 879
EXHIBIT NO. 24





②

FIG. 10-7. Axillary block. **A, B.** Technique of needle insertion. *(A)* Note forefinger palpating axillary artery. Hand holding needle (not shown) should be braced against arm. Needle insertion is adjacent to coracobrachialis and pectoralis major muscles, immediately superior to tip of forefinger (see text). *(B)* Note direction of needle toward apex of axilla, in same direction as neurovascular bundle. Needle enters neurovascular sheath and may run inside sheath to a higher level. The medial head of triceps, lying between the neurovascular sheath and the humerus, has been compressed by the palpating finger and is not shown in this cross-section. **C.** Computer tomogram, after axillary block with bupivacaine 0.5% and iodothalamate. Separate injections of 10-ml solution were made after obtaining paresthesias in median and radial nerves and also on passing a needle through the axillary artery. Contrast medium apparently remained in three discrete compartments; it is not certain whether these relate to major branches of brachial plexus. Also local anesthetic may diffuse in a different manner to contrast medium. (Part C reproduced with permission from Thompson, G.E., and Rorie, D.H.: Functional anatomy of brachial plexus sheaths. Anesthesiology, 59:117–122, 1983.)

(2)

**Point of Entry.** The artery is fixed against the humerus by the index and middle fingers of the left hand, and a skin wheal is raised directly over the arterial pulse (Fig. 10-7).

**Needle Insertion and Injection.** With the index finger still on the pulse of the axillary artery, a skin wheal is raised directly over the pulse (Fig. 10-7). A 25 mm or 32 mm, 22-gauge short-bevel needle is inserted just superior to the fingertip, directing the needle toward the apex of the axilla in almost the same direction as the neurovascular bundle. The needle may be either bare or attached to an anesthetic-filled extension tubing or syringe. As the needle is advanced, evidence of entering the sheath is sought by the feel of the "fascia click" as the needle penetrates the fascia; paresthesias, blood flow back, or oscillation of a free needle.

The feeling of penetrating the sheath is facilitated by the use of a short-bevel needle and the elimination of skin drag. The simple expedient of first puncturing the skin with a larger needle helps, but it can be further reduced by a needle-through-needle hole technique.[53]

The eliciting of paresthesias is encouraging and reliable evidence of correct position but is not essential for a satisfactory block, and it may be distressing. Recent studies by Selander and associates[44] indicate that this practice may carry an increased incidence of postanesthetic neuropathy; and, if so, the production of paresthesias should be avoided. The use of the nerve stimulator as described in Chapter 6 may obviate the need for paresthesias.

The flow or aspiration of blood, particularly arterial blood, strongly suggests that the needle tip is within the sheath. The needle can then be either just withdrawn from the vessel or pushed on through to the other side before injection. Although it cannot be recommended, it is the practice of some anesthesiologists to set out deliberately to puncture the artery as their means of identifying the sheath.

Oscillation of the needle produced by arterial pulsation indicates that the needle is at least near the artery, and thus probably within the sheath.

**Single-Injection Technique.** After aspiration, which is particularly important in this site, the entire volume of local anesthetic may be injected. On the basis of sheath volume and assuming equal up and down spread, de Jong calculated that 42 ml of solution was necessary to fill the adult sheath sufficient to reach the coracoid process, which is the approximate level at which the musculocutaneous nerve leaves the sheath.[14] This kind of volume to anesthesia relationship has been confirmed with radiopaque contrast studies.[61] Recent studies by Vester-Andersen and others,[50] however, showed that increasing the volume of the injected local anesthetic drug above 40 ml did not improve spread to the musculocutaneous or radial nerve area.

Although the solution tends to spread up rather than down the sheath, and measures can be taken to increase this rostral spread, 40 ml of solution is required to block, consistently, all of the brachial plexus. This is scaled downward in children and when other circumstances call for a reduction in dose.

Prevention of needle movement during injection may be a little awkward in the axilla but is absolutely essential with this technique. It can be aided by fixing the needle hub with the thumb and index finger of the left hand, if using direct syringe attachment, or the right hand, if using a needle attached to extension tubing. This "immobile needle" helps to prevent movement during syringe removal and reattachment.[55]

A few milliliters of solution are deposited in the subcutaneous tissue on withdrawal, to block the intercostobrachial nerve and its communications with the medial cutaneous nerve of the arm (Fig. 10-7*B*).

**Double-Injection Technique.** Nearly all earlier descriptions of axillary block have used the technique of injection on both sides of the artery.[8,14,20,35,52] Most believed that if the first insertion is correct and the needle is not moved, the second injection should not be necessary, provided sufficient volume is used. Thompson and Rorie,[48] however, have demonstrated that the sheath may be divided into a fascial compartment created for each nerve, which functionally limited the circumferential spread of injected solutions of local anesthetic (Fig. 10-7C). They recommend a double- or triple-injection technique.

There are some advantages of a double-injection technique. If the anesthesiologist is prepared to disregard the musculocutaneous nerve or routinely block it separately, the volume of solution can be significantly reduced—10 to 15 ml with each injection is quite sufficient to block the other nerves within the sheath. Also, there are two chances to enter the sheath. On some occasions the areolar septa within the sheath may act as a barrier to the spread of a single injection.[14]

The double-injection technique can be performed with one or two needles. With a single needle, half the total volume of local anesthetic solution is injected anterior to (above) the artery; the needle is then

withdrawn from the fascia and redirected posterior to (below) the artery, and the remainder of the solution is injected. When two needles are used, they are inserted through the same skin wheal, but one is directed anterior and the other posterior to the artery, before injecting through each needle.[25] Again, subcutaneous injection on withdrawal may be indicated.

**Promotion of Central Flow Within the Sheath.** With the single-injection, high-volume technique, measures should be taken to promote proximal flow within the sheath. Digital pressure should be applied immediately distal to the needle with the index and middle fingers, both during and immediately after injection. If these fingers are required for fixation of the needle hub, pressure on the distal sheath can be applied with the ulnar side of the hand. The application of the distal tourniquet frees the left hand but is of doubtful effectiveness and causes some discomfort.[21] Directing the needle toward the apex of the axilla has also been used in an effort to gain more proximal spread and higher block. Winnie has suggested the use of a 37-mm needle directed centrally at approximately 20° to the artery.[57] Hopcroft uses a 21-gauge, 50-mm needle directed centrally along the axis of the artery.[24] These techniques no doubt achieve the desired goal, but at some point the pneumothorax problem must again arise. As soon as the injection is completed and while still applying some form of distal pressure, the arm should be adducted. This removes the effect of pressure of the humeral head, which may be a factor in limiting proximal spread.[58]

### Comments

Axillary block is probably the most widely used technique for brachial plexus block today. More modifications, technical variations, and "tricks of the trade" are associated with this technique than with any other. Some actually decrease the effectiveness of the block.

In children particularly, a standard 23- or 25-gauge scalp vein set can be useful. Paresthesias can be an essential part of this method, particularly in a large arm with vague arterial pulsation or when there is difficulty in identifying the sheath. A nerve stimulator may be essential in such circumstances or when patients are unresponsive or uncooperative. Another method is to infiltrate local anesthetic from skin to humerus on either side of the axillary artery.

**Continuous Axillary Block.** Continuous axillary block has been advocated as the anesthesia of choice for prolonged surgical procedures, such as reimplantations.[43] Toxic reactions to the local anesthetic drugs used in this manner have not been seen.[49] Pharmacokinetic data indicate that a continuous infusion of 0.25% bupivacaine at a rate of 20 to 30 mg/h (*e.g.*, 10 ml) is effective and does not result in cumulative increases in blood concentration[15a] (see Chap. 3). In practice a standard bolus dose is given to establish the block (see above), and about 1 hour later the infusion is started.[15a]

### Complications and Contraindications

There are no complications or contraindications specific to this block; however, the risk of intravascular injection, particularly into the overlying vein, must always be kept in mind, and the patient with a bleeding diathesis is probably at an increased risk of incurring a hematoma with this approach.

## INFRACLAVICULAR BRACHIAL PLEXUS BLOCK

Several recent modifications of the original infraclavicular approach to the brachial plexus (Raj and others,[40] Sims,[46] Whiffler[54]) suggest that the perivascular sheath may be injected in this area as an alternative to other more popular approaches.

### Advantages

While maintaining the advantage of the interscalene or axillary sheath blocks, injection of the local anesthetic drug in the sheath above the level of the formation of the musculocutaneous and axillary nerves would block these nerves frequently missed on an axillary approach. Blocking lower than the first rib would eliminate the potential for pneumothorax or missing the ulnar segment of the medial cord, sometimes missed on a supraclavicular technique, as well as block the intercostobrachial nerve, which is not blocked on any of the other approaches. Also, it does not require positioning of the arm, as does the axillary block.

### Limitations and Problems

The infraclavicular approach is limited in that to be effective, it requires a nerve stimulator to locate the

tro-
iliac
per
per
). A
wn
jec-
ade
o a
ine
ep-

exits from the pelvis.

A 10- to 12-cm needle is inserted through a wheal made at this point in a direction perpendicular to the skin until it strikes bone. Usually this will occur at 6 to 8 cm in a patient of average stature. Occasionally, the needle will pass into the sciatic notch when it is first introduced. If this occurs, it should be withdrawn nearly to the skin and the tip redirected more cephalad along the perpendicular line until bone is contacted. Determination of the depth of the bony pelvis assists in the correct evaluation of paresthesias, which must be elicited in the leg below the level of the thigh. A geometric-grid approach in searching the notch for sciatic paresthesias will also ensure greater success, compared to random thrusts up and down through the notch. Some also advocate the use of a nerve stimulator (see Chap. 6). Although successful blockade may be accomplished by injecting 10 ml of local anesthetic solution after one paresthesia, the sciatic is a large nerve, and it is often helpful to seek additional paresthesias and inject a total volume of

(2)

FIG. 11-5. **B.** Cutaneous nerve distribution of the lower limb.



(2)

FIG. 14-2. Cross-section of rib and intercostal space. Section is shown in region of costal groove, which extends from near the head of the rib to 5 to 8 cm anterior to the angle of the rib. At the level of the angle of the rib, the intercostal nerve lies inferior to vein and artery in the intercostal groove.

successively at each of the skin wheal sites. To do this, a 3- to 4-cm, 22- or 23-gauge needle is attached to a full 10-ml Luer-Lok syringe. Reusable security bead needles offer some safety and hardness advantages. Disposable needles are of softer metal, and the tip may be bent with the repeated bony contact characteristic of this block, although they will more easily penetrate the thick skin of the back. A barbed needle will increase the risk of vascular or nerve damage.

In the following sequence, hand and finger position is of utmost importance (Fig. 14-3*B*–*E*). Beginning at the lowest rib, the index finger of the left hand is used to pull the skin at the lower edge of the rib up and over the rib. The needle is then introduced through the skin immediately off the tip of this retracting finger. While holding the syringe in the right hand, which rests on the patient's back, the anesthesiologist advances the needle to contact the rib. Should there be difficulty in contacting the rib with the needle, the palpating left index finger should be used to redefine its depth and position. Care should be taken not to allow the needle to penetrate beyond this palpated depth. The right hand maintains firm contact between needle and rib while the left hand is shifted to hold the needle's hub and shaft between thumb, index, and middle fingers. Of utmost importance is the firm placement of the left hand's hypothenar eminence against the patient's back. This allows total control of needle depth as the *left* hand "walks" the needle off the lower edge of the rib. At that point, it is advanced 2 to 5 mm and controlled by the left hand while the right hand merely squeezes to inject the solution. A very slight jiggling motion may decrease the risk of significant intravascular injection and help ensure proper spread of solution into the fascial plane containing the nerve. The above process is repeated for each of the nerves to be blocked. In certain patients with severe barrel chest deformity or neurasthenic habitus, the intercostal injection may best be done with an even shorter 23- or 25-gauge needle.

The success rate of intercostal nerve block should approach 100%. Failure is usually due to too superficial an injection of solution. Another common error is to rotate the long axis of the syringe as it is being walked off the rib (Fig. 14-4). A consequence of this is to inject solution superficially and inferiorly in the intercostal space where it will not bathe the nerve. When the technique described above is followed correctly, the firmly retracted skin over the rib will serve to ease the needle off the rib without need to resort to this rotary motion.

Intercostal nerve blocks can also be done at the midaxillary line while the patient is lying supine. This position is considerably more convenient in many situations. One concern with this approach is that the lateral cutaneous branch of the nerve could be missed by injected solution. Computed tomography studies show, however, that solutions spread readily along the subcostal groove for several centimeters and can come in contact with the origin or takeoff of this large branch (see Figs. 14-1 and 14-4).

Another variation is to consider intercostal nerve block by jet injection.[34] Seddon used such a technique but found that present jet guns deliver only 1 ml at a time. Using that volume of a 1.5% bupivacaine solution gave considerable postoperative analgesia. It is perhaps worthy of further study.

## Surgical Applications

Relatively few surgical procedures can be performed under intercostal nerve block alone. It is possible to perform minor procedures on the chest or abdominal wall, but in general some degree of supplemental anesthesia must complement the block. For intra-ab-



FIG. 14-3. Technique for intercostal block and corresponding deep anatomy (see text). **A.** Skin markings at lateral edge of sacrospinalis muscle (6 – 8 cm from midline). Note the medial curve of the line superiorly to avoid the scapulae. Ribs and interspaces are palpated. The lowest (most inferior) intercostal nerve is blocked first because the lower ribs are easy to palpate. (In **A – E** the diagrams show the second last intercostal nerves to be blocked in this patient.) **B.** Skin at lower edge of rib retracted superiorly onto rib. **C.** Needle inserted onto rib (see also inset). Note finger palpating rib still in place and hand holding syringe firmly braced against back. **D.** The position of the hands now change. Note *left* hand now rests against the back and holds the needle as it is walked off the inferior edge of the rib and advanced 3 mm. Right hand is free to aspirate and inject. **E.** Injection completed with left hand still firmly against patient's back and controlling the needle.




(2)

Correct

Incorrect

Correct
Incorrect

Correct
Incorrect

FIG. 14-4. **Upper Panel.** Comparison of correct *(left)* and incorrect *(right)* technique (see text). **Lower Panel.** *(Left)* X-ray showing correct needle insertion *(1)* compared to incorrect position *(2)*. *(Right)* X-ray showing injection of x-ray contrast medium. Injection from correctly placed needle results in spread along intercostal groove *(1)* and also into paravertebral space *(3)*. Injection from incorrectly placed needle results in a localized "blob" in intercostal muscles.[2] Arrows indicate extent of spread of solution.

(2)

dominal procedures, celiac plexus block may be added to provide visceral anesthesia. Intercostal block may also be combined with brachial plexus block for operations on the breast, upper extremities, and axilla. For intrathoracic procedures, stellate ganglion block may be a nice addition to obtund visceral pain from lung parenchyma. Pain from pelvic structures is not relieved by intercostal block, and operations in that region are better done with spinal, caudal, or lumbar epidural techniques.

## Nonsurgical Applications

Intercostal nerve block is extremely effective in providing pain relief for fractured ribs. Pleuritic pain and pain from flail chest can also be relieved. Blockade of two or three nerves is a simple way to prepare for insertion of thoracostomy or feeding gastrostromy tubes. Herpes zoster pain may be relieved and even treated in this way. Intercostal nerve block can be helpful in the differential diagnosis of visceral versus abdominal wall pain. The most effective but least exploited use of this block is for postoperative control of pain (see Chap. 25).

## Complications

The most feared complication of intercostal nerve block is pneumothorax. The actual incidence is extremely low, but many physicians avoid this block because of an imagined high frequency. Physicians in all stages of training performed more than 10,000 individual nerve blocks with a reported incidence of pneumothorax of only 0.073%.[23] An earlier study on silent pneumothorax done by obtaining routine postoperative chest films showed a 0.42% incidence. Further retrospective analysis forces one to conclude that the true risks and mechanisms of pneumothorax have been greatly exaggerated. For instance, Moore reported the unexpected finding of contrast material within the pleural cavity in a roentgenographic study of block technique.[27] Further evidence of parietal pleural penetration is noted in two papers on continuous intercostal nerve blockade.[1,29] The authors were surprised to find catheters within the pleural space in cadaver studies and in cardiac surgical patients. Surgeons observed the catheter tip from within after midline sternotomy. Nunn's observations of multiple dermatome block after a single injection might also be explained on this same basis.[31] Finally, there is the unorthodox and purposeful use of an interpleural catheter for postoperative pain control.[19] This internal pleural space approach to intercostal block forces us to re-evaluate our more traditional perspectives.

Treatment of pneumothorax by needle aspiration or merely by careful observation is usually all that is needed. Reabsorption of a small pneumothorax is also aided by administration of oxygen. Chest tube drainage should be performed only if there is failure to re-expand the lung with these preliminary maneuvers. Overzealous surgical treatment has often compounded an initial problem that might well have resolved with simple measures.

A second complication relates to the toxic effects of absorbed local anesthetic and epinephrine following intercostal block. As previously mentioned, blood levels of the anesthetic drug are higher after this block than after any other regional anesthetic procedure. Systemic toxic reactions rarely occur in patients having diagnostic or therapeutic blocks because smaller volumes of more dilute solution of drug are used. Greater amounts of more concentrated drug are injected to provide complete motor and sensory block in the surgical patient. These greater doses may result in delayed systemic toxicity, so that patients should be monitored closely for 15 to 20 minutes after completion of the block.

Any regional anesthetic procedure, and especially intercostal nerve block, can lead to complications if the anesthesiologist becomes so involved in the mechanics of administering the nerve block that he neglects total patient care. The beginning practitioner of regional anesthesia tends to become so engrossed in technique and methods that he fails to see the patient as more than a portion of anatomic detail through which a needle is being inserted. Vital signs may not be heeded! This is especially dangerous when depressant drugs have been administered before the block. Complications from inattentiveness are not those of the nerve block *per se*, although respiratory embarrassment or cardiovascular problems are often wrongly ascribed as toxic effects of the local anesthetic.[2] The American Society of Anesthesiologists motto, "Constant vigilance," is extremely appropriate for proper use of any nerve block.

# CELIAC PLEXUS NERVE BLOCK

Of the many regional block techniques available to the anesthetist, blockade of the celiac plexus is potentially one of the more valuable and probably very underused. The reason for this lack of use is because it is exclusively an autonomic blockade and, in most

ough knowledge of anatomic relationships. To this foundation is applied the technical expertise required to do the block. The need to tailor the choice of local anesthetic to the contemplated nerve block has previously been emphasized. In a similar manner, the anesthesiologist can choose various combinations of peripheral nerve blocks to tailor the anesthetic to the requirements of the surgical procedure. The most useful combination for upper abdominal surgery is that of intercostal nerve block and celiac plexus block. It is possible, however, to mix any of the following blocks in any manner suited to the anesthetic goal. The imaginative anesthesiologist will recognize many different situations in which one or more of these blocks might be of value.

## INTERCOSTAL NERVE BLOCK

### Anatomy

The intercostal nerves are the primary rami of T1 through T11. In the most accurate sense of the word, T12 is not an intercostal nerve because it does not run a course between two ribs; it might be more appropriately termed a thoracic or subcostal nerve.[12,13] Some of its fibers unite with other fibers from the first lumbar nerve and are terminally represented as the iliohypogastric and ilioinguinal nerves. Likewise many fibers from T1, at the opposite end of the thoracic group, unite with fibers from C8 to form the lowest trunk of the brachial plexus. These latter fibers leave the intercostal space by crossing the neck of the first rib, while a smaller bundle continues on a genuine intercostal course. The only other notable variation in intercostal nerves is the contribution of some fibers from T2 and T3 to the formation of the intercostobrachial nerve. Terminal distribution of this nerve is to the skin of the medial aspect of the upper arm.

A typical intercostal nerve has four significant branches (Fig. 14-1): The first branch is the gray rami communicans, which passes anteriorly to the sympathetic ganglion; the second branch arises as the posterior cutaneous branch. This nerve supplies skin and muscles in the paravertebral region; the third branch is the lateral cutaneous division, which arises just anterior to the midaxillary line. This branch is of most concern to the anesthesiologist because it sends subcutaneous fibers coursing both posteriorly and anteriorly to supply skin of much of the chest and abdominal wall; and the fourth and terminal branch of an intercostal nerve is the anterior cutaneous branch. In the upper five nerves, this branch terminates after penetrating the external intercostal and pectoralis major muscles to innervate the breast and front of the thorax. The lower six anterior cutaneous nerves terminate after piercing the sheath of the rectus abdominis muscle to which they supply motor branches. Some final branches continue anteriorly and become superficial near the linea alba to provide cutaneous innervation to the midline of the abdomen.

Medial to the posterior angles of the ribs, the intercostal nerves lie between the pleura and the internal intercostal fascia. This fascial layer is also known as the posterior intercostal membrane. In the paravertebral region, there is only fatty tissue between nerve and pleura. At the angle of the rib (6 – 8 cm from the spinous processes), the nerve comes to lie between the internal intercostal muscle and the intercostalis intimus muscle. At this point the costal groove is broadest and deepest. The nerve is accompanied by an intercostal vein and artery, which lie superior to the nerve in the inferior groove of each rib (Fig. 14-2). The location of these vessels explains the tendency to high blood levels of local anesthetic agents following intercostal block. The costal groove becomes a sharp inferior edge of the rib, about 5 to 8 cm anterior to the angle of the rib. At this point the intercostal groove ceases to exist, the lateral cutaneous branch is given off (see Fig. 14-1), and the intercostal nerve lies more inferiorly and moves toward the center of the intercostal space.

### Technique

Intercostal nerve block may be performed at several possible sites along the course of the nerve. The most common site is in the region of the angle of the ribs just lateral to the sacrospinalis group of muscles. For technical ease of performance and for an optimal teaching or learning experience, the patient is best placed in a prone position, a position that facilitates performance of celiac plexus block, which is frequently combined with bilateral intercostal nerve block for abdominal surgery. The premedicated patient is turned to a prone position after establishment of an intravenous infusion. A pillow or roll of some kind is placed under the midabdomen to straighten the lumbar curve and to increase the intercostal spaces posteriorly.

The next step greatly facilitates nerve block and should be a routine part of nearly every regional anesthetic. This is the process of using skin markings to force a review of anatomic details and to define the site of needle insertion and direction for each block

FIG. 14-1. An intercostal nerve and its branches. Approximate area of skin supplied by branches is also shown. There is evidence, however, that local anesthetic injected near the lateral cutaneous branch diffuses posteriorly to reach the posterior cutaneous branch (see also Fig. 14-4). Note also [a] the spinal nerves and dorsal root ganglia in the region of intervertebral foramen, with risk of perineurial spread into spinal fluid after intraneural injection in this region; [b] direct injection into an intervertebral foramen may reach spinal fluid by means of a dural cuff; [c] local anesthetic may gain access to epidural space by diffusing into an intervertebral foramen; and [d] close to the midline the intercostal nerve lies directly on the posterior intercostal membrane and pleura.

(Fig. 14-3). First, a vertical line should be drawn along the posterior vertebral spines. The next step is to palpate laterally to the edge of the sacrospinalis group of muscles where the ribs are most superficial. This distance is somewhat variable depending on body size, muscle mass, and physique but is usually 6 to 8 cm from the midline. Vertical lines are drawn somewhat parallel to the first line, but with a tendency to angle medially at the upper levels so as to avoid the scapulae. The caudal end of the line should cross near the end of the shortened 12th rib. Then, by successively palpating and marking the inferior edge of each rib along these two vertical lines, a diagram is completed (Fig. 14-3*A*). For abdominal surgery, six or seven ribs on each side are marked. For thoracic or other unilateral chest wall surgery, only the appropriate side and ribs are marked.

After positioning and marking of the patient, the local anesthetic solution is prepared. Epinephrine should be added to achieve a final concentration of 1:200,000 *or less* if the total dose of epinephrine required would exceed 0.25 mg (Table 14-3). The final solution is best prepared in a large mixing cup to afford ready access for refilling of the syringe during performance of the block.

Before starting the block, intravenous sedation should be given to allow for patient comfort. Barbiturates, benzodiazepines, ketamine, and short-acting narcotics are commonly used either alone or in combination. Obviously, attention must be given to airway maintenance and ventilatory adequacy in the prone patient. After an adequate level of sedation has been achieved, skin wheals are raised at each of the previously marked sites of injection. A disposable 30-gauge needle is ideal for raising these wheals. For maximal patient comfort, procaine or lidocaine might be chosen for the skin wheals because these drugs, injected subcutaneously, cause less pain than do the long-acting local anesthetics.

Finally, the intercostal nerve blocks are performed

(1) NEURAL BLOCKADE IN CLINICAL ANESTHESIA & MANAGEMENT OF PAIN



(2) ATLAS of Regional Anesthesia 2nd Ed David L Brown

(1)

Perspective

Axillary brachial plexus block is most effective for surgical procedures distal to the elbow. In some patients, procedures on the elbow or lower humerus can be carried out with an axillary technique, but strong consideration should be given to a supraclavicular block for those requiring more proximal procedures. It is discouraging to carry out a "successful" axillary block only to find that the surgical procedure extends outside the area of block. This block is appropriate for hand and forearm surgery; thus it is often the most appropriate technique for outpatients in a busy hand surgery practice. There are anesthesiologists who find axillary block suitable for elbow surgical procedures, and continuous axillary catheter techniques may be indicated for postoperative analgesia in these patients. Because this block is carried out distant from both the neuraxial structures and the lung, complications associated with those areas are avoided.

*Patient Selection.* For performance of an axillary block, patients must be able to abduct the arm at the shoulder. As the experience of the operator increases, the need for this diminishes, but this block cannot be carried out with the arm at the side. Since the block is most appropriate for forearm and hand surgery, it is a rare patient with a surgical condition at those sites who cannot abduct the arm as described.

*Pharmacologic Choice.* Since hand and wrist procedures often require less motor blockade than procedures on the shoulder, the concentration of local anesthetic chosen can usually be slightly decreased with an axillary block compared with a supraclavicular or interscalene block. Appropriate drugs are lidocaine (1% to 1.5%), mepivacaine (1% to 1.5%), and bupivacaine (0.5%). Lidocaine and mepivacaine produce 2 to 3 hours of surgical anesthesia without epinephrine and 3 to 5 hours with the addition of epinephrine. These drugs can be useful for less involved procedures or outpatient surgical procedures. For more extensive surgical procedures requiring hospital admission, a longer-acting agent such as bupivacaine can be chosen. Plain bupivacaine produces surgical anesthesia that lasts from 4 to 6 hours; the addition of epinephrine may prolong this period to 8 to 12 hours. The local anesthetic time line must be considered when prescribing a drug for outpatient axillary block, since blocks lasting as long as 18 to 24 bupivacaine with added epinephrine. With continuous catheter techniques used for postoperative analgesia or chronic pain syndromes, 0.25% bupivacaine or 0.2% ropivacaine may be used, and even lower concentrations of these drugs may be used after a trial.

Placement

*Anatomy.* At the level of the distal axilla, where the axillary block is undertaken (Fig. 6–1), the axillary artery can be visualized as indicating the center of a four-quadrant neurovascular bundle. It is useful for me to conceptualize these nerves in a quadrant or clock face manner, since multiple injections during axillary block result in more acceptable clinical anesthesia in my practice than does injection at a single site. The musculocutaneous nerve is found in the 9 to 12 quadrant in the substance of the coracobrachialis muscle. The median nerve is most often found in the 12 to 3 quadrant; the ulnar nerve is "inferior" to the median nerve in the 3 to 6 quadrant; and the radial nerve is located in the 6 to 9 quadrant. The block does not need to be performed in the axilla, and in fact, needle insertion in the mid to lower portion of the axillary hair patch or even more distal to this is effective. It is clear from radiographic and anatomic study of the brachial plexus and the axilla that separate and distinct sheaths are associated with the plexus at this point. Keeping this concept in mind will help to decrease the number of unacceptable blocks performed. Also, this more distal approach to axillary block is quite similar to the midhumeral brachial plexus block.

*Position.* The patient is placed supine, with the arm forming a 90-degree angle with the trunk and the forearm forming a 90-degree angle with the upper arm (Fig. 6–2). This position allows the anesthesiologist to stand at the level of the patient's upper arm and palpate the axillary artery, as illustrated in Figure 6–2. A line should be drawn tracing the course of the artery from the midaxilla to the lower axilla; overlying this line, the index and third fingers of the left hand of the anesthesiologist are used to identify the artery and minimize the amount of subcutaneous tissue overlying the neurovascular bundle. In this manner, the anesthesiologist can develop a sense of the longitudinal course of the artery, which is essential for performing an axillary

DEFENDANT'S EXHIBIT

CASE NO.

EXHIBIT NO. 25



**Figure 6–1.** Axillary block—functional "quadrant" anatomy of distal axilla.



**Figure 6–2.** Axillary block—position of patient arm and palpation of fingers.







Humerus
Axillary a.
Musculocutaneous n.
Median n.
Radial n.
Ulnar n.

**Figure 6–3.** Axillary block—needle insertion.

Median n.
Musculocutaneous n.
4
3
2
1
2
3
4
Humerus
Axillary a.
Ulnar n.
Radial n.

**Figure 6–4.** Axillary block—fanlike injection using axillary artery as guide.



Coracoid process
Brachial a.
Median n.
Radial n.
Musculocutaneous n.
Skin entry site for catheter
Ulnar n.

**Figure 6–5.** Axillary block—continuous catheter technique after threading 10 cm of catheter proximally.

*Needle Puncture.* While the axillary artery is identified with two fingers, the needle and syringe are inserted as shown in Figure 6–3. It is emphasized that some local anesthetic should be deposited in each of the quadrants surrounding the axillary artery. If paresthesia is obtained, that is beneficial, although undue expenditure of time and patient discomfort should not occur in an attempt to elicit a paresthesia. As illustrated in Figure 6–4, effective axillary block is produced by utilizing the axillary artery as an anatomic landmark and infiltrating in a fanlike manner around the artery. Anesthesia of the musculocutaneous nerve is best achieved by infiltrating into the mass of the coracobrachialis muscle. This maneuver can be carried out by identifying the coracobrachialis and injecting anesthetic into its substance, or by inserting a longer needle until it contacts the humerus and injecting in a fanlike manner near the humerus (see Fig. 6–4).

nique for an axillary block, kits may be used, or epidural needles and matched catheters may be used in adults (Fig. 6–5). In the latter situation, the epidural needle is positioned with the assistance of either a nerve stimulator or paresthesia elicitation as an end-point. After the needle is positioned, 20 mL of preservative-free normal saline solution is injected through the needle, and then the appropriate size catheter is inserted approximately 10 cm past the needle tip. Once the catheter has been secured with a plastic occlusive dressing, the initial bolus injection of drug is carried out, and the infusion is started.

*Potential Problems.* Problems with axillary block are infrequent because of the distance of this block from neuraxial structures and the lung. One complication, which can be minimized by using multiple injections rather than a fixed needle, is the occasional occurrence of systemic toxicity from axillary block. Whenever a single immobile needle is used to inject



tial for systemic toxicity increases, especially in contrast with the use of smaller volumes of local anesthetic injected at multiple sites. Another potential problem with axillary block is the development of postoperative neuropathy, but one should not assume that axillary block is the cause of all neuropathy after upper extremity surgery. A logical and systematic approach to find the cause of a neuropathy must be used if we are to understand the true incidence and causes of neuropathy after brachial plexus block and upper extremity surgery.

## Pearls

To perform axillary block as effectively as possible, one must understand the organization of the peripheral nerves at the level of the lower axilla. It is clear that the axillary sheath at this level is discontinuous and may demand multiple injections to allow the axillary block to reach full effectiveness. This does not mean that a single injection cannot produce acceptable surgical anesthesia; however, the most consistently effective axillary block results from depositing smaller amounts of local anesthetic in multiple sites.

Another help when using a paresthesia-seeking axillary technique is to remember that a radial paresthesia is infrequently obtained. Thus, the anesthesiologist should not persist in attempting to produce one but instead inject the anesthetic in its expected position and let the local anesthetic volume produce the block. Further, since the four-quadrant axillary approach uses a "field block" to anesthetize the musculocutaneous nerve, it also does not require paresthesia to be effective. Since the median and ulnar nerves are more superficial when the arm is in an axillary block position, they are the nerves paresthesia is most likely to affect. Nevertheless, unnecessarily seeking a paresthesia for an extended time, even for median or ulnar sites, may result in anesthetic delays and patient discomfort and will discourage anesthesiologists from carrying out this block. If one keeps in mind the quadrant approach to axillary block, this technique should be accomplished in a time-efficient manner.

A mnemonic that is useful in remembering the position of the nerves at the level of the axillary block is "M&Ms are tops" (i.e., median and musculocutaneous nerves are more cephalad in the abducted arm). Everyone can relate the "topnotch" candy M&Ms to the cephalad position of the two "m" nerves.

When using a continuous catheter technique for postoperative analgesia or treatment of chronic pain patients, paying attention to securing the catheter will help prevent its unintentional removal. Also, the ability to place an infraclavicular catheter will minimize the number of axillary catheters needed in the anesthesiologist's practice and is likely to improve her or his confidence in performing continuous brachial techniques.

(1)

comparable anterior labial nerves supply the skin of the mons pubis and labia majora.

The *genitofemoral nerve* divides at a variable level into genital and femoral branches. The genital branch is small; it enters the inguinal canal at the deep inguinal ring and supplies the cremaster muscle, small branches to the skin and fascia of the scrotum, and adjacent parts of the thigh. The femoral branch is the more medial of the two branches and continues under the inguinal ligament on the anterior surface of the external iliac artery. Below the inguinal ligament, it pierces the femoral sheath and passes via the saphenous opening to supply the skin over the femoral triangle lateral to that supplied by the ilioinguinal nerve (see Fig. 9–4). These three nerves are clinically important during regional block for inguinal herniorrhaphy, or other groin procedures carried out under regional block.

Caudal to these three nerves are three major nerves of the lumbar plexus that exit from the pelvis anteriorly and innervate the lower extremity. These are the lateral femoral cutaneous, femoral, and obturator nerves (see Figs. 9–1 and 9–2).

The *lateral femoral cutaneous nerve* passes under the lateral end of the inguinal ligament. It may be superficial or deep to the sartorius

Iliohypogastric n.
Lateral cutaneous br.
Genitofemoral n.
Femoral br.
Genital br.
Lateral femoral cutaneous n.
Femoral n.
Obturator n.
Peroneal n.
Saphenous n.
Sural n.
Deep peroneal n.
Superficial
Iliohypogastric n.
Lateral femoral cutaneous br.
Cluneal n.
Lateral femoral cutaneous n.
Posterior femoral cutaneous n.
Femoral n.
Obturator n.
Peroneal n.
Saphenous n.
Sural n.
Calcaneal n.
Medial plantar n.

**Figure 9–5.** Lower extremity anatomy—proximal and distal innervation.



**Figure 9–6.** Lower extremity anatomy in lithotomy position—proximal and distal peripheral nerves.



**Figure 9–7.** Lower extremity anatomy in lithotomy position—dermatomes.

## Perspective

The nerves blocked in the popliteal fossa—i.e., tibial and peroneal nerves—are extensions of the sciatic nerve. The principal use of this block is for foot and ankle surgery. The addition of a saphenous nerve block will provide improved comfort for many patients undergoing the popliteal block because medial lower leg and ankle sensory blockade will make tourniquets and medial ankle surgery more comfortable.

*Patient Selection.* To use the classic form of this block, the patient must be able to assume the prone position. Although elicitation of a paresthesia is desirable, it is not essential, though block effectiveness decreases without paresthesias.

*Pharmacologic Choice.* The principal use of these blocks is to provide sensory analgesia; thus, lower concentrations of a local anesthetic are practical in contrast to situations in which motor blockade is essential. Concentrations of 1% lidocaine, 1% mepivacaine, and 0.25% to 0.5% bupivacaine are effective.

## Placement

*Anatomy.* As illustrated in Figure 15–1, the popliteal fossa is defined cephalically by the semimembranosus and semitendinosus muscles medially and the biceps femoris muscle laterally. Its caudal extent is defined by the gastrocnemius muscles both medially and laterally. If this quadrilateral area is bisected, as shown in Figure 15–1, the area of interest to the anesthesiologist is the cephalolateral quadrant. Here, both tibial and common peroneal nerve block is possible. The tibial nerve is the larger of these two nerves; it separates from the common peroneal nerve at the upper limit of the popliteal fossa and sometimes higher. The tibial nerve continues the straight

PROXIMAL
Tibial n.
Common peroneal n.
MEDIAL
LATERAL
Biceps femoris m.
Semimembranosus m.
Semitendinosus m.
Cephalolateral quadrant
5.0
Gastrocnemius m.

**Figure 15–1.** Popliteal fossa—surface anatomy and technique of popliteal block.

course of the sciatic nerve and runs lengthwise through the popliteal fossa directly under the popliteal fascia. Inferiorly, it passes between the heads of the gastrocnemius muscles. The common peroneal nerve follows the tendon of the biceps femoris muscle along the cephalad lateral margin of the popliteal fossa, as illustrated in Figure 15–2. After the common peroneal nerve leaves the popliteal fossa, it travels around the head of the fibula and divides into the superficial peroneal and deep peroneal nerves.

*Position.* The patient is placed in a prone position, and the anesthesiologist stands at the patient's side to allow palpation of the borders of the popliteal fossa.

*Needle Puncture.* With the patient in the prone position, the patient is asked to flex the leg at the knee, which allows more accurate identification of the popliteal fossa. Once the popliteal fossa has been defined, it is divided into equal medial and lateral triangles, as shown in Figure 15–1. An X is placed 5 cm superior to the skin crease of the popliteal fossa and 1 cm lateral to the midline of the triangles, as shown in Figure 15–1. Through this site, a 22-gauge, 4- to 6-cm needle is advanced at an angle of 45 to 60 degrees to the skin while the needle is directed anterosuperiorly (Fig. 15–3). A paresthesia is sought; when obtained, 30 to 40 mL of local anesthetic is injected.

When adding a saphenous block to the technique for foot and ankle surgery, the patient's knee is bent at approximately a 45-degree angle, and the medial aspect of the leg is exposed. Two primary techniques are used for saphenous block. A superficial ring of local anesthetic may be injected just distal to the medial surface of the tibial condyle. This often takes 5 to 10 mL of local anesthetic. Conversely, a more proximal technique (at the cross-sectional level of the superior border of

PROXIMAL
MEDIAL
LATERAL
Tibial n.
Interosseus n. of leg
Sural n.
Common peroneal n.
Deep br.
Superficial br.

**Figure 15–2.** Popliteal fossa—neural anatomy.





45°
60°

**Figure 15–3.** Popliteal fossa—technique of popliteal block.

the patella) is possible (Fig. 15–4). In this case, a 22- to 25-gauge, 3- to 4-cm needle is inserted immediately deep to the sartorius muscle in the plane between the vastus medialis and the sartorius muscles, and 10 mL of local anesthetic is injected.

*Potential Problems.* Although vascular structures also occupy the popliteal fossa, intravascular injection should be an infrequent occurrence if the usual precautions are carried out. Hematoma formation is possible.

## Pearls

There is an interesting dichotomy of interest in popliteal nerve block. Very favorable re-

**Figure 15–4.** Saphenous nerve block—anatomy and proximal technique.

Vastus medialis m.
Gracilis m.
Semitendinosus tendon
Saphenous n.
Saphenous branch of descending genicular a.
Semimembranosus tendon
Sartorius m. (cut)
Tibial collateral lig.
Medial patellar retinaculum
Infrapatellar branch of saphenous n.
Patellar lig.
Tuberosity of tibia
Hook
MEDIAL VIEW
CROSS SECTION
Anterior
Vastus medialis m.
Saphenous n.
Sartorius m.
Medial

(1)

ports emanate from the centers that use the block. Conversely, centers with considerable experience in other areas of regional anesthesia often seem disinterested in promoting this block. Whether this dichotomy is simply clinical bias or is based on clinical efficacy remains to be established. As with many other lower extremity peripheral nerve blocks, volume seems to be the key in making this block useful.

It also is apparent from watching many resident physicians perform this block that if the needle is initially misdirected, it is directed too far medially. Usually all that is needed is to redirect the needle to a more lateral position. Finally, some groups are promoting a lateral approach to the popliteal block, and time will tell whether maintaining the patient in a supine position for this lateral technique will increase the interest of anesthesiologists in popliteal blocks.

The saphenous nerve block appears to require a higher volume of local anesthetic than many physicians use, so one should be generous in the volume used with this block, keeping in mind that the popliteal block requires 30 to 40 mL of local anesthetic to produce a block reliably.



## Perspective

Occipital nerve block is most frequently used in the diagnosis and treatment of occipital neuralgia. It is also useful when combined with other head and neck blocks to provide scalp anesthesia when infiltration alone will not suffice.

*Patient Selection.* Most patients for occipital nerve block will be experiencing symptoms compatible with occipital neuralgia. These patients are often at the end of a long and frustrating medical program and thus may need a detailed explanation of what to expect during the block.

*Pharmacologic Choice.* This block requires only 3 to 5 mL of local anesthetic, so virtually any local anesthetic can be utilized.

## Placement

*Anatomy.* The greater occipital nerve arises from the dorsal rami of the second cervical nerve and travels deep to the cervical musculature until it becomes subcutaneous slightly inferior to the superior nuchal line. It emerges on this line in association with the occipital artery, which is the most useful landmark for locating the greater occipital nerve (Fig. 18–1).

*Position.* The most effective patient position for the greater occipital block is the sitting position, with the chin flexed on the chest. A short, 25-gauge needle is inserted through the skin at the level of the superior nuchal line to develop a "wall" of local anesthetic surrounding the posterior occipital ar-



**Figure 18–1.** Occipital nerve block—anatomy and technique.

tery. The artery is commonly found approximately one third of the distance between the external occipital protuberance and the mastoid process on the superior nuchal line. Injection of 3 to 5 mL of local anesthetic in this area will produce satisfactory anesthesia.

*Potential Problems.* The superficial nature of this block should make complications infrequent. In any event, it is important to ask the patient whether he or she has undergone any posterior cranial surgery because total spinal anesthesia has occurred after occipital nerve block in patients who have had such surgery.

## Pearls

To make this block effective for pain diagnosis and therapy, the anesthesiologist must make the expectations for the block clear to the patient before performing the block. Often patients reach the anesthesiologist only after a long and arduous trial of alternative pain therapies; thus, it is just as important for the anesthesiologist to handle the psychosocial implications of the procedure as it is to discuss the technical features.

When a diagnostic block is planned, it is important to keep the dose of local anesthetic small to minimize confusion with relief of myofascial pain. Similarly, relief of ipsilateral retro-orbital or temporal pain after an occipital block does not rule out the possibility of occipital neuralgia as the cause of the pain syndrome, since pain relief is produced outside the typical sensory distribution of the occipital nerve. In some of these cases, owing to brain stem and spinal cord interneuronal connections between the trigeminal nucleus and the second cervical spinal nerve, retro-orbital pain is frequently relieved with a greater occipital nerve block.



A number of regional anesthetic techniques rely on block of the thoracic or lumbar somatic nerves. As illustrated in Figure 30–1, thoracic and lumbar somatic innervation extends from the chest and axilla to the toes.

Although few major surgical procedures can be carried out during somatic block alone, appropriate use of somatic block with long-acting local anesthetics provides unique and useful analgesia. Also, when even longer-

**Figure 30–1.** Truncal anatomy—dermatomes.



(1)

acting local anesthetics become available, possibly some form of thoracic or lumbar somatic nerve block, such as intercostal nerve block, will be able to provide even more useful post-operative analgesia.

One of the advantages that somatic block has over neuraxial blocks is the ability to avoid widespread interruption of the sympathetic nervous system with the somatic blocks. As shown in Figure 30–2, the major somatic nerves are the ventral rami of the thoracic and lumbar nerves. Additionally, as shown in the inset in Figure 30–2, the nerves contribute preganglionic sympathetic fibers to the sympathetic chain through the white rami communicantes and receive postganglionic neurons from the sympathetic chain through gray rami communicantes. These rami from the sympathetic system connect to the spinal nerves near their exit from the intervertebral foramina. The dorsal rami of these spinal nerves provide innervation to dorsal midline structures. The medial branch of the dorsal primary ramus supplies the dorsal vertebral structures, including the supraspinous and intraspinous ligaments, periosteum, and the fibrous capsule of the facet joint.

**Figure 30–2.** Truncal anatomy—cross-sectional view.





## Perspective

Facet blocks are used both diagnostically and therapeutically to diagnose and treat subsets of patients with chronic low back and neck pain. Difficulties may arise in interpreting the results of facet blocks in that the innervation of facet joints is diffuse, and radiographic changes in facet joints may or may not be linked to a specific patient's pain. Despite the caveats, the pain relief attained with facet injection seems convincing to this pain medicine clinician, although in contrast to many other pain management techniques, extra care must be taken in balancing the patient, the pain syndrome, and the treatment regimen with the individual clinical setting.

*Patient Selection.* Facet-related pain remains a diagnosis of exclusion, supported by reproduction of the pain during arthrography and relief of pain after diagnostic facet injection. In patients with lumbar pain syndromes, facet-related pain is often located in the low back and is described as a deep dull ache that is difficult to localize. It may be referred to the buttocks or to the posterior leg, and infrequently it extends more distally into the lower leg. The pain is often made worse by lumbar extension, especially with lateral flexion to the affected side because this maneuver opposes the facet joints more forcefully. In cervical facet pain syndromes, the pain remains deep and aching in quality, and the level of the facet involvement dictates the referral pattern of the pain. There are distinct upper, lower, and pancervical neck facet pain syndromes.

*Pharmacologic Choice.* Diagnostic blocks are most often performed with 1 to 2 mL of local anesthetic, either 1% to 1.5% lidocaine or 0.25% to 0.5% bupivacaine. The former is chosen if immediate interpretation is sought, whereas the latter drug is used if diagnostic information is sought over a longer interval. If therapeutic injection is performed, the total volume of solution is kept at 1.5 to 2.0 mL, although 20 mg of methylprednisolone is added to the local anesthetic (most often bupivacaine for a therapeutic injection). For either diagnostic or therapeutic injection, confirmation of needle position is made with 0.25 to 0.5 mL of a radiocontrast agent, Hypaque M-60.

## Placement

*Anatomy.* The 33 vertebrae that make up the spinal column are linked by intervertebral discs and longitudinal ligaments anteriorly and through facet joints posteriorly. The posterior facet joints allow flexion, extension, and rotation of the vertebral column while providing a means of exit from the vertebral column for the axial nerves on their way to becoming peripheral nerves. The facet joints are synovial joints formed by the inferior articular processes of one vertebra and the superior articular processes of the adjacent caudad vertebra. These articular processes are projections, two superior and two inferior, from the junction of the pedicles and the laminae. In the cervical and lumbar portions of the vertebral column, the facet joints are posterior to the transverse processes, whereas in the thoracic region the facet joints are anterior to the transverse processes (Fig. 31–1). In the cervical vertebrae, the joint surfaces are midway between a coronal and an axial plane, whereas in the lumbar region, the joints (at least the posterior portion) assume an orientation approximately 30 degrees oblique to the sagittal plane (Fig. 31–2).

The capsule of a facet joint varies by location relative to the joint. A tough fibrous capsule is present on the posterolateral aspect of the joint, whereas on the anteromedial aspect of the joint, the facet synovial membrane is in direct contact with the ligamentum flavum.

Innervation of the facet joints occurs through the segmental sensory nerves that overlap the vertebral levels. Each joint has a dual innervation from the segmental nerve at its vertebral level as well as from the nerve at the level caudad to it. In the lumbar region, the posterior and anterior primary rami of a segmental nerve diverge at the intervertebral foramen (Fig. 31–3*A*). The posterior ramus, also known as the sinuvertebral nerve of Luschka, passes dorsally and caudally to enter the spine through a foramen in the intertransverse ligament. Almost immediately it divides into medial, lateral, and intermediate branches. The medial branch supplies the lower pole of the facet joint at its own level and the upper pole of the facet joint caudad to it. Each medial branch of the lumbar posterior ramus also supplies paraspinous muscles, such as the



**Figure 31–1.** Superior and lateral views of cervical *(A)*, thoracic *(B)*, and lumbar *(C)* facet joints. Angle of the facet joints in the sagittal plane is indicated in the inserts. Transverse processes are highlighted in purple in each image.



**Figure 31–2.** Facet joint orientation. *A*, Cervical facet joint orientation is midway between axial and coronal. *B*, Lumbar facet joint orientation is 30 degrees oblique to the parasagittal plane.

Cervical
A
Coronal
Axial
45°
Cervical
facet joint

L3
30°
Lumbar
B

**Figure 31–3.** Lumbar facet joint innervation. *A*, Cross-sectional view of segmental nerve innervation of facet joint. *B*, Oblique parasagittal view of overlapping segmental innervation of facet joint.

Dura mater
Arachnoid
Spinal n.
Posterior ramus
Branches to
facet joints
Lumbar
A

Spinal n.
Facet joint
Posterior ramus
Branches to
facet joints
Oblique
B



**Figure 31–4.** Cervical facet joint innervation. Posterior and oblique parasagittal view of overlapping segmental innervation of facet joint.

Cervical facet joints
Posterior

Posterior ramus
Branches to cervica
facet joints
Oblique





30°
Fluoroscopy unit
B Lumbar facet joint
A

**Figure 31–5.** Lumbar facet joint. *A*, Position of patient and fluoroscopy unit for optimal visualization of lumbar facet joint. *B*, Cross-sectional image of lumbar facet block.

multifidus and interspinalis, as well as ligaments and the periosteum of the neural arch (see Fig. 31–3*B*). In the cervical region, the medial branch innervates primarily the facet joint and not the paraspinous musculature. Further, in the cervical region, the nerves of Luschka wrap around the waists of their respective articular pillars and are bound to the periosteum by an investing fascia and held against the articular pillars by tendons of the semispinalis capitis muscle (Fig. 31–4).

*Position.* Lumbar facet blocks are performed with the patient prone on an image table with the hips and lower abdomen supported by a pillow. After identifying the level of the facet joint, the fluoroscopy unit is angled approximately 30 degrees off the parasagittal plane to obtain optimum visualization of the lumbar facet joint (Fig. 31–5). Cervical facet blocks are also performed with the patient prone on an image table with the forehead and chest supported by pillows or individual silicone pads (Fig. 31–6*A*). Again, fluoroscopy is used to identify the facet joint, and after its position has been marked, the fluoroscopy unit is rotated to produce a lateral image of the cervical spine.

*Needle Puncture.* The facet joint is often located at the cephalocaudad level of the inferior extent of the more cephalad spinous process of the vertebra contributing to the facet joint. For example, the inferior extent of the spinous process of L3 corresponds to the L3-L4 facet joint. After the level of the facet joint has been marked, the fluoroscopy unit is angled approximately 30 degrees off the parasagittal plane as described previously (see Fig. 31–5). A mark is then made 5 cm lateral to the vertebral midline at the previously identified facet joint level. After aseptic skin preparation has been completed, a 22-gauge, 6- to 10-cm needle is inserted in a slightly medial



**Figure 31-6.** Cervical facet joint. *A*, Position of patient and fluoroscopy unit for optimal visualization of cervical facet joint. *B*, Oblique posterior-anterior image of cervical facet joints, showing cephalad angulation of fluoroscopic imaging unit.





Entry site
Facet joint
A
Oblique
Lumbar cross section

parasagittal angle. Under fluoroscopic guidance, the needle tip is placed in the facet joint (Fig. 31–7). Then a radiocontrast agent is injected to verify the position of the needle tip (see Fig. 31–6*B*). Once the needle position is confirmed, the therapeutic or diagnostic injection is performed.

Cervical facet blocks are also performed with the patient prone on an image table as described earlier. Fluoroscopy is used to identify the facet joint to be blocked, and its cephalocaudad vertebral level is marked. After the paravertebral cephalocaudad and mediolateral positions of the facet joint have been marked, the fluoroscopy unit is rotated to produce a lateral image of the cervical spine. This allows optimum visualization of the cervical facet joint during needle placement. A needle entry skin mark is made 3 to 4 cm caudad to the facet joint previously identified and approximately 3 cm lateral to the vertebral midline (Fig. 31–8*A*). After the skin has been aseptically prepared, a 22-gauge, 5- to 8-cm needle is inserted cephaloanteriorly and is

**Figure 31–7.** Lumbar facet joint injection. *A*, Cross-sectional and oblique views of lumbar facet block technique. *B*, Radiographic image of injection of 1.5 mL of contrast into lumbar facet joint.



Facet joint
between C3–C4
Entry site
Posterior
A

**Figure 31–8.** Cervical facet joint injection. *A*, Posterior-anterior view of needle insertion of cervical facet block.

guided with fluoroscopic assistance into the previously identified cervical facet joint (see Fig. 31–8*B*). Then radiocontrast medium is injected to verify the position of the needle tip (see Fig. 31–8*C*). Once the needle position has been confirmed, the therapeutic or diagnostic injection is performed.

*Potential Problems.* As in any other regional block, facet injections should be avoided if the patient has a coagulopathy or infection at the site of the injection. Because these injections are administered near the neuraxis, epidural or intrathecal effects are possible, as is injection of the vertebral artery in the cervical region.

## Pearls

The single most important word of advice about facet blocks is that they should be used selectively after a thorough history and physical examination directed at the patient's pain complaints have been performed. The radiographic and neurodiagnostic studies are necessarily integrated with the patient's signs and symptoms. Heeding this advice allows the anesthesiologist to be more precise in performing facet blocks and minimizes frustration over any lack of diagnostic or therapeutic results. Also, to use facet blocks effectively it is important to understand the innervation of



Entry site
C4
C3
B

C
C5

**Figure 31–8.** *Continued. B,* Lateral view of needle insertion of cervical facet block. *C,* Radiographic image of injection of 1.0 mL of contrast into C4-C5 cervical facet joint.

both the lumbar and the cervical facet joints. Such an understanding helps to minimize diagnostic confusion.

Another help in minimizing diagnostic confusion is to become comfortable with radiocontrast agents and their use near the neuraxis; again, Hypaque M-60 is currently the preferred agent. It is also important to constantly remind oneself and one's colleagues that radiographic changes in the facet joints have never been effectively linked to specific facet pain states. If larger volumes (4 to 5 mL) of therapeutic solutions are injected : the lumbar facet joints, the results may be difficult to interpret because the solution wi not be contained within the facet joint but will spread to the segmental nerves and the paraspinous muscles. Finally, I believe it is important to warn patients that neuraxial block effects are possible (although rare) aft facet injections; thus, the blocks should be performed only when complete stabilization resuscitation of unintentional postinjection ef fects is possible.

(1)

## Perspective

Intercostal nerve blocks provide unexcelled analgesia of the body wall. Thus, it is appropriate to use the technique for analgesia after upper abdominal and thoracic surgery or for rib fracture analgesia. It is possible to perform minor surgical procedures on the chest or abdominal wall using only intercostal blocks, but, in general, some supplementation is most often appropriate to complement this block. This block can also be used when chest tubes (thoracostomy tubes) are placed or when feeding gastrostomy tubes are inserted.

*Patient Selection.* All patients are candidates for this block, although it should be realized that as patients become more obese the blocks are technically more difficult to carry out.

*Pharmacologic Choice.* As in any decision about local anesthetic choice, it must be decided whether motor blockade will be required for a successful block. If intercostal nerve block is combined with light general anesthesia for intra-abdominal surgery and the intercostal block is prescribed to provide abdominal muscle relaxation, a higher concentration of local anesthetic will be needed. In this setting, 0.5% bupivacaine, 1.5% lidocaine, or 1.5% mepivacaine is an appropriate choice. Conversely, if sensory analgesia is all that is necessary from the block, then 0.25% bupivacaine, 1% lidocaine, or 1% mepivacaine is appropriate.

## Placement

*Anatomy.* The intercostal nerves are the ventral rami of T1 through T11. The 12th thoracic nerve travels a subcostal course and is technically not an intercostal nerve. The subcostal nerve can provide branches to the ilioinguinal and iliohypogastric nerves. Some fibers from the first thoracic nerve also unite with fibers from C8 to form the lowest trunk of the brachial plexus. The other notable variation in intercostal nerve anatomy is the contribution of some fibers from T2 and T3 to the formation of the intercostobrachial nerve. The terminal distribution of this nerve is to the skin of the medial aspect of the upper arm.

Examination of an individual intercostal nerve shows that there are five principal branches (Fig. 33–1). The intercostal nerve contributes preganglionic sympathetic fibers to the sympathetic chain through the white rami communicantes (*branch 1*) and receives postganglionic neurons from the sympathetic chain ganglion through the gray rami communicantes (*branch 2*). These rami are joined to the spinal nerves near their exit from the intervertebral foramina. Also, shortly after exit from the intervertebral foramina, the dorsal rami carrying posterior cutaneous and motor fibers (*branch 3*) supply skin and muscles in the paravertebral region. The lateral cutaneous branch of the intercostal nerve arises just anterior to the midaxillary line before sending subcutaneous fibers posteriorly and anteriorly (*branch 4*). The termination of the intercostal nerve is known as the anterior cutaneous branch (*branch 5*). Medial to the angle of the rib, the intercostal nerve lies between the pleura and the internal intercostal fascia. In the paravertebral region, there is only loose areolar and fatty tissue between the nerve and the pleura. At the rib's posterior angle, the area most commonly used during intercostal nerve block, the nerve lies between the internal intercostal muscles and the intercostalis intimus muscle. Throughout the intercostal nerve course, the nerve traverses the intercostal spaces inferior to the intercostal artery and vein of the same space.

*Position.* To block the intercostal nerve in its preferred location—i.e., just lateral to the paraspinous muscles at the angle of the ribs—the patient ideally is placed in the prone position. A pillow should be placed under the patient's midabdomen to reduce the lumbar lordosis and to accentuate the intercostal spaces posteriorly. The arms should be allowed to hang down from the edge of the block table (or gurney) to permit the scapula to rotate as far laterally as possible.

*Needle Puncture.* It is advisable to use a marking pen to outline the pertinent anatomy for most regional blocks, and in no block is this more important than in the intercostal nerve block. The midline should be marked from T1 to L5, then two paramedian lines should be drawn at the posterior angle of the ribs. These lines should angle medially in the upper thoracic region, so as to parallel the medial edge of the scapula. By successfully palpating and marking the inferior edge of each rib along these two paramedian lines, a diagram like that in Figure 33–2 is created. Before needle puncture, appropriate intravenous sedation should be administered to produce amnesia and analgesia during the multiple injections needed for the block. Bar-



Case 2:06-cv-00879-WKW-WC Document 62-7 Filed 02/18/2008 Page 27 of 30

**Figure 33–1.** Intercostal nerve block—cross-sectional anatomy.

Branch 3
Dorsal rami
Branches 1, 2
Gray and white
rami communicantes
Branch 4
Lateral cutaneous br.
Innermost
intercostal m.
Internal
intercostal m.
Vein
Artery
Nerve
Intercostal m.
External
Internal
Innermost
Branch 5
Anterior cutaneous br.



(i)

**Figure 33–2.** Intercostal nerve block—position and technique.

biturates, benzodiazepines, ketamine, or short-acting opioids can be combined. Skin wheals are raised with a 30-gauge needle at each of the previously marked sites of injection, and then intercostal block is carried out bilaterally. As illustrated in Figure 33–3, a 22-gauge, short-beveled, 3- to 4-cm needle is attached to a 10-mL control syringe. It is important that the hand and finger positions illustrated in Figure 33–3 are adhered to and incorporated into the development of each anesthesiologist's own systematic technique.

Beginning at the most caudal rib to be blocked, the index and third fingers of the left hand are used to retract the skin up and over the rib. The needle should be introduced through the skin between the tips of the retracting fingers and advanced until it contacts rib. It is important not to allow the needle to enter to a depth greater than the depth the palpating fingers define as rib. Once the needle contacts the rib, the right hand firmly maintains this contact while the left hand is shifted to hold the needle's hub and shaft between the thumb, the index, and the middle fingers. It is emphasized that the left hand's hypothenar eminence should be firmly placed against the patient's back. This hand placement allows maximal control of the needle depth as the left hand "walks" the needle off the inferior margin of the rib and into the intercostal groove—i.e., a distance of 2 to 4 mm past the edge of the rib. With the needle in position, 3 to 5 mL of local anesthetic solution is injected. The process is then repeated for each of the nerves to be blocked. It is emphasized that in certain patients with cachexia or a severe barrel chest deformity, the intercostal injection can be most effectively carried out with an even shorter 23- or 25-gauge needle.

Intercostal block at the posterior angle of the rib is not the only method applicable to clinical regional anesthesia. As outlined in Chapter 32, Breast Block, intercostal block also can be effectively carried out at the mid-axillary line while the patient is in a supine position (Fig. 33–4). This position is clinically more convenient in many situations and probably underutilized. One concern some raise with the lateral approach to the intercostal nerve is that the lateral cutaneous branch

244 Atlas of Regional Anesthesia

(1)

Figure 33–3. Intercostal nerve block—stepwise technique 1–6.

1
2
3
4
5
6

After Steven Fisner

of the intercostal nerve might be missed with this approach. Clinically, this does not seem to be the case, and this observation is supported by computed tomographic studies showing that injected solutions spread readily along the subcostal groove for a distance of many centimeters. Therefore, even when lateral intercostal block is carried out, the lateral branch should be bathed with local anesthetic solution.

*Potential Problems.* The principal concern with intercostal nerve block is pneumothorax. Although the incidence of this complication is extremely low, many physicians avoid this block because of the imagined high frequency and seriousness of complications. Data suggest that the incidence of pneumothorax is less than 0.5%, and, even when it occurs, careful clinical observation is usually all that is necessary. The incidence of symptomatic pneumothorax after intercostal block is even lower—approximately 1 : 1000. If treatment is deemed necessary, needle aspiration often can be carried out with successful re-expansion of the lung. Chest tube drainage should be performed only if there is a failure of lung re-expansion after observation or percutaneous aspiration.

As a result of the vascularity of the intercostal space, blood levels of local anesthetic are higher for multiple-level intercostal block than for any other standard regional anesthetic technique. Since these peak blood levels may be delayed for 15 to 20 minutes, patients should be closely monitored after the completion of a block for at least that interval.

## Pearls

Effective intercostal nerve block requires adequate sedation. Patients are sedated so that they are able to lie comfortably on the table during the block. Combinations of sedatives seem to be the most effective, and, by combining a benzodiazepine, a short-acting narcotic, and/or ketamine, patients readily accept the procedure. Each anesthesiologist should develop a "recipe" for sedation because it is so important. Likewise, each anesthesiologist should develop a consistent method of maintaining hand and needle control for the block.



**Figure 33–4.** Intercostal nerve block—lateral technique.

Birmingham Bone & Joint Surgeons PC
Keith W Weaver MD
924 Fulton Avenue SW
Birmingham, Alabama 35211

11 February 2008

Wallace M. Montgomery
Chart # 37583 -IME

Mr. Montgomery is a 62 YOM referred by Mr. Conor Kells, Esq., with the Department of Justice. On 8/29/03 Mr. Montgomery and his wife were traveling to Biloxi, Mississippi for the Labor Day weekend when his car was involved in a three vehicle collision. His wife was driving his Volvo S-70 while he was reading in the front seat. He stammers a bit while recalling the incident but remembers glancing to the left, seeing fear in his wife's face and then a sudden crash with a red car that had crossed the median. The impact was on the passenger front quarter panel of the car. He was wearing a seat belt and airbags did deploy. He denies any loss of consciousness. He recalls that his right leg had abrasions and deformity as well as being exquisitely painful. He was taken by ambulance to Evergreen Hospital where he was admitted overnight for observation. The next day his son in law, Dr. Richard Cummings, transported Mr. Montgomery to Northside Hospital in Atlanta. He was admitted on 8/30/03. Records note no neck pain, arm pain, shoulder or elbow pain. A CT scan on 8/31/03 showed a depressed fracture of the right medial tibial plateau with associated fracture of the proximal tibial shaft. Dr. John D. Henry, Jr., orthopedist, evaluated Mr. Montgomery. He noted the complex fracture configuration and arranged a transfer to Dr. Thomas J. Moore at Piedmont Hospital on 9/1/03. Dr. Moore performed an ORIF of the right tibial plateau fracture, ORIF of the right tibial shaft fracture and medial meniscal repair on 9/2/03. Mr. Montgomery was discharged on 9/6/03. Postoperatively he was seen on 10/10/03, 11/7/03, 12/19/03, and 2/13/04. He continued to have pain and swelling. On 8/24/04, Dr. David F. Fowler with Capital City Orthopaedic & Sports Medicine stated that Mr. Montgomery was a candidate for hardware removal/total knee replacement and injected the knee with cortisone. Dr. David J. Covall with Resurgens Orthopaedics evaluated Mr. Montgomery on 10/29/04, ordered a knee brace, prescribed Voltaren, and injected the right knee. A TKA was performed on 5/12/05. He improved with this procedure but was limited from the prominent tibial plateau hardware. The plate/screws were removed in 2007 which helped but he still has swelling and endurance problems. If he walks briskly or stands on his feet for two hours, he will experience swelling and tightness about the knee. He states he is no longer able to do his 'handyman' activities around the house or on his 30+ foot motorboat that he keeps in Biloxi. He is planning to see Dr. Covall tomorrow to discuss these symptoms.

DEFENDANT'S EXHIBIT
CASE NO. 06cv879
EXHIBIT NO. 29

Past Medical History: Tonsillectomy, anal fistula, histoplasmosis involving the left eye with loss of central vision, the three knee surgeries noted above.

Meds: Advil - 4 pills per day, Vytorin, Flomax, Inderal, Mysoline

Allergies: none

Social History: Denies smoking or alcohol usage. Retired biology professor with interests in genetics.

Family History: non-contributory.

Review of Systems: urinary problems, familial tremor. Denies weight change, heart, lung, abdominal or other neurologic dsyfunction

Physical Examination: He is able to ambulate with a mild to moderate limp on the right. He does not use any assistive devices. He can perform a fair squat. On the right knee there is a 10" medial peripatellar incision that is well healed. The inferior half is a more recent scar. Another shorter scar, approximately 1" in length, is posterior to the long scar. There is 1-2+ pretibial pitting edema bilaterally. The calf circumference measured three inches below the tibial tubercle is 15 3/4" right, 15 3/8" left. Overall alignment of the right knee shows about 4 degree valgus. There is a 20 degree extensor lag. Passively this can improve to (-) 12 degrees extension. Flexion is to 113 degrees. He notes some mild dysesthesia anteriorly in the middle third of the leg. There is satisfactory range of motion of both hips. Due to the lack of right knee extension, there is an effective leg inequality. No effusion is noted. The knee ligaments are well balanced and the knee is stable to varus/valgus and anterior/posterior stress.

X-rays: Right knee - a total knee is present. The components are all ingrowth and appear well incorporated. The femoral component is placed is slight flexion. The overall alignment is satisfactory.

Right tibia - screw holes from hardware removal are evident on the lateral view with hardware remaining at the junction of the middle and proximal thirds of the tibia.

Impression: Status post comminuted intra-articular right tibial plateau and tibial shaft fractures which required ORIF, total knee replacement and hardware removal. Edema, moderate pain and an extensor lag remain present.

Impairment Rating: Based on the AMA Guides to the Evaluation of Permanent Impairment, 5th Ed., using Table 17-35 Rating Knee Replacment Results: (a) pain - moderate, occasional = 20pts; (b) range of motion = 19pts; (c) stability = 25pts; (d) flexion contracture = 5pts; (e) extension lag = 10pts: (f) alignment = 0pts. Total score is 64 points. According to Table 17-33 this is a fair result, 54-84 points. The whole person impairment is 20%.

The following medical records were reviewed and taken into consideration for the preparation of this report: (1) Conecuh County Emergency Medical, (2) Evergreen Medical Center – Dr. Maria R. Cumagun, (3) Northside Hospital – Dr. John D. Henry, Jr., (4) Piedmont Hospital – Dr. Thomas J. Moore, (5) Peachtree Orthopaedic Clinic – Dr. Thomas J. Moore, (6) HealthSouth of Atlanta, (7) Visiting Nurse Health System, (8) Capital City Orthopaedic and Sports Medicine – Dr. David F. Fowler, (9) Resurgens Orthopaedics – Dr. David J. Covall. The treatments and modalities used by each of these entities were reasonable and medically necessary for the treatment of Mr. Montgomery's 8/29/03 injuries.

Keith W Urban
2/12/08