IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL ALLEN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:06-cv-879-WKW |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

| | |
|---|---|
| WALLACE MONTGOMERY, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| V. ) | Case No. 2:06-cv-880-WKW |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFFS' SUPPLEMENTAL MOTION TO STRIKE
### TESTIMONY OF DR. KEITH WEAVER

COME NOW, the Plaintiffs Michael P. Allen, Lou Ellen Allen, and Lorie S. Allen ("the Allens") and move to strike portions of testimony of Defendant's expert, Dr. Keith Weaver. As grounds here for, Plaintiffs show unto the Court the following:

1.   The deposition of Dr. Keith Weaver was only recently taken, on February 14, 2008. The deposition transcript of Dr. Weaver was not delivered until February 21, 2008, 4 days prior to trial.

2.   Apart from the untimeliness of Dr. Weaver's expert report which is the subject of another motion pending before the court, Plaintiff asserts that Dr. Weaver, an orthopaedic

1

surgeon, is not qualified to comment on the procedures preformed by Dr. Campbell, an internist. Additionally, Dr. Weaver has admitted he is not qualified to testify regarding Mrs. Allen's hernia surgery.

   3.  Dr. Weaver is not a similarly situated physician competent to testify regarding the treatment by an internist. Dr. Weaver testified:

> Q That's what I meant, nationally. And you're specific training is in?
> A Orthopedic surgery.
> Q Okay. And how long have you been practicing in orthopedic surgery?
> A Including training?
> Q Yeah.
> A Twenty-five plus years.
> Q So you don't practice internal medicine, you're not a pain specialist, but you practice in orthopedic medicine?
> A Orthopedic surgery.
> Q You are – that's what I'm asking. You are an orthopedic surgeon, that's what you do?
> A That's correct.

(see p. 11 of Dr. Weaver's deposition transcript, Exhibit A)

   4.  Furthermore, Dr. Weaver does not perform all the procedures performed by Dr. Campbell.

> Q Okay. Do you do intercostals nerve blocks?
> A No, I do not.

(see p. 58 of Dr. Weaver's deposition transcript, Exhibit A)

   5.  Lastly, Dr. Weaver admits he is not qualified to state whether the hernia suffered by Mrs. Allen is related to this accident:

> Q **Could an impact such as this cause a hernia such as that discussed in the records of Dr. Shumate?**
> A **I don't know if I'm qualified to answer that.**
> Q Okay.

2

| | |
|---|---|
| A | I would ask Dr. Shumate. |
| Q | Okay. Okay. Well, are you qualified to say it didn't cause one in this case or are you just commenting on the records? |
| A | My comment is that it was observed very much later and action taken and the records are sort of like there's a backtrack and reference to something, and there's a giant gap. There's certainly a disconnect in Dr. Campbell who was there observing. |
| Q | Okay. |
| A | And for something, seven centimeters, that's big. I don't know why it would all of a sudden go away. |
| Q | The same question let me just ask you this: Let's say she had a preexisting condition, maybe a very small hernia that was preexisting and asymptomatic and we seen the seat belt markings around her waist, is this type of accident something that could have exacerbated a preexisting condition? |
| A | **I don't feel qualified – I'm not a general surgeon.** I'm commenting on consistency of a record where it was absent. I would expect if there was a causal relationship it would have been documented each and every time, and I don't know what paragraph that it. |

WHEREFORE, the above premises considered, the Plaintiffs respectfully move this Honorable Court to strike portions of Dr. Keith Weaver testimony as they relate to procedures by the Allens' treating physician, Dr. Campbell and as to causation of Mrs. Allen's hernia.

Respectfully submitted,

/s/ Annesley H. DeGaris
Annesley H. DeGaris (ASB-9182-A63A)
CORY, WATSON, CROWDER & DEGARIS, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, Alabama 35205
Telephone: 205-328-2200
Facsimile: 205-324-7896

Attorney for the Allen Plaintiffs

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of February, 2008, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties:

Conor Kells
Gail K. Johnson
Trial Attorney, Torts Branch
Civil Division
U.S. Department of Justice
Benjamin Franklin Station
Post Office Box 888
Washington, DC 20044

Attorney for Defendant, UNITED STATES OF AMERICA


J. Callen Sparrow
HENINGER GARRISON DAVIS, LLC
Post Office Box 11310
Birmingham, AL 35202

Attorney for the Montgomery Plaintiffs


/s/ Annesley H. DeGaris
Annesley H. DeGaris

**EXHIBIT A**

NATIONAL COURT REPORTING

```
 1    IN THE UNITED STATES DISTRICT COURT FOR
 2         THE MIDDLE DISTRICT OF ALABAMA
 3                 NORTHERN DIVISION
 4
 5   MICHAEL ALLEN, et, al.,
 6            Plaintiffs,
 7   v.                        CV-2:06-cv-879-WKW
 8   UNITED STATES OF AMERICA,
 9            Defendant.
10
11            S T I P U L A T I O N S
12
13            IT IS STIPULATED AND AGREED
14   by and between the parties through their
15   respective counsel, that the deposition of
16   ******************************************
17              DR. KEITH WEAVER
18   ******************************************
19   may be taken before Becky Harris,
20   Commissioner, at the offices of Dr. Keith
21   Weaver, Birmingham Bone and Joint Surgeons,
22   924 Fulton Street, S.W., Birmingham,
23   Alabama, on February 14, 2008.
```

```
 1   licensed in the State of Alabama?
 2       A    Yes, sir.
 3       Q    And you are board certified?
 4       A    Yes, sir.
 5       Q    In the State of Alabama?
 6       A    Nationally.
 7       Q    That's what I meant, nationally.
 8   And you're specific training is in?
 9       A    Orthopedic surgery.
10       Q    Okay.  And how long have you been
11   practicing in orthopedic surgery?
12       A    Including training?
13       Q    Yeah.
14       A    Twenty-five plus years.
15       Q    So you don't practice internal
16   medicine, you're not a pain specialist, but
17   you practice in orthopedic medicine?
18       A    Orthopedic surgery.
19       Q    You are -- that's what I'm asking.
20   You are an orthopedic surgeon, that's what
21   you do?
22       A    That's correct.
23            MR. DEGARIS:  Conor, is that good
```

```
 1      A   I would say that the distribution is
 2   unusual and maybe excessive, but as far as
 3   the gentleman trying to relieve some pain,
 4   I don't have any problem with somebody
 5   trying to relieve pain.
 6      Q   Okay.  Do you do intercostal nerve
 7   blocks?
 8      A   No, I do not.
 9      Q   Is that something orthopedic
10   surgeons usually do or general practitioner
11   surgeons?
12      A   They're done very limited, and I
13   think my report that you'll get is that a
14   group of eighteen board certified
15   anesthesiologists at Shelby, Montclair, and
16   Princeton did a total of about seven.  I've
17   also checked with my wife's old group at
18   Brookwood, and I think they did five in the
19   last year.  So we're looking at a very low
20   number.  I have requested them to be done
21   for somebody that's had shingles where
22   they're hurting like stink on the side of
23   their flank and sometimes if you get them
```