IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MICHAEL P. ALLEN, *et al.*,            )
                                        )
    Plaintiffs,                       )
                                        )
    v.                                )        CASE NO. 2:06-cv-879-WKW
                                        )
UNITED STATES OF AMERICA,              )
                                        )
    Defendant.                        )
_____

WALLACE MONTGOMERY, *et al.,*          )
                                        )
    Plaintiffs,                       )
                                        )
    v.                                )        CASE NO. 2:06-cv-880-WKW
                                        )
UNITES STATES OF AMERICA,              )
                                        )
    Defendant.                        )

## **ORDER**

It is ORDERED that the parties shall submit post-trial briefs.  Because the court anticipates de-consolidating the cases, the Allen plaintiffs and the Montgomery plaintiff shall submit separate post-trial briefs.  The plaintiffs shall submit their post-trial briefs **on or before March 14, 2008.**  The government shall submit a response to each brief **on or before March 21, 2008.**  The plaintiffs do not have leave to file a reply brief.

In the briefs, the parties shall include proposed findings of fact and conclusions of law.  The proposed findings of fact shall lay out itemized damages for each individual plaintiff. The plaintiffs shall specify which damages are stipulated to and which are not.  For

the damages which are not stipulated, the parties shall cite evidence in the record to support

their damage claims.  The response of the defendant shall likewise cite evidence in the record

on disputed damage claims.

Done this 28th day of February, 2008.

/s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE