UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL P. ALLEN, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 2:06-cv-879-WKW |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

The government filed a Motion to Alter or Amend the Judgment Pursuant to Rule 59(e). (Doc. # 76.) It is ORDERED that the plaintiffs may file a response brief **on or before July 2, 2008.**

DONE this 25th day of June, 2008.

                                                  /s/   W.  Keith Watkins
                                                UNITED STATES DISTRICT JUDGE