UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL P. ALLEN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:06-cv-879-WKW |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This case is before the court on the government's Motion and Memorandum of Law in Support of Motion to Alter or Amend the Judgment Pursuant to Rule 59(e) (Doc. # 76). The government contends that the judgment should be amended because the court awarded "post-judgment interest," but the plaintiffs are entitled to post-judgment interest only when the judgment becomes final after review on appeal by the government. *See* 31 U.S.C. § 1304(b)(1)(A). The court accounted for this provision in part by awarding "post-judgment interest **at the rate provided by law**." (Doc. # 75 (*emphasis added*).) Whatever post-judgment interest the plaintiff may be entitled to is triggered and governed by law, including 31 U.S.C. § 1304, and the final judgment in this case in no way abrogated that law. It is therefore ORDERED that the government's motion is DENIED.

DONE this 11th day of July, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE