## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **MICHAEL P. ALLEN,** *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **2:06-cv-879-WKW** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## PLAINTIFFS', MICHAEL ALLEN, LOU ELLEN ALLEN,
## AND LORI ALLEN, BILL OF COSTS

COME NOW Plaintiffs Michael Allen, Lou Ellen Allen, and Lori Allen, by and

through counsel, and hereby submit their Bill of Costs pursuant to 28 U.S.C. §

1920 and this Court's Final Judgment entered June 23, 2008. Attached hereto is

the Bill of Costs form AO 133, executed by the law firm Cory, Watson, Crowder

& DeGaris, along with their corresponding itemizations of costs and supporting

documentation.

Plaintiffs Michael Allen, Lou Ellen Allen, and Lori Allen submit the

following total costs in the above-styled cause:

Fees of the Clerk (Attachment A).............................................$601.00

Fees of the court reporter for all or any part
of the transcript necessarily obtained for
use in this case (Attachment B) ...............................................$8,522.64

Fees and disbursements for printing (Attachment C).......................$3,155.95

Fees for witnesses (Attachment D) ………..…………………..…….\$440.00

Fees for exemplification and copies of
papers necessarily obtained for
use in this case (Attachment E)………………………………………\$4,173.13

In determining the amounts claimed in this Bill of Costs, Plaintiffs sought to remove those costs that could have been viewed as costs incurred for the convenience of counsel, even though such costs were necessary to provide full, fair and efficient representation in this case.

With regard to the fees of the Clerk, Plaintiffs claim costs for filing. Filing costs for Plaintiffs Lou Ellen Allen and Lori Allen were \$200 each, and the filing fee for Michael Allen was \$201.

With regard to the fees of the court reporter, Plaintiffs claim costs for charges related to the court reporter's per diem, the transcripts, and exhibits.

With regard to the printing fees, Plaintiffs claim those fees incurred, in-house as well as outsourced, to print all the pleadings and motions filed in the action, medical records for the benefit of Defendant, and all the exhibits on Plaintiffs' and Defendant's exhibit lists. The in-house paper count was 11,473. While Plaintiffs' firm normally charges \$0.25 a page for regular in-house prints, they have reduced that amount to \$0.15 per page for the purposes of this motion. Color prints are charged at \$1.50 per page.

With regard to fees claimed for witnesses, Plaintiffs claim the amount allowed pursuant to 28 U.S.C. § 1821.

With regard to fees for exemplification and copies of papers necessarily obtained for use in the case, Plaintiffs claim costs related to obtaining medical records from their medical care providers.

The accounting department has reviewed these numbers to confirm their accuracy.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request the Court enter an order awarding Plaintiffs costs in the above-styled cause in the sum of sixteen thousand, eight hundred ninety-two dollars, and seventy-two cents ($16,892.72).

Respectfully submitted,

/s/ Annesley H. DeGaris
Annesley H. DeGaris (ASB-9182-A63A)
/s/ Elizabeth A. Ellis
Elizabeth A. Ellis (ASB-3521-A63E)
CORY, WATSON, CROWDER & DEGARIS, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, Alabama 35205
Telephone:  205-328-2200
Facsimile:  205-324-7896

Attorney for the Allen Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the 23[th] day of July, 2008, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties:

Conor Kells
Gail K. Johnson
Trial Attorney, Torts Branch
Civil Division
U.S. Department of Justice
Benjamin Franklin Station
Post Office Box 888
Washington, DC 20044

Attorney for Defendant, United States of America

/s/ Annesley H. DeGaris
Annesley H. DeGaris

AO 133 (Rev. 03/08) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Northern  District of California

| | |
|---|---|
| MICHAEL P. ALLEN, et al., Plaintiffs, | ) |
| | ) |
| v. | )    Case No.: 2:06-cv-879-WKW |
| | ) |
| UNITED STATES OF AMERICA, Defendant. | ) |
| | ) |

### Bill of Costs

Judgment having been entered in the above entitled action    06/23/2008    against    United States of America    ,
                                                              _Date_

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $ | 601.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 8,522.64 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3,155.95 |
| Fees for witnesses (itemize on page two) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 440.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . . | 4,173.13 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828  . . . . . | |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL    $ | 16,892.72 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑    Electronic service by e-mail as set forth below and/or.

☐    Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney:    Annesley H. DeGaris

Name of Attorney:    Annesley H. DeGaris

For:    Michael Allen, Lou Ellen Allen, Lori Allen                    Date:    07/23/2008
        _Name of Claiming Party_

Costs are taxed in the amount of _____ and included in the judgment.

_____    By: _____    _____
Clerk of Court                            Deputy Clerk                        Date

AO 133 (Rev. 03/08) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Clifford A. Prosser<br>Birmingham, Alabama | 2 | 80.00 | | | | | $80.00 |
| Peter Flanner<br>Madison, Alabama | 2 | 80.00 | | | | | $80.00 |
| Leon H. Campbell, M.D.<br>Tuscaloosa, Alabama | 4 | 160.00 ➕ | | | | | $160.00 |
| E. Lyle Cain, Jr., M.D. | 1 | 40.00 | | | | | $40.00 |
| Gregory W. Ayers, M.D. | 1 | 40.00 | | | | | $40.00 |
| Jeanne R. Chabot, M.D. | 1 | 40.00 | | | | | $40.00 |
| | | | | | | TOTAL | $440.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 1 day's notice. On motion served within the next 5 days, the court may review the clerk's action

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

"ATTACHMENT A"

Plaintiffs Michael Allen, et al. Fees for the Clerk

| Client | Filing Fee |
|---|---|
| Michael Allen | 201.00 |
| Lou Ellen Allen | 200.00 |
| Lori Allen | 200.00 |
| Total | 601.00 |



**Servis** 1st Bank

Contact    Help    **Online Agreement**    **Exit**

**NetTeller**    Bill Payment    Options
**Main** | **Transactions** | **Download** | **Statements** | **Stop Payments** | **Transfers**
ServisFirst Bank SVF · 3300 Cahaba Road Suite 300 Birmingham, AL 35223 · 866-922-5794

Flip   Rotate   Return





# Servis 1st Bank

Contact    Help    Online Agreement    Exit

**NetTeller**    Bill Payment    Options
Main | Transactions | Download | Statements | Stop Payments | Transfers

ServisFirst Bank SVF · 3300 Cahaba Road Suite 300 Birmingham, AL 35223 · 866-922-5794

Flip    Rotate    Return



|  |  |  |  |  | **TOTAL EXPENSES BILLED** | **$18.00** |
|--|--|--|--|--|--|--|

### FF    FILING FEE                                                                      $200.00

| Status | Date | Expense Code | Units | Multiplier | Expenses | Narrative |
|--------|------|--------------|-------|------------|----------|-----------|
| Bill | 08/25/2005 | FF | | 1.00 | $200.00 | Vendor MONTGOMERY COUNTY |

|  |  |  |  |  | **TOTAL EXPENSES BILLED** | **$200.00** |
|--|--|--|--|--|--|--|

### HTEL    HOTEL ACCOMODATIONS                                              $263.38

| Status | Date | Expense Code | Units | Multiplier | Expenses | Narrative |
|--------|------|--------------|-------|------------|----------|-----------|
| Bill | 03/21/2008 | HTEL | | 1.00 | $263.38 | Vendor American Express; HOTEL |

|  |  |  |  |  | **TOTAL EXPENSES BILLED** | **$263.38** |
|--|--|--|--|--|--|--|

### INV    INVESTIGATIVE SERVICES                                              $323.31

| Status | Date | Expense Code | Units | Multiplier | Expenses | Narrative |
|--------|------|--------------|-------|------------|----------|-----------|
| Bill | 07/24/2007 | INV | | 1.00 | $323.31 | Vendor J & M INVESTIGATIONS; |

|  |  |  |  |  | **TOTAL EXPENSES BILLED** | **$323.31** |
|--|--|--|--|--|--|--|

### LASR    PRINTLOG                                                                 $215.00

| Status | Date | Expense Code | Units | Multiplier | Expenses | Narrative |
|--------|------|--------------|-------|------------|----------|-----------|
| | 07/31/2008 | LASR | | 0.25 | $215.00 | PRINTLOG |

|  |  |  |  |  | **TOTAL EXPENSES BILLED** | **$215.00** |
|--|--|--|--|--|--|--|

### LD    LONG DISTANCE TELEPHONE CHARGE                           $65.53

| Status | Date | Expense Code | Units | Multiplier | Expenses | Narrative |
|--------|------|--------------|-------|------------|----------|-----------|
| | 07/31/2008 | LD | | 1.00 | $65.53 | LONG DISTANCE TELEPHONE |

|  |  |  |  |  | **TOTAL EXPENSES BILLED** | **$65.53** |
|--|--|--|--|--|--|--|

### LGL    LEGAL RESEARCH                                                        $1,202.65

| Status | Date | Expense Code | Units | Multiplier | Expenses | Narrative |
|--------|------|--------------|-------|------------|----------|-----------|
| Bill | 02/14/2008 | LGL | | 1.00 | $1,202.65 | Vendor West Payment Center; |

**FF**    **FILING FEE**                                               **$201.00**

| Status | Date | Expense Code | Units | Multiplier | Expenses | Narrative |
|--------|------|--------------|-------|-----------|----------|-----------|
| Bill | 08/25/2005 | FF | | 1.00 | $201.00 | Vendor MONTGOMERY COUNTY |

**TOTAL EXPENSES BILLED**      **$201.00**

**HTEL**    **HOTEL ACCOMODATIONS**                             **$965.66**

| Status | Date | Expense Code | Units | Multiplier | Expenses | Narrative |
|--------|------|--------------|-------|-----------|----------|-----------|
| Bill | 11/15/2007 | HTEL | | 1.00 | $145.77 | Vendor Douglas A. Dellaccio, Jr.; |
| Bill | 02/28/2008 | HTEL | | 1.00 | $556.50 | Vendor ELIZABETH A. ELLIS; |
| Bill | 03/21/2008 | HTEL | | 1.00 | $263.39 | Vendor American Express; HOTEL |

**TOTAL EXPENSES BILLED**      **$965.66**

**INV**    **INVESTIGATIVE SERVICES**                             **$323.32**

| Status | Date | Expense Code | Units | Multiplier | Expenses | Narrative |
|--------|------|--------------|-------|-----------|----------|-----------|
| Bill | 07/24/2007 | INV | | 1.00 | $323.32 | Vendor J & M INVESTIGATIONS; |

**TOTAL EXPENSES BILLED**      **$323.32**

**LASR**    **PRINTLOG**                                        **$1,171.50**

| Status | Date | Expense Code | Units | Multiplier | Expenses | Narrative |
|--------|------|--------------|-------|-----------|----------|-----------|
| | 07/31/2008 | LASR | | 0.25 | $1,171.50 | PRINTLOG |

**TOTAL EXPENSES BILLED**      **$1,171.50**

**LD**    **LONG DISTANCE TELEPHONE CHARGE**                 **$130.21**

| Status | Date | Expense Code | Units | Multiplier | Expenses | Narrative |
|--------|------|--------------|-------|-----------|----------|-----------|
| | 07/31/2008 | LD | | 1.00 | $130.21 | LONG DISTANCE TELEPHONE |

**TOTAL EXPENSES BILLED**      **$130.21**

| | | | | | | |
|---|---|---|---|---|---|---|
| | 07/31/2008 | FAX | | 1.00 | $48.00 | FACSIMILE COSTS |

**TOTAL EXPENSES BILLED**      **$135.00**

**FF**    **FILING FEE**                                                   **$200.00**

| Status | Date | Expense Code | Units | Multiplier | Expenses | Narrative |
|---|---|---|---|---|---|---|
| Bill | 08/25/2005 | FF | | 1.00 | $200.00 | Vendor MONTGOMERY COUNTY |

**TOTAL EXPENSES BILLED**      **$200.00**

**HTEL**    **HOTEL ACCOMODATIONS**                         **$263.39**

| Status | Date | Expense Code | Units | Multiplier | Expenses | Narrative |
|---|---|---|---|---|---|---|
| Bill | 03/21/2008 | HTEL | | 1.00 | $263.39 | Vendor American Express; HOTEL |

**TOTAL EXPENSES BILLED**      **$263.39**

**INV**    **INVESTIGATIVE SERVICES**                        **$323.32**

| Status | Date | Expense Code | Units | Multiplier | Expenses | Narrative |
|---|---|---|---|---|---|---|
| Bill | 07/24/2007 | INV | | 1.00 | $323.32 | Vendor J & M INVESTIGATIONS; |

**TOTAL EXPENSES BILLED**      **$323.32**

**LASR**    **PRINTLOG**                                           **$287.75**

| Status | Date | Expense Code | Units | Multiplier | Expenses | Narrative |
|---|---|---|---|---|---|---|
| | 07/31/2008 | LASR | | 0.25 | $287.75 | PRINTLOG |

**TOTAL EXPENSES BILLED**      **$287.75**

**LD**    **LONG DISTANCE TELEPHONE CHARGE**           **$29.75**

| Status | Date | Expense Code | Units | Multiplier | Expenses | Narrative |
|---|---|---|---|---|---|---|
| | 07/31/2008 | LD | | 1.00 | $29.75 | LONG DISTANCE TELEPHONE |

**TOTAL EXPENSES BILLED**      **$29.75**

**LGL**    **LEGAL RESEARCH**                                       **$1,203.13**

"ATTACHMENT B"
Plaintiffs Michael Allen, et al. Fees for Court Reporters

| Date | Vendor | Amount |
|------|--------|--------|
| 1/5/2008 | Kennedy Reporting Services | 1,017.25 |
| 2/14/2008 | National Court Reporting | 904.85 |
| 8/16/2007 | Freedom Reporting, Inc. | 139.85 |
| 11/12/2007 | Freedom Reporting, Inc | 743.15 |
| 11/30/2007 | Freedom Reporting, Inc | 716.30 |
| 1/10/2008 | Freedom Reporting, Inc | 1,121.80 |
| 1/15/2008 | Freedom Reporting, Inc | 650.65 |
| 2/1/2008 | Freedom Reporting, Inc | 731.25 |
| 2/8/2008 | Freedom Reporting, Inc | 314.30 |
| 2/14/2008 | Freedom Reporting, Inc | 537.09 |
| 2/20/2008 | Freedom Reporting, Inc | 760.20 |
| 2/22/2008 | Freedom Reporting, Inc | 885.95 |
| **TOTAL** | | **8,522.64** |

KENNEDY REPORTING SERVICES
205 North 20th Street
Suite 408
BIRMINGHAM, ALABAMA 35203-4704
205-251-2427

Mr. Annesley H. DeGaris
Cory, Watson, Crowder and DeGaris
2131 Magnolia Avenue
Suite 200
Birmingham, Alabama 35205

Invoice No. 01-08-004

Date: January 5, 2008

Tax ID: 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

In Re: Michael Allen vs. Unites States of America    Case No. 2:06-cv-879-WKW

For: Depositions of: Peter Flanner and Clifford Posser

Appearance Date: ___11-13-07__ day(s)_____per diem@ $ _____    $    _____

Transcript: Original and one copy_____pages@ $ _____

                                                                                           _____

Carbon copy only_____245_____pages@ $ __2.25         551.25

Exhibit Photocopies: _____
                                                                                           216.00

Postage and Handling: _____

                                                                                           _____
Other charges: _250 color copies @1.00_____
                                                                                           250.00


Reported by:  Keith Kennedy
                                                               Total    $    _1017.25_

Thank you

FILE
COPY
Gave to accounting
1-9-08

# INVOICE

National Court Reporting
367 Valley Avenue
Birmingham, AL 35209
Phone:205-252-6205   Fax:205-252-6392

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 7599 | 2/21/2008 | 4438 |

| Job Date | Case No. | |
|---|---|---|
| 2/14/2008 | 2:06-CV-879-WKW  2:06-CV-880-WKW | |

| Case Name |
|---|
| Michael Allen, Wallace Montgomery, et al. vs. United States of America |

| Payment Terms |
|---|
| Due upon receipt |

Annesley H. DeGaris
Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205

| | | | |
|---|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | | |
| Dr. Keith Weaver-20 | 20.00 | Pages | 79.20 |
| Exhibit | 3.00 | Pages | 1.05 |
| Condensed/Concordance | | | 8.00 |
| Depo Disk | | | 0.00 |
| Hand Delivered | | | 0.00 |
| 1 COPY OF TRANSCRIPT OF: | | | |
| Dr. Keith Weaver-170 | 170.00 | Pages | 673.20 |
| Exhibit | 149.00 | Pages | 52.15 |
| Exhibits/Color | 21.00 | Pages | 57.75 |
| Condensed/Concordance | | | 8.00 |
| Depo Disk | | | 15.00 |
| Hand Delivered | | | 10.50 |

FILE

TOTAL DUE  >>>                **$904.85**

Reporter: Becky Harris
**INVOICED AT 5 DAY EXPEDITED RATES**

Thank you for choosing Freedom ~ WE APPRECIATE YOUR BUSINESS!  Invoice due within 30 days of receipt. Interest will accrue at 6% annually on unpaid balance after 90 days.

Tax ID: 631224891

*Please detach bottom portion and return with payment*

RUSH

Annesley H. DeGaris
Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205

| Invoice No. | : | 7599 |
|---|---|---|
| Invoice Date | : | 2/21/2008 |
| **Total Due** | : | **$ 904.85** |

Remit To: **National Court Reporting**
          **367 Valley Avenue**
          **Birmingham, AL 35209**

| Job No. | : | 4438 |
|---|---|---|
| BU ID | : | NCR |
| Case No. | : | 2:06-CV-879-WKW  2:06-CV-880-WKW |
| Case Name | : | Michael Allen, Wallace Montgomery, et al. vs. United States of America |



# FREEDOM REPORTING, INC.

*367 Valley Avenue - Birmingham, AL 35209*
*Toll Free: 1-877-373-3660*
*205-397-2397 Fax: 205-397-2398*
*www.freedomreporting.com*
*Tax ID Number: 20-2776665*

Ryan Lutz
Cory, Watson, Crowder & DeGaris, PC
2131 Magnolia Avenue
Birmingham, AL 35205

August 16, 2007

**Invoice#** 00031528

**Balance:**    $139.85

Re: Wallace Montgomery, et al. vs. United States of America
Bertha Gordon Moore / CV2:06-cv-879-WKW
on 08/07/07   Billed 08/16/07
by Angela Smith McGalliard

## Invoicing Information

| Charge Description | Amount |
|---|---|
| Copy: 55 pages | 112.75 |
| Exhibits/B & W: 6 pages | 2.10 |
| Condensed/concordance(s): | 10.00 |
| Depo Disk: | 15.00 |

Deponent:
Bertha Moore
Read & Sign: c/o Steve Doyle
            U.S. Attorney's Office

P l e a s e    R e m i t   - - - >   **Total Due:**    **$139.85**

*All Invoices are due within 30 days of receipt*

# FREEDOM REPORTING, INC.

*367 Valley Avenue - Birmingham, AL 35209*
*Toll Free: 1-877-373-3660*
*205-397-2397 Fax: 205-397-2398*
*www.freedomreporting.com*
*Tax ID Number: 20-2776665*



23-0200 Michael Allen
23-0201 LouEllen Allen
23-0202 Lori Allen

November 12, 2007

Douglas Dellaccio
Cory, Watson, Crowder & DeGaris, PC
2131 Magnolia Avenue
Birmingham, AL 35205

**Invoice#** 00043724

**Balance:**    $743.15

**Re:** Wallace Montgomery, et al. v. United States of America
GA, Conyers / CV-2:06-CV-880-WKW / Ralph Cunningham
*on* 11/09/07
*by* Cindy G Jenkins

## Invoicing Information

| Charge Description | Amount |
|---|---|
| Copy: 146 pages (1 Day Georgia RUSH) | 598.60 |
| Exhibits/B & W: 213 | 74.55 |
| Exhibits/Color: 30 | 45.00 |
| Condensed/concordance(s): 1 | 10.00 |
| Depo Disk: 1 | 15.00 |

Deponent: Ralph Cunningham

          *Read & Sign sent to Ralph Cunningham
          C/O  U.S. Dept. of Justice, Torts Branch
          Civil Division; ATTENTION: CONOR KELLS
          1331  Pennsylvania Avenue N.W.
          Washington, D.C.  20004



**P l e a s e   R e m i t   - - - >   Total Due:    $743.15**

*All Invoices are due within 30 days of receipt*

# FREEDOM REPORTING, INC.

*367 Valley Avenue - Birmingham, AL 35209*
*Toll Free: 1-877-373-3660*
*205-397-2397 Fax: 205-397-2398*
*www.freedomreporting.com*
*Tax ID Number: 20-2776665*

*23-0200*
*23-0201*
*22-0202*
*Allen*

Annesley H DeGaris
Cory, Watson, Crowder & DeGaris, PC
2131 Magnolia Avenue
Birmingham, AL 35205

November 30, 2007

**Invoice#** 00029494

**Balance:**    $716.30

**Re:** Michael P. Allen et al vs. United States of America
Tuscaloosa / 2:06-cv-00879-WC / Leon H. Campbell, Jr. M.D.
on 11/14/07
by Jodi Dubose

## *Invoicing Information*

Charge Description
Per Diem: 1/2 Day
Original & copy: 188 pages
Exhibits/B & W:  114 pages
Exhibits/Color:  12 pages
Condensed/concordance(s):
Depo Disk:

Amount
60.00
573.40
39.90
18.00
10.00
15.00

Deponent:
Leon Campbell, M.D.

**P l e a s e   R e m i t   - - - >   Total Due:**    $716.30

*All Invoices are due within 30 days of receipt*

# FREEDOM REPORTING, INC.

*367 Valley Avenue - Birmingham, AL 35209*
*Toll Free: 1-877-373-3660*
*205-397-2397 Fax: 205-397-2398*
*www.freedomreporting.com*
*Tax ID Number: 20-2776665*


Annesley H DeGaris                              January 10, 2008
Cory, Watson, Crowder & DeGaris, PC
2131 Magnolia Avenue                           **Invoice#** 00060958
Birmingham, AL 35205
                                               **Balance:**  $1,121.80


**Re:** Michael P. Allen, et al. vs. United States of America
    Tuscaloosa / 2:06-CV-00879-WKW-WC / Dr. Leon Campbell
    *on* 12/20/07
    *by* Rosemarie E. Kazarovich

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| Per Diem: 1 day | 120.00 |
| Original & Copy: 299 pages   *EXPERT* | 926.90 |
| Exhibits/B & W: 154 | 53.90 |
| Exhibits/Color: 4 | 6.00 |
| Condensed/concordance(s): | |
| Depo Disk: | 15.00 |


Deponent:
Leon H. Campbell, M.D.-189 pages/58 B&W ex.**
Leon H. Campbell, M.D.-110 pages/96 B&W, 4 Col. ex

**Read & sign on this sent to Dr. Campbell
  c/o Annesley DeGaris
  Cory, Watson, Crowder & DeGaris
  2131  Magnolia Avenue
  Birmingham, AL   35205


                P l e a s e   R e m i t   - - - >   **Total Due:  $1,121.80**


            *All Invoices are due within 30 days of receipt*

# INVOICE

Freedom Court Reporting, Inc
367 Valley Avenue
Birmingham, AL 35209
Phone:205-397-2397  Fax:205-397-2398

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 5111 | 1/15/2008 | 1469 |

| Job Date | Case No. |
|---|---|
| 12/28/2007 | 2:06-CV-879-WKW  2:06-CV-880-WKW |

| Case Name |
|---|
| Michael Allen, Wallace Montgomery, et al. vs. United States of America |

| Payment Terms |
|---|
| Due upon receipt |

Annesley H. DeGaris
Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205

| | | | |
|---|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | | |
| Michael Allen *23-0200* | 101.00 | Pages | 207.05 |
| Exhibits/Color | 5.00 | Pages | 7.50 |
| Condensed/Concordance | | | 10.00 |
| Hand Delivered | | | 0.00 |
| 1 COPY OF TRANSCRIPT OF: | | | |
| Lou Ellen Allen *23-0201* | 91.00 | Pages | 186.55 |
| Exhibit | 4.00 | Pages | 1.40 |
| Condensed/Concordance | | | 10.00 |
| Hand Delivered | | | 0.00 |
| 1 COPY OF TRANSCRIPT OF: | | | |
| Lori Allen *23-0202* | 96.00 | Pages | 196.80 |
| Exhibit | | | 0.35 |
| Exhibits/Color | 4.00 | Pages | 6.00 |
| Condensed/Concordance | | | 10.00 |
| Depo Disk | | | 15.00 |
| Hand Delivered | | | 0.00 |
| | | **TOTAL DUE >>>** | **$650.65** |

**Tax ID:** 20-2776665

*Please detach bottom portion and return with payment.*

Annesley H. DeGaris
Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205

| | | |
|---|---|---|
| Invoice No. | : | 5111 |
| Invoice Date | : | 1/15/2008 |
| **Total Due** | : | **$ 650.65** |

Remit To:  **Freedom Court Reporting, Inc**
           **367 Valley Avenue**
           **Birmingham, AL 35209**

| | | |
|---|---|---|
| Job No. | : | 1469 |
| BU ID | : | FCR |
| Case No. | : | 2:06-CV-879-WKW  2:06-CV-880-WKW |
| Case Name | : | Michael Allen, Wallace Montgomery, et al. vs. United States of America |

# INVOICE

Freedom Court Reporting, Inc
367 Valley Avenue
Birmingham, AL 35209
Phone:205-397-2397   Fax:205-397-2398

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 6207 | 2/1/2008 | 3270 |

| Job Date | Case No. | |
|---|---|---|
| 1/29/2008 | CV-07-00414 | |

| Case Name | | |
|---|---|---|
| Patricia Galloway, et al vs. Southern States, LLC | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Annesley H. DeGaris
Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205

1 COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| JARVIS DANIEL | | | |
| | 65.00 | Pages | 373.75 |
| Exhibits/Color | 3.00 | Pages | 4.50 |
| Condensed/Concordance | | | 10.00 |
| Depo Disk | | | 15.00 |
| Hand Delivered | | | 0.00 |

1 COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Jean Maceus | | | |
| | 54.00 | Pages | 310.50 |
| Exhibits/Color | 5.00 | Pages | 7.50 |
| Condensed/Concordance | | | 10.00 |
| Depo Disk | | | 0.00 |

COPY

TOTAL DUE  >>>          $731.25

Reporter: Mellie Phillips
**INVOICED AT TWO DAY EXPEDITED GEORGIA COPY RATEs**

Thank you for choosing Freedom ~ WE APPRECIATE YOUR BUSINESS!  Invoice due within 30 days of receipt. Interest will accrue at 6% annually on unpaid balance after 90 days.

Tax ID: 20-2776665

---

*Please detach bottom portion and return with payment.*

Annesley H. DeGaris
Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205

Invoice No.    :  6207
Invoice Date  :  2/1/2008
**Total Due    :  $ 731.25**

Remit To: **Freedom Court Reporting, Inc**
           **367 Valley Avenue**
           **Birmingham, AL 35209**

Job No.     :  3270
BU ID       :  FCR
Case No.    :  CV-07-00414
Case Name   :  Patricia Galloway, et al vs. Southern States, LLC

# INVOICE

Freedom Court Reporting, Inc
367 Valley Avenue
Birmingham, AL 35209
Phone:205-397-2397   Fax:205-397-2398

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 6575 | 2/8/2008 | 3279 |

| Job Date | Case No. | |
|---|---|---|
| 1/28/2008 | CV-2:06 CV-879 WKW | |

| Case Name | | |
|---|---|---|

Michael P. Allen, et al. v. United States of America

*23-0200*

| Payment Terms | *23-0201* |
|---|---|
| Due upon receipt | *23-0202* |

Annesley H. DeGaris
Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Dr. Gregory Ayers | 58.00 | Pages | 179.80 |
| Exhibit | 90.00 | Pages | 31.50 |
| Half Day Per Diem | | | 60.00 |
| Condensed/Concordance | | | 10.00 |
| Depo Disk | | | 15.00 |
| Exhibits/Color | 12.00 | Pages | 18.00 |
| Hand Delivered | . | | 0.00 |
| | TOTAL DUE >>> | | $314.30 |

Reporter: Susan Goldman  / *Expert Depo*

Thank you for choosing Freedom ~ WE APPRECIATE YOUR BUSINESS!  Invoice due within 30 days of receipt. Interest will accrue at 6% annually on unpaid balance after 90 days.

**Tax ID:** 20-2776665

*Please detach bottom portion and return with payment.*

Annesley H. DeGaris
Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205

| Invoice No. | : | 6575 |
|---|---|---|
| Invoice Date | : | 2/8/2008 |
| **Total Due** | : | **$ 314.30** |

Remit To: **Freedom Court Reporting, Inc**
**367 Valley Avenue**
**Birmingham, AL 35209**

| Job No. | : | 3279 |
|---|---|---|
| BU ID | : | FCR |
| Case No. | : | CV-2:06 CV-879 WKW |
| Case Name | : | Michael P. Allen, et al. v. United States of America |

# INVOICE

Freedom Court Reporting, Inc
367 Valley Avenue
Birmingham, AL 35209
Phone:205-397-2397  Fax:205-397-2398

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 6781 | 2/14/2008 | 2970 |

| Job Date | Case No. | |
|---|---|---|
| 2/6/2008 | 2:06-CV-879-WKW  2:06-CV-880-WKW | |

| Case Name |
|---|
| Michael Allen, Wallace Montgomery, et al. vs. United States of America    _Lori Allen - 23 0208_ |

| Payment Terms |
|---|
| Due upon receipt |

Annesley H. DeGaris
Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | |
|---|---|---|
| Dr. Jeanne Chabot | 93.00  Pages | 425.94 |
| Exhibit | 49.00  Pages | 17.15 |
| Half Day Per Diem | | 60.00 |
| Condensed/Concordance | | 10.00 |
| Depo Disk | | 15.00 |
| Hand Delivered | | 0.00 |
| Exhibits/Color | 6.00  Pages | 9.00 |
| | TOTAL DUE >>> | $537.09 |

Reporter:  Shannon Carroll

Thank you for choosing Freedom ~ WE APPRECIATE YOUR BUSINESS!  Invoice due within 30 days of receipt. Interest will accrue at 6% annually on unpaid balance after 90 days.

**Tax ID:** 20-2776665

---

*Please detach bottom portion and return with payment.*

RUSH

Annesley H. DeGaris
Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205

| | | |
|---|---|---|
| Invoice No. | : | 6781 |
| Invoice Date | : | 2/14/2008 |
| **Total Due** | : | **$ 537.09** |

| | | |
|---|---|---|
| Remit To: | **Freedom Court Reporting, Inc** | |
| | **367 Valley Avenue** | |
| | **Birmingham, AL 35209** | |

| | | |
|---|---|---|
| Job No. | : | 2970 |
| BU ID | : | FCR |
| Case No. | : | 2:06-CV-879-WKW  2:06-CV-880-WKW |
| Case Name | : | Michael Allen, Wallace Montgomery, et al. vs. United States of America |

# INVOICE

Freedom Court Reporting, Inc
367 Valley Avenue
Birmingham, AL 35209
Phone:205-397-2397 Fax:205-397-2398

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 7554 | 2/20/2008 | 2968 |

| Job Date | Case No. | |
|---|---|---|
| 1/25/2008 | 2:06-CV-879-WKW  2:06-CV-880-WKW | |

| Case Name |
|---|
| Michael Allen, Wallace Montgomery, et al. vs. United States of America |

| Payment Terms |
|---|
| Due upon receipt |

Annsley H. DeGaris
Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
Dr. Len Campbell

| | | |
|---|---|---|
| Exhibit | 65.00 Pages | 201.50 |
| Full Day Per Diem | 191.00 Pages | 66.85 |
| Depo Disk | | 120.00 |
| Condensed/Concordance | | 15.00 |
| Exhibits/Color | | 10.00 |
| Rough ASCII | 3.00 Pages | 4.50 |
| Hand Delivered | 65.00 Pages | 65.00 |

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
E. Lyle Cain

| | | |
|---|---|---|
| | | 0.00 |
| Exhibit | 53.00 Pages | 164.30 |
| Condensed/Concordance | 113.00 Pages | 39.55 |
| Exhibits/Color | | 10.00 |
| Rough ASCII | 7.00 Pages | 10.50 |
| | 53.00 Pages | 53.00 |

**TOTAL DUE >>>      $760.20**

**Tax ID:** 20-2776665

*Please detach bottom portion and return with payment.*

Annesley H. DeGaris
Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205

Invoice No.    :  7554
Invoice Date  :  2/20/2008
**Total Due**     :  **$ 760.20**

Remit To:  **Freedom Court Reporting, Inc**
**367 Valley Avenue**
**Birmingham, AL 35209**

Job No.      :  2968
BU ID        :  FCR
Case No.     :  2:06-CV-879-WKW  2:06-CV-880-WKW
Case Name   :  Michael Allen, Wallace Montgomery, et al. vs.
                United States of America

# INVOICE

Freedom Court Reporting, Inc
367 Valley Avenue
Birmingham, AL 35209
Phone:205-397-2397  Fax:205-397-2398

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 7682 | 2/22/2008 | 4671 |
| **Job Date** | **Case No.** | |
| 2/21/2008 | 2:06-CV-879-WKW  2:06-CV-880-WKW | |
| **Case Name** | | |
| Michael Allen, Wallace Montgomery, et al. vs. United States of America | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Annesley H. DeGaris
Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205

RECEIVED
2.22.08
22-0202

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | |
|---|---|---|
| Volume IV of Dr. Leon Campbell | 128.00 Pages | 793.60 |
| Exhibit | 21.00 Pages | 7.35 |
| Half Day Per Diem | | 60.00 |
| Condensed/Concordance | | 10.00 |
| Depo Disk | | 15.00 |
| Hand Delivered | | 0.00 |
| | TOTAL DUE >>> | $885.95 |

Reporter: Kerry Thames
**INVOICED AT NEXT DAY EXPEDITED RATES**

Thank you for choosing Freedom ~ WE APPRECIATE YOUR BUSINESS! Invoice due within 30 days of receipt. Interest will accrue at 6% annually on unpaid balance after 90 days.

**Tax ID:** 20-2776665

*Please detach bottom portion and return with payment.*

Annesley H. DeGaris
Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205

| | | |
|---|---|---|
| Invoice No. | : | 7682 |
| Invoice Date | : | 2/22/2008 |
| **Total Due** | : | **$ 885.95** |

RUSH!

| | | |
|---|---|---|
| Job No. | : | 4671 |
| BU ID | : | FCR |
| Case No. | : | 2:06-CV-879-WKW  2:06-CV-880-WKW |
| Case Name | : | Michael Allen, Wallace Montgomery, et al. vs. United States of America |

Remit To: **Freedom Court Reporting, Inc**
**367 Valley Avenue**
**Birmingham, AL 35209**

"ATTACHMENT C"

Plaintiffs Michael Allen, et al. fees for Printing in Preparation of Trial

| Date | Vendor | Amount |
|------|--------|--------|
| 2/15/2008 | Source One Legal Copy, Inc. | 61.60 |
| 2/20/2008 | Source One Legal Copy, Inc. | 175.48 |
| 2/25/2008 | Source One Legal Copy, Inc. | 971.12 |
| | In-house printing: 11,305 pages at $0.15 per page | 1,695.75 |
| | In-house printing: 168 color pages at $1.50 per page | 252.00 |
| **TOTAL** | | **3,155.95** |

SOURCE ONE LEGAL COPY, INC.

# Invoice

205 LAND TITLE BUILDING
600 NORTH 20TH STREET
BIRMINGHAM, AL 35203
205-326-3033

| DATE | INVOICE NO. |
|------|-------------|
| 2/15/2008 | 2801390SO |

| BILL TO |
|---------|

JUDY SISSON
CORY, WATSON, CROWDER & DEGARIS
2131 MAGNOLIA AVE.
BIRMINGHAM, AL 35205

| | TERMS |
|--|-------|
| | Net 30 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| RE: 23-0202  *Lori Allen*<br>JOB# 2-11-10<br>X-RAY DUPLICATION<br>SALES TAX | 4 | 14.00<br>10.00% | 56.00T<br>5.60 |

| FEDERAL TAX ID #<br>63-1199268 | **Total** | $61.60 |
|---|---|---|

SOURCE ONE LEGAL COPY, INC.

# Invoice

205 LAND TITLE BUILDING
600 NORTH 20TH STREET
BIRMINGHAM, AL 35203
205-326-3033

| DATE | INVOICE NO. |
|------|-------------|
| 2/20/2008 | 2801556SO |

| BILL TO |
|---------|
| MICHELLE LITTLE<br>CORY, WATSON, CROWDER & DEGARIS<br>2131 MAGNOLIA AVENUE<br>BIRMINGHAM, AL 35205 |

*Allen - 23-0200*
*23-0201*
*23-0202*

# FILE

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| | | TERMS | |
| | | Net 30 | |
| RE:  23-0200, 23-0201, 23-0202 | | | |
| | | | |
| JOB NO.: 2-20.V | | | |
| COLOR COPIES | 22 | 0.99 | 21.78T |
| | | | |
| JOB NO.: 2-20.W | | | |
| HAND FED COPYING | 146 | 0.1075 | 15.70T |
| COLOR COPIES | 139 | 0.85 | 118.15T |
| SHUCKS | 1 | 3.25 | 3.25T |
| HAND-TYPED LABELS | 1 | 0.40 | 0.40T |
| NUMBER TABS | 1 | 0.25 | 0.25T |
| SALES TAX | | 10.00% | 15.95 |

FEDERAL TAX ID #
63-1199268

**Total**    $175.48

SOURCE ONE LEGAL COPY, INC.

# Invoice

205 LAND TITLE BUILDING
600 NORTH 20TH STREET
BIRMINGHAM, AL 35203
205-326-3033

| DATE | INVOICE NO. |
|------|-------------|
| 2/25/2008 | 2801674SO |

| BILL TO |
|---------|
| MICHELLE LITTLE<br>CORY, WATSON, CROWDER & DEGARIS<br>2131 MAGNOLIA AVENUE<br>BIRMINGHAM, AL 35205 |



| TERMS |
|-------|
| Net 30 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| RE: 23-0200 ~ *Allen* | | | |
| JOB NO.: 2-23.18 | | | |
| HAND FED COPYING | 14,567 | 0.1075 | 1,565.95T |
| COLOR COPIES | 973 | 0.55 | 535.15T |
| 3" THREE-RING BINDING | 7 | 10.00 | 70.00T |
| 5" THREE-RING BINDING | 14 | 25.00 | 350.00T |
| NUMBER TABS | 455 | 0.28 | 127.40T |
| SALES TAX | | 10.00% | 264.85 |

| FEDERAL TAX ID #<br>63-1199268 | **Total** | $2,913.35 |
|---|---|---|

pay ⅓ to CW=D =

# Year 2003 Single Events

Allen, Lori S.

PREBILL NUMBER:    42856
INVOICE DATE:    July 16, 2008

### TRUST & PREPAID FUNDS

|  | Beginning Balance | Amount Applied | Remaining Balance |
|---|---|---|---|
| TRUST: | $0.00 | $0.00 | $0.00 |
| PREPAID: | $0.00 | $0.00 | $0.00 |

## Allen, Lori S.

**EXPENSES BILLED**

**CC    COLOR COPIES**                                                           **$57.00**

| Status | Date | Expense Code | Units | Multiplier | Expenses | Narrative |
|---|---|---|---|---|---|---|
|  | 07/31/2008 | CC |  | 1.50 | $57.00 | COLOR COPIES |

**TOTAL EXPENSES BILLED    $57.00**

**COPY    PHOTOCOPIES**                                                          **$273.00**

| Status | Date | Expense Code | Units | Multiplier | Expenses | Narrative |
|---|---|---|---|---|---|---|
|  | 07/31/2008 | COPY |  | 0.25 | $273.00 | PHOTOCOPIES |

**TOTAL EXPENSES BILLED    $273.00**

**COU    COURT REPORTER COST**                                                   **$3,510.46**

| Status | Date | Expense Code | Units | Multiplier | Expenses | Narrative |
|---|---|---|---|---|---|---|
| Bill | 11/14/2007 | COU |  | 1.00 | $247.71 | Vendor Freedom Court Reporting, |
| Bill | 12/04/2007 | COU |  | 1.00 | $238.76 | Vendor Freedom Court Reporting, |
| Bill | 01/11/2008 | COU |  | 1.00 | $373.93 | Vendor Freedom Court Reporting, |
| Bill | 01/11/2008 | COU |  | 1.00 | $339.09 | Vendor Kennedy Reporting |
| Bill | 01/21/2008 | COU |  | 1.00 | $228.15 | Vendor Freedom Court Reporting, |
| Bill | 02/14/2008 | COU |  | 1.00 | $104.76 | Vendor Freedom Court Reporting, |

|  |  |  |  |  | **TOTAL EXPENSES BILLED** |  | **$18.00** |

**FF**    **FILING FEE**    **$200.00**

| Status | Date | Expense Code | Units | Multiplier | Expenses | Narrative |
|---|---|---|---|---|---|---|
| Bill | 08/25/2005 | FF |  | 1.00 | $200.00 | Vendor MONTGOMERY COUNTY |

|  |  |  |  |  | **TOTAL EXPENSES BILLED** |  | **$200.00** |

**HTEL**    **HOTEL ACCOMODATIONS**    **$263.38**

| Status | Date | Expense Code | Units | Multiplier | Expenses | Narrative |
|---|---|---|---|---|---|---|
| Bill | 03/21/2008 | HTEL |  | 1.00 | $263.38 | Vendor American Express; HOTEL |

|  |  |  |  |  | **TOTAL EXPENSES BILLED** |  | **$263.38** |

**INV**    **INVESTIGATIVE SERVICES**    **$323.31**

| Status | Date | Expense Code | Units | Multiplier | Expenses | Narrative |
|---|---|---|---|---|---|---|
| Bill | 07/24/2007 | INV |  | 1.00 | $323.31 | Vendor J & M INVESTIGATIONS; |

|  |  |  |  |  | **TOTAL EXPENSES BILLED** |  | **$323.31** |

**LASR**    **PRINTLOG**    **$215.00**

| Status | Date | Expense Code | Units | Multiplier | Expenses | Narrative |
|---|---|---|---|---|---|---|
|  | 07/31/2008 | LASR |  | 0.25 | $215.00 | PRINTLOG |

|  |  |  |  |  | **TOTAL EXPENSES BILLED** |  | **$215.00** |

**LD**    **LONG DISTANCE TELEPHONE CHARGE**    **$65.53**

| Status | Date | Expense Code | Units | Multiplier | Expenses | Narrative |
|---|---|---|---|---|---|---|
|  | 07/31/2008 | LD |  | 1.00 | $65.53 | LONG DISTANCE TELEPHONE |

|  |  |  |  |  | **TOTAL EXPENSES BILLED** |  | **$65.53** |

**LGL**    **LEGAL RESEARCH**    **$1,202.65**

| Status | Date | Expense Code | Units | Multiplier | Expenses | Narrative |
|---|---|---|---|---|---|---|
| Bill | 02/14/2008 | LGL |  | 1.00 | $1,202.65 | Vendor West Payment Center; |

# Year 2003 Single Events

Allen, Michael
4900 Cedar Lane
Pell City, AL

PREBILL NUMBER:    42857
INVOICE DATE:    July 16, 2008

### TRUST & PREPAID FUNDS

|  | Beginning Balance | Amount Applied | Remaining Balance |
|---|---|---|---|
| TRUST: | $0.00 | $0.00 | $0.00 |
| PREPAID: | $0.00 | $0.00 | $0.00 |

## Allen, Michael

### EXPENSES BILLED

| CC | COLOR COPIES | | | | | | $163.50 |
|---|---|---|---|---|---|---|---|
| Status | Date | Expense Code | Units | Multiplier | Expenses | Narrative | |
| | 07/31/2008 | CC | | 1.50 | $163.50 | COLOR COPIES | |

| | | | | **TOTAL EXPENSES BILLED** | | | **$163.50** |
|---|---|---|---|---|---|---|---|

| CD | CWCD; CD Rom Duplication | | | | | | $15.00 |
|---|---|---|---|---|---|---|---|
| Status | Date | Expense Code | Units | Multiplier | Expenses | Narrative | |
| Bill | 01/22/2008 | CD | | 15.00 | $15.00 | In House CD Rom Duplication | |

| | | | | **TOTAL EXPENSES BILLED** | | | **$15.00** |
|---|---|---|---|---|---|---|---|

| COPY | PHOTOCOPIES | | | | | | $629.00 |
|---|---|---|---|---|---|---|---|
| Status | Date | Expense Code | Units | Multiplier | Expenses | Narrative | |
| | 07/31/2008 | COPY | | 0.25 | $629.00 | PHOTOCOPIES | |

| | | | | **TOTAL EXPENSES BILLED** | | | **$629.00** |
|---|---|---|---|---|---|---|---|

| COU | COURT REPORTER COST | | | | | | $2,801.04 |
|---|---|---|---|---|---|---|---|
| Status | Date | Expense Code | Units | Multiplier | Expenses | Narrative | |
| Bill | 05/08/2006 | COU | | 1.00 | $577.35 | Vendor Reagan Reporters, LLC; | |
| Bill | 08/17/2007 | COU | | 1.00 | $139.85 | Vendor Freedom Court Reporting, | |

| FF | FILING FEE | | | | | $201.00 |
|---|---|---|---|---|---|---|
| **Status** | **Date** | **Expense Code** | **Units** | **Multiplier** | **Expenses** | **Narrative** |
| Bill | 08/25/2005 | FF | | 1.00 | $201.00 | Vendor MONTGOMERY COUNTY |

|  |  |  | **TOTAL EXPENSES BILLED** |  | **$201.00** |
|---|---|---|---|---|---|

| HTEL | HOTEL ACCOMODATIONS | | | | | $965.66 |
|---|---|---|---|---|---|---|
| **Status** | **Date** | **Expense Code** | **Units** | **Multiplier** | **Expenses** | **Narrative** |
| Bill | 11/15/2007 | HTEL | | 1.00 | $145.77 | Vendor Douglas A. Dellaccio, Jr.; |
| Bill | 02/28/2008 | HTEL | | 1.00 | $556.50 | Vendor ELIZABETH A. ELLIS; |
| Bill | 03/21/2008 | HTEL | | 1.00 | $263.39 | Vendor American Express; HOTEL |

|  |  |  | **TOTAL EXPENSES BILLED** |  | **$965.66** |
|---|---|---|---|---|---|

| INV | INVESTIGATIVE SERVICES | | | | | $323.32 |
|---|---|---|---|---|---|---|
| **Status** | **Date** | **Expense Code** | **Units** | **Multiplier** | **Expenses** | **Narrative** |
| Bill | 07/24/2007 | INV | | 1.00 | $323.32 | Vendor J & M INVESTIGATIONS; |

|  |  |  | **TOTAL EXPENSES BILLED** |  | **$323.32** |
|---|---|---|---|---|---|

| LASR | PRINTLOG | | | | | $1,171.50 |
|---|---|---|---|---|---|---|
| **Status** | **Date** | **Expense Code** | **Units** | **Multiplier** | **Expenses** | **Narrative** |
| | 07/31/2008 | LASR | | 0.25 | $1,171.50 | PRINTLOG |

|  |  |  | **TOTAL EXPENSES BILLED** |  | **$1,171.50** |
|---|---|---|---|---|---|

| LD | LONG DISTANCE TELEPHONE CHARGE | | | | | $130.21 |
|---|---|---|---|---|---|---|
| **Status** | **Date** | **Expense Code** | **Units** | **Multiplier** | **Expenses** | **Narrative** |
| | 07/31/2008 | LD | | 1.00 | $130.21 | LONG DISTANCE TELEPHONE |

|  |  |  | **TOTAL EXPENSES BILLED** |  | **$130.21** |
|---|---|---|---|---|---|

# Year 2003 Single Events

Allen, Lou Ellen
4900 Cedar Lane
Pell City, AL

PREBILL NUMBER:     42855
INVOICE DATE:     July 16, 2008

### TRUST & PREPAID FUNDS

|  | Beginning Balance | Amount Applied | Remaining Balance |
|---|---|---|---|
| TRUST: | $0.00 | $0.00 | $0.00 |
| PREPAID: | $0.00 | $0.00 | $0.00 |

## Allen, Lou Ellen

### EXPENSES BILLED

| CC | COLOR COPIES | | | | | $31.50 |
|---|---|---|---|---|---|---|
| **Status** | **Date** | **Expense Code** | **Units** | **Multiplier** | **Expenses** | **Narrative** |
|  | 07/31/2008 | CC |  | 1.50 | $31.50 | COLOR COPIES |

|  |  |  |  | **TOTAL EXPENSES BILLED** | | $31.50 |
|---|---|---|---|---|---|---|

| COPY | PHOTOCOPIES | | | | | $249.50 |
|---|---|---|---|---|---|---|
| **Status** | **Date** | **Expense Code** | **Units** | **Multiplier** | **Expenses** | **Narrative** |
|  | 07/31/2008 | COPY |  | 0.25 | $249.50 | PHOTOCOPIES |

|  |  |  |  | **TOTAL EXPENSES BILLED** | | $249.50 |
|---|---|---|---|---|---|---|

| COU | COURT REPORTER COST | | | | | $2,057.24 |
|---|---|---|---|---|---|---|
| **Status** | **Date** | **Expense Code** | **Units** | **Multiplier** | **Expenses** | **Narrative** |
| Bill | 11/14/2007 | COU |  | 1.00 | $247.72 | Vendor Freedom Court Reporting, |
| Bill | 12/04/2007 | COU |  | 1.00 | $238.77 | Vendor Freedom Court Reporting, |
| Bill | 01/11/2008 | COU |  | 1.00 | $373.93 | Vendor Freedom Court Reporting, |
| Bill | 01/11/2008 | COU |  | 1.00 | $339.08 | Vendor Kennedy Reporting |
| Bill | 01/21/2008 | COU |  | 1.00 | $197.95 | Vendor Freedom Court Reporting, |
| Bill | 02/14/2008 | COU |  | 1.00 | $104.77 | Vendor Freedom Court Reporting, |

| | 07/31/2008 | FAX | | 1.00 | $48.00 | FACSIMILE COSTS |

**TOTAL EXPENSES BILLED**  **$135.00**

**FF**  **FILING FEE**  **$200.00**

| Status | Date | Expense Code | Units | Multiplier | Expenses | Narrative |
|---|---|---|---|---|---|---|
| Bill | 08/25/2005 | FF | | 1.00 | $200.00 | Vendor MONTGOMERY COUNTY |

**TOTAL EXPENSES BILLED**  **$200.00**

**HTEL**  **HOTEL ACCOMODATIONS**  **$263.39**

| Status | Date | Expense Code | Units | Multiplier | Expenses | Narrative |
|---|---|---|---|---|---|---|
| Bill | 03/21/2008 | HTEL | | 1.00 | $263.39 | Vendor American Express; HOTEL |

**TOTAL EXPENSES BILLED**  **$263.39**

**INV**  **INVESTIGATIVE SERVICES**  **$323.32**

| Status | Date | Expense Code | Units | Multiplier | Expenses | Narrative |
|---|---|---|---|---|---|---|
| Bill | 07/24/2007 | INV | | 1.00 | $323.32 | Vendor J & M INVESTIGATIONS; |

**TOTAL EXPENSES BILLED**  **$323.32**

**LASR**  **PRINTLOG**  **$287.75**

| Status | Date | Expense Code | Units | Multiplier | Expenses | Narrative |
|---|---|---|---|---|---|---|
| | 07/31/2008 | LASR | | 0.25 | $287.75 | PRINTLOG |

**TOTAL EXPENSES BILLED**  **$287.75**

**LD**  **LONG DISTANCE TELEPHONE CHARGE**  **$29.75**

| Status | Date | Expense Code | Units | Multiplier | Expenses | Narrative |
|---|---|---|---|---|---|---|
| | 07/31/2008 | LD | | 1.00 | $29.75 | LONG DISTANCE TELEPHONE |

**TOTAL EXPENSES BILLED**  **$29.75**

**LGL**  **LEGAL RESEARCH**  **$1,203.13**

| Status | Date | Expense Code | Units | Multiplier | Expenses | Narrative |

"ATTACHMENT D"

Plaintiffs Michael Allen, et al. fees for Witnesses

| Date | Witness | Attendance | |
|------|---------|------|------|
| | | Days | Cost |
| 11/13/2007 | Clifford A. Prosser | 1 | 40.00 |
| 2/26/2008 | | 1 | 40.00 |
| | | | |
| 11/13/2007 | Peter Flanner | 1 | 40.00 |
| 2/26/2008 | | 1 | 40.00 |
| | | | |
| 11/14/2007 | Leon H. Campbell, M.D. | 1 | 40.00 |
| 12/20/2007 | | 1 | 40.00 |
| 1/25/2008 | | 1 | 40.00 |
| 2/21/2008 | | 1 | 40.00 |
| | | | |
| 1/25/2008 | E. Lyle Cain, Jr., M.D. | 1 | 40.00 |
| | | | |
| 1/28/2008 | Gregory W. Ayers, M.D. | 1 | 40.00 |
| | | | |
| 2/6/2008 | Jeanne R. Chabot, M.D. | 1 | 40.00 |
| | | | |
| TOTAL | | | 440.00 |


RECEIVED
11-19-07

# Clifford A. Prosser

**Traffic Accident Consulting Services**
4248 Fieldstone Drive
Birmingham, Alabama 35215
Clifford A. Prosser, Senior Consulting Reconstructionist

Phone (205) 681-6869
Fax (205) 681-4761
e-mail: cprosser6869@charter.net

attn:   Mr. Annesley DeGaris
        Cory, Watson, Crowder & DeGaris
        2131 Magnolia Avenue South
        Birmingham, AL 35205

ENTERED

RE: Allen v. U.S. ; MVA
23-0200
23-0201
23-0202

TAX ID#: 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

| BILLING DATE: 11/17/2007 |
| ACCOUNT ID: Allen / CWCD |
| PREVIOUS BALANCE: na |

## ACCOUNT ACTIVITY

| DATE | UNITS | ACTIVITY | CHARGES | PAYMENTS |
|------|-------|----------|---------|----------|
| 11/9/2007 | 10 hrs. @ $170 per | attended adverse expert deposition Conyers, Ga. | $1,700.00 | |
| 11/13/2007 | 5 hrs. @ $170 per | Deposition Prep & Deposition testimony | $850.00 | |
| | 352.8 mi. @ $.53 per | Total mileage to date | $215.24 | |
| | $20 minimum | Printer / plotter / binding materials/CD/ postage | na | |
| | meals @ $8 per | Meals | $8.00 | |
| | | NOTE: Field work charges incl. travel time charges | | |
| | | Totals: | $2,773.24 | $0.00 |

Please pay this amount: **$2,773.24**

---

## MAKE CHECKS PAYABLE TO:  CLIFFORD A. PROSSER

Terms: *Payment due upon receipt*
*Late charges in the amount of **1.5% of the balance, or $20.00, whichever is greater**, will be applied to the account **forty five (45) days** from the date of original billing, and will be compounded every **ten (10) days** thereafter.  Thank you for your kind attention to this statement, and I appreciate your asking me to assist you in this matter.  I look forward to working with you again in the future.*
      *Please feel free to call if there are any questions pertaining to billing.  **THANK YOU !!***



RECEIVED
2-29-08

# Clifford A. Prosser

4248 Fieldstone Drive
Birmingham, Alabama 35215
Clifford A. Prosser, Senior Consulting Reconstructionist

Phone (205) 681-6869
Fax (205) 681-4761
e-mail: cprosser6869@charter.net

attn:  **Mr. Annesley DeGaris**
Cory, Watson, Crowder & DeGaris
2131 Magnolia Ave. So.
Birmingham, AL 35205

### RE: Allen / Montgomery

BILLING DATE: 2/28/2008
ACCOUNT ID: Allen / CWCD
PREVIOUS BALANCE: $0.00

**TAX ID#: 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**

## ACCOUNT ACTIVITY

| DATE | UNITS | ACTIVITY | CHARGES | PAYMENTS |
|---|---|---|---|---|
| 2/18-19/2008 | 3 hrs. @ $170 per | Trial Preparation / file study | $510.00 | |
| 2/22/2008 | 3 hrs. @ $170 per | Pre-trial consultation | $510.00 | |
| 2/26/2008 | 9 hrs. @ $170 per | Trial - Montgomery | $1,530.00 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | 260 mi. @ $.55 per | Total mileage to date | $143.00 | |
| | $20 minimum | Printer / plotter / binding materials/CD/ postage | na | |
| | meals @ $8 per | Meals | $8.00 | |
| | | NOTE: Field work charges incl. travel time charges | | |
| | | Totals: | $2,701.00 | $0.00 |
| | | Please pay this amount: | $2,701.00 | |

---

**MAKE CHECKS PAYABLE TO:  _CLIFFORD A. PROSSER_**

*Terms: Payment due upon receipt.*
*Late charges in the amount of **1.5% of the balance,  or $20.00,  whichever is greater**,  will be applied*
*to the account **forty five (45) days** from the date of original billing, and will be compounded every **ten (10)***
***days** thereafter.  Thank you for your kind attention to this statement,  and I appreciate your asking me to*
*assist you in this matter.  I look forward to working with you again in the future.*
*Please feel free to call if there are any questions pertaining to billing.  **THANK YOU !!***

# *TIRExpertise Inc.*

104,Bluebelle Drive,
Madison,
AL.35758.

Phone / Fax (256) 772 - 4971
eMail: plflanner@AOL.com

## INVOICE

**Invoice No.** JCS-002

Date: 11/14/2007

To:   J.C.Sparrow,
      Heninger,Garrison,Davis,L.L.C.
      2224 1st. Avenue North,
      Birmingham,AL,35203.

Re: Bertha Moore Case.
P.Flanner Deposition.

| Date | Description | Amount |
|---|---|---|
| 11/13/2007 | Deposition 8.0 hrs. @ $200/hour.<br>(For terms see Professional Services & Fee Agreement). | $1,600.00 |
| 11/13/2007 | Travel 3.50 hrs. @ $200/hour.<br>Round Trip Mileage:190 @ $0.485 | $700.00<br>$92.15 |

**TOTAL INVOICE**   **$2,392.15**

**Tax I.D. No. 75 - 3142037**

**See Professional Services & Fee Agreement for payment terms & conditions.**


RECEIVED
2·10·0?

# *T I R E x p e r t i s e   I n c .*

104,Bluebelle Drive,                          Phone   Fax (256) 772 - 4971
Madison,                                      eMail: plflanner@AOL.com
AL,35758.

## I N V O I C E

**Invoice No.** JCS-003                              **Date:** 2/28/2008

To:    J.C.Sparrow,                    A.H.DeGaris,
       Heninger,Garrison,Davis,L.L.C.  Cory Watson,
       2224 1st,Avenue North,          2131,Magnolia Avenue,
       Birmingham,                     Birmingham,
       AL,35203.                       AL,35205.

Re: Bertha Moore Case.<br>Trial Testimony.

| | | |
|---|---|---|
| 02/22/2008 | *Pre-trial Meeting & Travel 7.0 hrs. @ $200/hour. | $1,400.00 |
| | (For terms see Professional Services & Fee Agreement). | |
| | Round Trip Mileage:190 @ $0.505 | $95.95 |
| | Meal | $12.26 |
| 02/25/2008 | *Travel 3.00 hrs. @ $200/hour. | $600.00 |
| | Mileage:200 @ $0.505 | $101.00 |
| | Hotel | $185.50 |
| | Meal | $27.33 |
| 02/26/2008 | *Trial & Travel-11.0 hrs. @ $200/hour | $2,200.00 |
| | Mileage:200 @ $0.505 | $101.00 |

*See attached Timesheet.

<strong>TOTAL INVOICE        $4,723.04</strong><br><u>(TO BE SPLIT 50/50 = $2,361.52 EACH).</u>

<u>**Tax I.D. No. 75 - 3142037**</u>

<strong>See Professional Services & Fee Agreement for payment terms & conditions.</strong>

## FREEDOM COURT REPORTING

1

1       IN THE UNITED STATES DISTRICT COURT

2       FOR THE MIDDLE DISTRICT OF ALABAMA

3              SOUTHERN DIVISION

4

5    CIVIL ACTION NO. C01-2:06-cv-879-WKW

6

7    MICHAEL P. ALLEN, et al.,

8         PLAINTIFF(S),

9    VS.

10   UNITED STATES OF AMERICA,

11        DEFENDANT(S).

12

13   CIVIL ACTION NO. C01-2:06-cv-880-WKW

14

15   WALLACE MONTGOMERY, et al.,

16        PLAINTIFF(S),

17   VS.                          ORIGINAL

18   UNITED STATES OF AMERICA,

19        DEFENDANT(S).

20

21            DEPOSITION OF

22       LEON H. CAMPBELL, M.D.

23        February 21, 2008

## FREEDOM COURT REPORTING

1

1           IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF ALABAMA
2                    NORTHERN DIVISION
3
     MICHAEL P. ALLEN, et al.,
4
5                    Plaintiffs,
6    vs.                          CASE NO.
                                  2:06-CV-00879-WKW-WC
7
     UNITED STATES OF AMERICA,
8
9                    Defendant.
10    - - - - - - - - - - - - - - - - - - - - - - - - -
11   WALLACE MONTGOMERY, et al.,
12                   Plaintiffs,
     vs.                          CASE NO.
13                                2:06-CV-008800-WKW-WC
     UNITED STATES OF AMERICA,
14
                     Defendant.
15    *  *  *  *  *  *  *  *  *  *  *  *  *  *
16       DEPOSITION OF LEON H. CAMPBELL, M.D.,
17    Taken pursuant to stipulation and agreement
18   before Rosemarie E. Kazarovich, Notary Public
19   for the State of Alabama at Large, at the
20   medical offices of Leon H. Campbell, M.D., 920
21   21st Avenue, Tuscaloosa, Alabama, on Friday,
22   January 25, 2008 commencing at 2:00 p.m. and
23   concluding at 3:55 p.m.

# FREEDOM COURT REPORTING

Page 1

1           IN THE UNITED STATES DISTRICT COURT

            FOR THE MIDDLE DISTRICT OF ALABAMA

2                    NORTHERN DIVISION

3

    MICHAEL P. ALLEN, et al.,              ORIGINAL

4

5                    Plaintiffs,

6    vs.                          CASE NO.

                                  2:06-CV-00879-WKW-WC

7

    UNITED STATES OF AMERICA,

8

9                    Defendant.

10   - - - - - - - - - - - - - - - - - - - - - - - - - -

11   WALLACE MONTGOMERY, et al.,

12                   Plaintiffs,

     vs.                          CASE NO.

13                                2:06-CV-008800-WKW-WC

     UNITED STATES OF AMERICA,

14

                     Defendant.

15           *  *  *  *  *  *  *  *  *  *  *  *  *  *

16       DEPOSITION OF LEON H. CAMPBELL, M.D.,

17    Taken pursuant to stipulation and agreement

18    before Rosemarie E. Kazarovich, Notary Public

19    for the State of Ohio at Large, at the medical

20    offices of Leon H. Campbell, M.D., 920 21st

21    Avenue, Tuscaloosa, Alabama, on Thursday,

22    December 20, 2007 commencing at 1:00 p.m. and

23    concluding at 7:00 p.m.

# FREEDOM COURT REPORTING

Page 1

1    IN THE UNITED STATES DISTRICT COURT

2      FOR THE MIDDLE DISTRICT OF ALABAMA

3             NORTHERN DIVISION

4

5    CIVIL ACTION NUMBER:  2:06-cv-00879-WC

6

7

8    MICHAEL P. ALLEN, et al.,

9           Plaintiffs,

10   vs.

11   UNITED STATES OF AMERICA,

12          Defendant.

13

14

15        DEPOSITION TESTIMONY OF

16     LEON H. CAMPBELL, JR., M.D.

17

18

19   NOVEMBER 14, 2007

20   2:15 P.M.

21   COURT REPORTER:  JODI D. DUBOSE, CSR

22

23

## FREEDOM COURT REPORTING

1

1          IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF ALABAMA
2                    NORTHERN DIVISION
3

    MICHAEL P. ALLEN, et al.,

4

5                    Plaintiffs,

6     vs.                         CASE NO.
                                  2:06-CV-00879-WKW-WC

7

    UNITED STATES OF AMERICA,

8                                  COPY
9                    Defendant.

10          - - - - - - - - - - - - - - - - - - - - - - - - - -

11    WALLACE MONTGOMERY, et al.,

12                   Plaintiffs,

      vs.                         CASE NO.

13                                2:06-CV-008800-WKW-WC

    UNITED STATES OF AMERICA,

14

                     Defendant.

15          *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

16       DEPOSITION OF E. LYLE CAIN, JR., M.D.,

17     Taken pursuant to stipulation and agreement

18     before Rosemarie E. Kazarovich, Notary Public

19     for the State of Ohio at Large, at Alabama

20     Sports Medicine, 806 St. Vincent's Drive,

21     Birmingham, Alabama, on Friday, January 25,

22     2008 commencing at 10:00 a.m. and concluding

23     at 11:00 a.m.

# FREEDOM COURT REPORTING

1

1           UNITED STATES DISTRICT COURT

2           MIDDLE DISTRICT OF ALABAMA

3               NORTHERN DIVISION

4    MICHAEL ALLEN,

5           Plaintiff,

6    Vs.                    CV-2:06 CV-879 WKW

7    UNITED STATES OF AMERICA,

8           Defendant.

9

10   DEPOSITION OF:   GREGORY W. AYERS, M.D.

11

12           In accordance with Rule 5(d) of the

13   Alabama Rules of Civil Procedure, as

14   Amended, effective May 15, 1988, I, Susan

15   Masters Goldman, CSR, License Number 83, am

16   hereby delivering to ANNESLEY H. DEGARIS,

17   ESQ., the original transcript of the oral

18   testimony taken on the 28th day of January,

19   2008, along with exhibits.

20           Please be advised that this is the

21   same and not retained by the Court Reporter,

22   nor filed with the Court.

23

# FREEDOM COURT REPORTING

1

1          IN THE UNITED STATES DISTRICT COURT

2             MIDDLE DISTRICT OF ALABAMA

3                 NORTHERN DIVISION

4

5       CASE NUMBER:  2:06-CV-00879-WKW-WC

6

7    MICHAEL P. ALLEN, et al.,

8          Plaintiff(s),

9       vs.

10   UNITED STATES OF AMERICA,

11          Defendant(s).

12

13      CASE NUMBER:  2:06-CV-00880-WKW-WC

14

15   WALLACE MONTGOMERY,  et al.,

16          Plaintiff(s),

17       vs.

18   UNITED STATES OF AMERICA,

19          Defendant(s).

20

21   DEPOSITION OF:

22             DR. JEANNE R. CHABOT

23                February 6, 2008

"ATTACHMENT E"

Plaintiffs Michael Allen, et al. fees for Copying of Medical Records

| Date | Vendor | Amount |
|------|--------|--------|
| 8/10/2004 | Databank Business Services | 42.40 |
| 8/2/2005 | Databank Business Services | 37.30 |
| 12/24/2003 | ChartOne, Inc | 16.83 |
| 12/24/2003 | ChartOne, Inc | 12.60 |
| 12/24/2003 | ChartOne, Inc. | 21.06 |
| 2/14/2008 | ChartOne, Inc. | 29.91 |
| 2/14/2008 | ChartOne, Inc. | 25.05 |
| 12/31/2003 | The Radiology Clinic, LLC | 12.60 |
| 12/31/2003 | The Radiology Clinic, LLC | 12.60 |
| 6/30/2004 | The Radiology Clinic | 14.60 |
| 7/26/2004 | The Radiology Clinic | 10.60 |
| 9/15/2005 | The Downtown Clinic | 3,490.00 |
| 12/17/2003 | Baptist Health System, Inc | 9.00 |
| 12/23/2003 | Baptist Health System, Inc | 7.00 |
| 12/23/2003 | Baptist Health System, Inc | 7.00 |
| 12/14/2007 | Star of Life Systems, INC | 15.00 |
| 2/14/2008 | Trinity Medical Center Radiology Department | 15.00 |
| 12/14/2007 | Brookwood Medical Center | 9.00 |
| 6/18/2004 | Physiotherapy Associates | 28.29 |
| 7/9/2004 | Physiotherapy Associates | 27.00 |
| 8/4/2004 | Physiotherapy Associates | 23.06 |
| 2/6/2004 | Cunningham Pathology Associates, LLC | 27.00 |
| 12/31/2003 | Women's Care Specialists, PC | 9.60 |
| 8/11/2004 | Evergreen Medical Center | 31.00 |
| 12/18/2003 | Maria R. Cumagun, M.D. | 22.60 |
| 6/22/2005 | ENT Associates of Alabama PC | 13.60 |
| 12/16/2003 | Smart Document Solutions, LLC | 14.24 |
| 12/20/2003 | Smart Document Solutions, LLC | 17.71 |
| 1/1/2004 | Smart Document Solutions, LLC | 14.24 |
| 6/26/2004 | Smart Documents Solutions, LLC | 9.92 |
| 9/27/2004 | Smart Document Solutions, LLC | 9.92 |
| 10/12/2004 | Smart Document Solutions | 33.29 |
| 12/3/2005 | Smart Document Solutions, LLC | 11.05 |
| 10/26/2004 | HealthSouth Medical Center | 7.00 |
| 1/7/2004 | University of Alabama Health Services Foundation, PC | 8.00 |
| 6/11/2004 | University of Alabama Health Services Foundation, PC | 9.00 |
| 8/23/2004 | University of Alabama Health Services Foundation, PC | 7.00 |
| 12/19/2003 | Michelson Laser Vision | 35.00 |
| 5/26/2004 | Higlands Diagnostic Center | 21.06 |
| 8/18/2004 | DCH Collection Division | 6.00 |
| TOTAL | | 4,173.13 |

DATABANK BUSINESS SERVICES INC
BROOKWOOD MEDICAL CENTER
P.O. BOX 9189

Invoice No
8133120



To:  CORY, WATSON, CROWDER & DEGARIS, P.C.
2131 MAGNOLIA AVENUE
B'HAM, AL 35205

RE: Lou Allen  2 3-O2O1  Lou Ellen Allen

| Request No | Invoice No | Medical Record No | Date Received | Date Sent | | |
|---|---|---|---|---|---|---|
| A18202 | 8133120 | 0000555261 | 08/02/05 | 08/02/05 | Pages/Time | Charges |
| | | | | Photocopy | 36 | 30.50 |
| | | | | RETRIEVAL | | 5.00 |
| | | | | POSTAGE | | 1.45 |
| | | | | HANDLING | | 0.35 |
| | | | | | Sales Tax | 0.00 |
| | | | | | Total Billed | $37.30 |
| | | | | | Amount Paid | 0.00 |
| | | | | | Balance | $37.30 |

| Document Date | | |
|---|---|---|
| Start | End | Description |
| 06/23/05 | | Complete Copy Of Medical Record |

Databank Business Services
Healthsouth Medical Center
P.O. Box 9189
Montgomery, AL 36108
( 205 ) 930-7724          Tax ID:75-2984160

Invoice No
8702008

Date: 08/10/2004

To:    CORY WATSON CROWDER AND DEGARIS
       2131 MAGNOLIA AVE
       BIRMINGHAM, AL 35205
Attn: JAN SISSON

RE: MICHAEL ALLEN

| Request No | Invoice No | Medical Record No | Date Received | Date Sent | | |
|---|---|---|---|---|---|---|
| A2632 | 8702008 | 0000227386 | 08/10/2004 | 08/10/2004 | Pages/Time | Charges |
| | | | | Photocopy | 45 | 35.00 |
| | | | | RETRIEVAL | | 5.00 |
| | | | | POSTAGE | | 1.50 |
| | | | | HANDLING | | 0.70 |

|  | |
|---|---|
| Sales Tax | 0.00 |
| Total Billed | $42.20 |
| Amount Paid | 0.00 |
| Balance | $42.20 |

| Document Date | |
|---|---|
| Start | End |
| 05/27/2004 | |

# ChartONE, Inc.
P.O. Box 1438, San Jose, CA 95109-1438 (800)299-8694



## INVOICE

Invoice Number:    267733- -200730
Medical Record Number: ALLELS                           Date:  12/24/2003

Dear Valued Requester:

Per your request, enclosed are the medical records forwarded from Evergreen Medical Center, Evergreen, AL.

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE. A service charge of 1.5% per month (annual rate 18%), except Michigan state, will be charged if not paid within 30 days from the date of this invoice.
Please detach the bottom portion of this invoice and return with your remittance to ChartONE, Inc. to ensure proper credit.

Comments:

Requested by:
   Attorney:                                 Please make check payable to:
   CORY WATSON CROWDER ET AL

   2131 MAGNOLIA AVE                         ChartONE, Inc.
                                             P.O. Box 1438
   BIRMINGHAM, AL 35205                      San Jose, CA 95109-1438
   (205)328-2200-                            (800)299-8694
                                             Federal Tax ID# 94-3360691

          Patient: LORIE S. ALLEN  23-0202
      Category: Attorney
          SSN: XXX-XX-5183                   Base Fee:        5.00
      Birth Date: 04/26/1982                 Page Fee:       11.00
  Admission Date:  / /                       Shipping:        0.83
    Requester ID:                            Handling:        0.00
        Other ID:                            Itemized:        0.00
         TDN/VPN:                            Tax:             0.00
     Paper Pages:        11                  Adjustment:      0.00
 Microfiche Pages:        0                  Pre-Payment:     0.00
  Computer Pages:         0                  Total Due:      16.83

## Please return this portion with your payment payable to:

ChartONE, Inc.                     Date: 12/24/2003
P.O. Box 1438                      Invoice: 267733-1-200730
San Jose, CA 95109-1438            Patient: LORIE S. ALLEN
                                   Hospital: Evergreen Medical Center, Evergreen AL

Please check box [ ] if cardholder's billing address is different than requester's address and note on the reverse side of this remittance slip.

CORY WATSON CROWDER ET AL          Mastercard [ ]      Visa [ ]
                                   Card #_____
2131 MAGNOLIA AVE                  Exp. Date_____
                                   Name/Signature (Cardholder):_____
BIRMINGHAM, AL 35205               Contact Phone: _____
                                   Total Payment:_____

## ChartONE, Inc.
P.O. Box 1438, San Jose, CA 95109-1438 (800)299-8694



## INVOICE

Invoice Number:     267733- -200731                                    Date:  12/24/2003
Medical Record Number: ALLEM

Dear Valued Requester:

Per your request, enclosed are the medical records forwarded from Evergreen Medical Center, Evergreen, AL.

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE. A service charge of 1.5% per month (annual rate 18%), except
Michigan state, will be charged if not paid within 30 days from the date of this invoice.
Please detach the bottom portion of this invoice and return with your remittance to ChartONE, Inc. to ensure proper credit.

Comments:

---

Requested by:
   Attorney:
   CORY WATSON CROWDER ET AL

   2131 MAGNOLIA AVE

   BIRMINGHAM, AL 35205
   (205)328-2200-

Please make check payable to:

   ChartONE, Inc.
   P.O. Box 1438
   San Jose, CA 95109-1438
   (800)299-8694
   Federal Tax ID# 94-3360691

---

Patient: MICHAEL ALLEN  0023-00200

| | | | |
|---|---|---|---|
| Category: Attorney | | Base Fee: | 5.00 |
| SSN: XXX-XX-6355 | | Page Fee: | 7.00 |
| Birth Date: 03/26/1948 | | Shipping: | 0.60 |
| Admission Date: / / | | Handling: | 0.00 |
| Requester ID: | | Itemized: | 0.00 |
| Other ID: | | Tax: | 0.00 |
| TDN/VPN: | | Adjustment: | 0.00 |
| Paper Pages: | 7 | Pre-Payment: | 0.00 |
| Microfiche Pages: | 0 | Total Due: | 12.60 |
| Computer Pages: | 0 | | |

## Please return this portion with your payment payable to:

                                        Date: 12/24/2003
ChartONE, Inc.                          Invoice: 267733-1-200731
P.O. Box 1438                           Patient: MICHAEL ALLEN
San Jose, CA 95109-1438                 Hospital: Evergreen Medical Center, Evergreen AL

Please check box [ ] if cardholder's billing address is different than requester's address and note on the reverse side
of this remittance slip.

                                        Mastercard [ ]        Visa [ ]
CORY WATSON CROWDER ET AL               Card #_____
                                        Exp. Date_____
2131 MAGNOLIA AVE                       Name/Signature (Cardholder):_____
                                        Contact Phone: _____
BIRMINGHAM, AL 35205                    Total Payment:_____

# ChartONE, Inc.
P.O. Box 1438, San Jose, CA 95109-1438 (800)299-8694



# INVOICE

Invoice Number:     267733- -200729
Medical Record Number: ALLEL

Date:  12/24/2003

Dear Valued Requester:

Per your request, enclosed are the medical records forwarded from Evergreen Medical Center, Evergreen, AL.

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE. A service charge of 1.5% per month (annual rate 18%), except Michigan state, will be charged if not paid within 30 days from the date of this invoice.
Please detach the bottom portion of this invoice and return with your remittance to ChartONE, Inc. to ensure proper credit.

Comments:

Requested by:
  Attorney:
  CORY WATSON CROWDER ET AL

  2131 MAGNOLIA AVE

  BIRMINGHAM, AL 35205
  (205)328-2200-

Please make check payable to:

ChartONE, Inc.
P.O. Box 1438
San Jose, CA 95109-1438
(800)299-8694
Federal Tax ID# 94-3360691

|  |  |  |
|---|---|---|
| Patient: LOU ELLEN  ALLEN   23·0201 | | |
| Category: Attorney | Base Fee: | 5.00 |
| SSN: XXX-XX-6912 | Page Fee: | 15.00 |
| Birth Date: 07/30/1954 | Shipping: | 1.06 |
| Admission Date:  / / | Handling: | 0.00 |
| Requester ID: | Itemized: | 0.00 |
| Other ID: | Tax: | 0.00 |
| TDN/VPN: | Adjustment: | 0.00 |
| Paper Pages:       15 | Pre-Payment: | 0.00 |
| Microfiche Pages:    0 | Total Due: | 21.06 |
| Computer Pages:     0 | | |

## Please return this portion with your payment payable to:

ChartONE, Inc.
P.O. Box 1438
San Jose, CA 95109-1438

Date:  12/24/2003
Invoice: 267733-1-200729
Patient: LOU ELLEN  ALLEN
Hospital: Evergreen Medical Center, Evergreen AL

Please check box [ ] if cardholder's billing address is different than requester's address and note on the reverse side of this remittance slip.

CORY WATSON CROWDER ET AL

2131 MAGNOLIA AVE

BIRMINGHAM, AL 35205

Mastercard [  ]       Visa [  ]
Card #_____
Exp. Date_____
Name/Signature (Cardholder):_____
Contact Phone: _____
Total Payment:_____

# ChartONE, Inc.
## P.O. Box 152472, Irving, TX 75015-2472 (800)299-8694

# INVOICE

Invoice Number:     361152- -118251

Medical Record Number: 506929

Date:  02/14/2008

Dear Judy Sisson:

Per your request, enclosed are the medical records forwarded from TRINITY MEDICAL CENTER, BIRMINGHAM, AL.

This information may have been disclosed to you from records protected by Federal confidentiality rules (42 CFR part 2). The Federal, and certain state, rules prohibit you from making any further disclosure of this information unless expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by such rules. A general authorization for the release of medical or other information is NOT sufficient for this purpose.

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE. A service charge of 1.5% per month (annual rate 18%), except Michigan state, will be charged if not paid within 30 days from the date of this invoice.
Please detach the bottom portion of this invoice and return with your remittance to ChartONE, Inc. to ensure proper credit.

Comments / Ship To:

Requested by:

Judy Sisson:
CORY WATSON CROWDER &

2131 MONGOLIA AVENUE

BIRMINGHAM, AL 35205
(205)271-7185-

Please make check payable to:

ChartONE, Inc.
P.O. Box 152472
Irving, TX 75015-2472
(800)299-8694
Federal Tax ID# 94-3360691

| | |
|---|---|
| Patient: Lou  Allen | |
| Category: Attorney | |
| SSN: XXX-XX-6912 | Base Fee:     5.00 |
| Birth Date: 07/30/1954 | Page Fee:    22.00 |
| Admission Date:  / / | Shipping:     0.75 |
| Requester ID: | Handling:     0.00 |
| Other ID: | Itemized:     0.00 |
| TDN/VPN: | Tax:     2.16 |
| Paper Pages:        1 | Adjustment:     0.00 |
| Microfiche Pages:      14 | Pre-Payment:     0.00 |
| Computer Pages:       0 | Total Due:    29.91 |

## Please return this portion with your payment payable to:

ChartONE, Inc.
P.O. Box 152472
Irving, TX 75015-2472

Date: 02/14/2008
Invoice: 361152-1-118251
Patient: Lou Allen
Hospital: TRINITY MEDICAL CENTER,
Total Due:   29.91

Please check box [ ] if cardholder's billing address is different than requester's address and note on the reverse side of this remittance slip.

CORY WATSON CROWDER &

2131 MONGOLIA AVENUE

BIRMINGHAM, AL 35205

Mastercard [  ]        Visa [  ]
Card # _____
Exp. Date _____
Name/Signature (Cardholder): _____
Contact Phone: _____
Total Payment: _____

## ChartONE, Inc.
P.O. Box 152472, Irving, TX 75015-2472 (800)299-8694

## INVOICE

Invoice Number:      361152- -118250                                Date:  02/14/2008
Medical Record Number: 573027

Dear Judy Sisson:

Per your request, enclosed are the medical records forwarded from TRINITY MEDICAL CENTER, BIRMINGHAM, AL.

This information may have been disclosed to you from records protected by Federal confidentiality rules (42 CFR part 2) The Federal, and
certain state, rules prohibit you from making any further disclosure of this information unless expressly permitted by the written consent of
the person to whom it pertains or as otherwise permitted by such rules. A general authorization for the release of medical or other
information is NOT sufficient for this purpose.

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE. A service charge of 1.5% per month (annual rate 18%), except
Michigan state, will be charged if not paid within 30 days from the date of this invoice.
Please detach the bottom portion of this invoice and return with your remittance to ChartONE, Inc. to ensure proper credit.

Comments / Ship To:

| Requested by: | | |
|---|---|---|
| Judy Sisson: | | Please make check payable to: |
| CORY WATSON CROWDER & | | |
| | | ChartONE, Inc. |
| 2131 MONGOLIA AVENUE | | P.O. Box 152472 |
| | | Irving, TX 75015-2472 |
| BIRMINGHAM, AL 35205 | | (800)299-8694 |
| (205)271-7185- | | Federal Tax ID# 94-3360691 |

| | | | |
|---|---|---|---|
| Patient: Lori  Allen | | | |
| Category: Attorney | | Base Fee: | 5.00 |
| SSN: XXX-XX-5183 | | Page Fee: | 17.50 |
| Birth Date: 04/26/1982 | | Shipping: | 0.75 |
| Admission Date: / / | | Handling: | 0.00 |
| Requester ID: | | Itemized: | 0.00 |
| Other ID: | | Tax: | 1.80 |
| TDN/VPN: | | Adjustment: | 0.00 |
| Paper Pages: | 1 | Pre-Payment: | 0.00 |
| Microfiche Pages: | 11 | Total Due: | 25.05 |
| Computer Pages: | 0 | | |

## Please return this portion with your payment payable to:

| | |
|---|---|
| | Date: 02/14/2008 |
| ChartONE, Inc. | Invoice: 361152-1-118250 |
| P.O. Box 152472 | Patient: Lori  Allen |
| Irving, TX 75015-2472 | Hospital: TRINITY MEDICAL CENTER, |
| | Total Due:  25.05 |

Please check box [ ] if cardholder's billing address is different than requester's address and note on the reverse side
of this remittance slip.

| | |
|---|---|
| CORY WATSON CROWDER & | Mastercard [  ]      Visa [  ] |
| | Card #_____ |
| | Exp. Date_____ |
| 2131 MONGOLIA AVENUE | Name/Signature (Cardholder):_____ |
| | Contact Phone: _____ |
| BIRMINGHAM, AL 35205 | Total Payment:_____ |

JERRY NELSON, M.D.
WILLIAM A. BRIGHT, M.D.
RONALD C. PHELPS, M.D.
R. MARK KENDRICK, M.D.
TIMOTHY L. McGHEE, M.D.
CHARLES E. KING, JR., M.D.
CATHY C. LOVETT, M.D.
HOWARD C. HOLLEY, M.D.
RICHARD C. VAUM, M.D.
RUSSELL A. SCHOLL, M.D.
SUSAN M. GRIFFITH, M.D.

# THE RADIOLOGY CLINIC, LLC
## 208 McFARLAND CIRCLE, NORTH
## TUSCALOOSA, ALABAMA 35406
## (205) 345-7000

J. ALEX LUSHINGTON, JR., M.D.
J. BYRON SPEED, M.D.
MICHAEL F. DeVENNY, M.D.
ELIZABETH D. CALDWELL, M.D.
ROBERT W. MILLER, M.D.
MARGARET C. GUARISCO, M.D.
G. CHRISTOPHER MILLER, M.D.
BERNARD J. VEILLON, M.D.
MATHEW M. MERRITT, M.D.
R. DOUGLAS HAMITER, M.D.
HUGH M. BORAK, M.D.

December 31, 2003



Cory, Watson, Crowder and DeGaris
Attn: Judy Sisson
2131 Magnolia Avenue
Birmingham, AL 35205

Dear Ms. Sisson:

Enclosed are the itemized bills and/or records you requested. Following is a summary of our charges for this information:

| | |
|---|---|
| Patient: | Michael Allen  $\,$ 23 - CZCC |
| Search Fee: | $5.00 |
| Pages: | 7@ $1.00 each |
| Postage: | $.60 |
| TOTAL: | $12.60 |

Please make checks payable to The Radiology Clinic, L.L.P. If you have any questions, please call Carol Neely at 205-345-7000 ext. 243.

Thank you,

John Humber, J.D.
Executive Director

JERRY NELSON, M.D.
WILLIAM A. BRIGHT, M.D.
RONALD C. PHELPS, M.D.
R. MARK KENDRICK, M.D.
TIMOTHY L. MCGHEE, M.D.
CHARLES E. KING, JR., M.D.
CATHY C. LOVETT, M.D.
HOWARD C. HOLLEY, M.D.
RICHARD C. VAUM, M.D.
RUSSELL A. SCHOLL, M.D.
SUSAN M. GRIFFITH, M.D.

# THE RADIOLOGY CLINIC, LLC
208 MCFARLAND CIRCLE, NORTH
TUSCALOOSA, ALABAMA 35406
(205) 345-7000

J. ALEX LUSHINGTON, JR., M.D.
J. BYRON SPEED, M.D.
MICHAEL F. DeVENNY, M.D.
ELIZABETH D. CALDWELL, M.D.
ROBERT W. MILLER, M.D.
MARGARET C. GUARISCO, M.D.
G. CHRISTOPHER MILLER, M.D.
BERNARD J. VEILLON, M.D.
MATHEW M. MERRITT, M.D.
R. DOUGLAS HAMITER, M.D.
HUGH M. BORAK, M.D.

December 31, 2003



Cory, Watson, Crowder and DeGaris
Attn: Judy Sisson
2131 Magnolia Avenue
Birmingham, AL  35205

Dear Ms. Sisson:

Enclosed are the itemized bills and/or records you requested. Following is a summary of
our charges for this information:

| | |
|---|---|
| Patient: | Lou Ellen Allen   23.0201 |
| Search Fee: | $5.00 |
| Pages: | 7@ $1.00 each |
| Postage: | $.60 |
| TOTAL: | $12.60 |

Please make checks payable to The Radiology Clinic, L.L.P.  If you have any questions,
please call Carol Neely at 205-345-7000 ext. 243.

Thank you,

John Humber, J.D.
Executive Director

JERRY NELSON, M.D.
WILLIAM A. BRIGHT, M.D.
RONALD C. PHELPS, M.D.
R. MARK KENDRICK, M.D.
TIMOTHY L. McGHEE, M.D.
CHARLES E. KING, JR., M.D.
CATHY C. LOVETT, M.D.
HOWARD C. HOLLEY, M.D.
RICHARD C. VAUM, M.D.
RUSSELL A. SCHOLL, M.D.
SUSAN M. GRIFFITH, M.D.

**THE RADIOLOGY CLINIC, LLC**
206 McFARLAND CIRCLE, NORTH
TUSCALOOSA, ALABAMA 35406
(205) 345-7000

J. ALEX LUSHINGTON, JR., M.D.
J. BYRON SPEED, M.D.
MICHAEL F. DEVENNEY, M.D.
ELIZABETH D. CALDWELL, M.D.
MARGARET C. GUARISCO, M.D.
G. CHRISTOPHER MILLER, M.D.
BERNARD J. VEILLON, M.D.
MATHEW M. MERRITT, M.D.
R. DOUGLAS HAMITER, M.D.
HUGH M. BORAK, M.D.

*7/2/04*

June 30, 2004

Cory, Watson, Crowder and DeGaris
Attn: Judy Sisson
2131 Magnolia Avenue
Birmingham, AL 35205

Dear Ms. Sisson:

Enclosed are the itemized bills and/or records you requested. Following is a summary of our charges for this information:

| | |
|---|---|
| Patient: | Michael Allen *23-0200* |
| Search Fee: | $5.00 |
| Pages: | 9 @ $1.00 each |
| Postage: | $.60 |
| TOTAL: | $14.60 |

Please make checks payable to The Radiology Clinic, L.L.P. If you have any questions, please call Carol Neely at 205-345-7000 ext. 243.

Thank you,

John Humber, J.D.
Executive Director

JERRY NELSON, M.D.
WILLIAM A. BRIGHT, M.D.
RONALD C. PHELPS, M.D.
R. MARK KENDRICK, M.D.
TIMOTHY L. MCGHEE, M.D.
CHARLES E. KING, JR., M.D.
CATHY C. LOVETT, M.D.
HOWARD C. HOLLEY, M.D.
RICHARD C. VAUM, M.D.
RUSSELL A. SCHOLL, M.D.
SUSAN M. GRIFFITH, M.D.

THE RADIOLOGY CLINIC, LLC
208 MCFARLAND CIRCLE, NORTH
TUSCALOOSA, ALABAMA 35406
(205) 345-7000

J. ALEX LUSHINGTON, JR., M.D.
J. BYRON SPEED, M.D.
MICHAEL F. DEVENNEY, M.D.
ELIZABETH D. CALDWELL, M.D.
MARGARET C. GUARISCO, M.D.
G. CHRISTOPHER MILLER, M.D.
BERNARD J. VEILLON, M.D.
MATHEW M. MERRITT, M.D.
R. DOUGLAS HAMITER, M.D.
HUGH M. BORAK, M.D.

July 26, 2004

Cory, Watson, Crowder and DeGaris
Attn: Judy Sisson
2131 Magnolia Avenue
Birmingham, AL  35205

Dear Ms. Sisson:

Enclosed are the itemized bills and/or records you requested. Following is a summary of our charges for this information:

| | |
|---|---|
| Patient: | Lori S. Allen  23-021 |
| Search Fee: | $5.00 |
| Pages: | 5@ $1.00 each |
| Postage: | $.60 |
| TOTAL: | $10.60 |

Please make checks payable to The Radiology Clinic, L.L.P.  If you have any questions, please call Carol Neely at 205-345-7000 ext. 243.

Thank you,

John Humber, J.D.
Executive Director

# the Downtown Clinic
**Dr. Leon Campbell**
920 21ˢᵗ Avenue
Tuscaloosa, Alabama 35401
(205) 391-4980

9-19-05

September 15, 2005

Anneseley H. Degaris
Cory, Watson, Crowder
& Degaris, P.C.
2131 Magnolia Avenue
Birmingham, Alabama 35205

Dear Sir:

At your request, attached are three ledger statements for the Allens, Mike, Lori, and Lou Ellen

These are for their comprehensive records reviews, prognostic reports, and disability evaluations

and ratings, not including fees for their medical services.

| | |
|---|---|
| Mike Allen: | $1,440.00 |
| Lori Allen: | $700.00 |
| Lou Ellen Allen: | $1,350.00 |
| | $3,490.00 |

Your attention on this matter is greatly appreciated

Sincerely,

Leon H. Campbell MD

# *BAPTIST HEALTH SYSTEM, INC.*
# *INVOICE*

*BILLED TO: Cory Watson Crowder & Degaris, P.C.*
*2131 Magnolia Avenue*
*Birmingham, Al 35205*



*DATE*: 12/17/03

PLEASE BE ADVISED, THIS IS NOT MEDICAL RECORDS AND DOES NOT APPLY TO STATUTE
S. 431.  THESE ARE BILLING RECORDS AND CHARGES ARE PER INDIVIDUAL ACCOUNTS
THAT HAVE TO BE PULLED.  THIS IS OUR COST FOR HAVING THESE FILES PULLED.

*PATIENT*: Michael Allen

*NUMBER OF ACCOUNTS PULLED*: 3

PULL FEE:  $5.00

COPIES:     4    AT $1.00 EACH                          AMOUNT:$ 4.00

COPIES:_____AT $ .50 EACH                          AMOUNT:

REIMBURSEMENT FOR ORDER TO APPEAR:..........................................AMOUNT:$
($20.00 PER HOUR WITH 1 HOUR MINIMUM)

**DUE 10 DAYS FROM DATE OF INVOICE......................  TOTAL$9.00**

## Please make check payable to:

*Baptist Health System, Inc.*
*Consolidated Business Office*
*Attn: Stella Miller 6th Fl. S.O.N.*
*800 Montclair Road*
*Birmingham, Al 35213*

*For inquires please call 205-599-4808 or 877-836-2837*

# BAPTIST HEALTH SYSTEM, INC.
## INVOICE

*BILLED TO:* **Cory Watson Crowder & DeGaris, P.C.**
**2131 Magnolia Avenue**
**Birmingham, Al 35205**

*DATE:* 12/23/03

PLEASE BE ADVISED, THIS IS NOT MEDICAL RECORDS AND DOES NOT APPLY TO STATUTE
S. 431. THESE ARE BILLING RECORDS AND CHARGES ARE PER INDIVIDUAL ACCOUNTS
THAT HAVE TO BE PULLED. THIS IS OUR COST FOR HAVING THESE FILES PULLED.

**PATIENT:** Lori S Allen 0023-00202

*NUMBER OF ACCOUNTS PULLED:* 1

**PULL FEE:** $5.00

COPIES: ___2___ AT $1.00 EACH           AMOUNT: $ 2.00

COPIES: _____ AT $ .50 EACH           AMOUNT: $0.00

REIMBURSEMENT FOR ORDER TO APPEAR:......................................AMOUNT:$
($20.00 PER HOUR WITH 1 HOUR MINIMUM)

**DUE 10 DAYS FROM DATE OF INVOICE.................... TOTAL $7.00**

## Please make check payable to: Baptist Health Systems Inc;

*Remittance Address::*
*Baptist Health System, Inc.*
*Consolidated Business Office*
*Attn: Stella Miller 6th Fl. S.O.N.*
*800 Montclair Road*
*Birmingham, Al 35213*

## For inquires please call 205-599-4808 or 877-836-2837

# *BAPTIST HEALTH SYSTEM, INC.*
## *INVOICE*

 *12/29/03*

*BILLED TO: Cory Watson Crowder & DeGaris, P.C.*
*2131 Magnolia Avenue*
*Birmingham, Al 35205*

*DATE:* 12/23/03

PLEASE BE ADVISED, THIS IS NOT MEDICAL RECORDS AND DOES NOT APPLY TO STATUTE
S. 431. THESE ARE BILLING RECORDS AND CHARGES ARE PER INDIVIDUAL ACCOUNTS
THAT HAVE TO BE PULLED. THIS IS OUR COST FOR HAVING THESE FILES PULLED.

PATIENT: Lou Ellen Allen *023 - 00301*

*NUMBER OF ACCOUNTS PULLED:* 1

PULL FEE: $5.00

COPIES: 2 AT $1.00 EACH               AMOUNT:$ 2.00

COPIES: AT $ .50 EACH                 AMOUNT: $0.00

REIMBURSEMENT FOR ORDER TO APPEAR:.........................................AMOUNT:$
($20.00 PER HOUR WITH 1 HOUR MINIMUM)

**DUE 10 DAYS FROM DATE OF INVOICE.................... TOTAL$7.00**

*Please make check payable to: Baptist Health Systems Inc;*

*Remittance Address::*
*Baptist Health System, Inc.*
*Consolidated Business Office*
*Attn: Stella Miller 6ᵗʰ Fl. S.O.N.*
*800 Montclair Road*
*Birmingham, Al 35213*

*For inquires please call 205-599-4808 or 877-836-2837*

## STATEMENT OF ACCOUNT

## TRINITY MEDICAL CENTER RADIOLOGY DEPARTMENT

STATEMENT DATE: _Feb. 14, 2008_

ACCOUNT NUMBER: 720-404  _— Tax Id # 20839._

BILL TO: _Judy @ Colley Watson Atty._

PATIENT'S NAME: _Lou Allen  — MR# 506 929_

DESCRIPTION OF CHARGES:

_CT Chest with contrast. date of service 8/31/03_
_had a total of 3 films, to be made._

_3_ Copies of Radiographs ($5.00 each)          _$15.00_ Amount

Make check(s) payable to: TRINITY MEDICAL CENTER-RADIOLOGY DEPARTMENT

MAIL TO:

**Trinity Medical Center**
**Department of Radiology** _— Ground Floor._
**800 Montclair Road**
**Birmingham, AL 35213**
_Attn: Rick Kolaczek_

Please find envelope enclosed.

*Star of Life Systems, INC*
*16440 Hwy 84*
*Evergreen, Alabama 36401*
*Phone 251-578-6040*
*Fax 251-578-6824*
*Michael Lambert, owner*
*ccems@bellsouth.net*

December 14, 2007

Cory, Watson, Crowder & DeGaris
Attorney at Law
2131 Magnolia Ave
2nd Floor
Birmingham, Al. 35205

To Whom It May Concern:

Enclosed are the requested documents for the Allen Family accident on 08-29-2003. Our
charge for this service is $15.00. Should you have any questions, or need additional
information, please feel free to give our office a call.

Thank You,

Marqueeta Powell
Secretary to Michael C. Lambert
Enclosed (3pcr)

**Brookwood**
Medical ✚ Center

December 14, 2007

Cory Watson Crowder & DeGaris, P.C.
2131 Magnolia Avenue, 2nd Floor
Birmingham, Alabama 35205

RE: Account Number(s) # 025726407 and 022265201
    Patient Name: Lou E. Allen

*ATTN: Ms. Judy Sisson,*

Please find enclosed copies of the billing records you have requested. Due to the expense involved in providing this material, our facility has assessed the following charges in accordance with Alabama Code 1975 & 12-21-6.1:

- ⊛ *A five dollar ($5.00) search fee for all records requested*
- ⊛ *One dollar ($1.00) for each page of the first 25 pages*
- ⊛ *50 cents ($.50) for each page in excess of 25 pages*

We are forwarding 2 statement(s) with total page count of 4 for a total charge of $9.00. Please include a copy of this letter when making payment for the copied material and mail to the following address:

> **Brookwood Medical Center**
> **Attn: Patient Financial Services**
> **2010 Brookwood Medical Center Drive**
> **Birmingham, Alabama 35209**

If you have any questions or concerns, please contact our Customer Service Department at (205) 877-1926 or toll-free at 866-539-2455.

Sincerely,

*Phyllis Addison*

**Customer Service Representative**
Patient Financial Services
Brookwood Medical Center

# PHYSIOTHERAPY ASSOCIATES
# 1242 MARTIN STREET SOUTH
# PELL CITY, AL 35128

RECEIVED 6/28/04

# INVOICE

DATE _6.18.04_

_Cory, Watson, Crowder & DeGaris, P.C._
_2131 Magnolia Ave, Sec. Floor_
_Birmingham, AL 35205_
RE: _Michael Allen_ -MEDICAL RECORDS
ATTENTION: _Judy Sisson_

___22___ PAGES @ $1.00 PER PAGE     $ _22.00_
RESEARCH FEE                          5.00
POSTAGE                               _1.29_

AMOUNT DUE                          $ _28.29_

PLEASE MAKE CHECK PAYABLE TO Physiotherapy Associates
                            1242 Martin Street South
                            Pell City, Al 35128
ONCE WE RECEIVE PAYMENT, THE MEDICAL RECORDS WILL BE FORWARDED TO
YOUR ATTENTION.
IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT ME AT THE NUMBER LISTED
ABOVE.

THANK YOU,

SUSAN PHILLIPS
OFFICE MANAGER
PELL CITY

# PHYSIOTHERAPY ASSOCIATES
# 1242 MARTIN STREET SOUTH
# PELL CITY, AL 35128

# INVOICE

DATE _8.4.04_____

_____

_Cory, Watson, Crowder & DeGaris, P.C._
_2131 Magnolia Ave._
_B'Ham, AL 35205_
RE:_Lou Ellen Allen_____ -MEDICAL RECORDS

ATTENTION: _Judy Sisson_

_17_____ PAGES @ $1.00 PER PAGE      $17.00
RESEARCH FEE                            5.00
POSTAGE                                 1.06

AMOUNT DUE                           $23.06

PLEASE MAKE CHECK PAYABLE TO Physiotherapy Associates
                             1242 Martin Street South
                             Pell City, Al 35128
ONCE WE RECEIVE PAYMENT, THE MEDICAL RECORDS WILL BE FORWARDED TO
YOUR ATTENTION.
IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT ME AT THE NUMBER LISTED
ABOVE.

THANK YOU,

SUSAN PHILLIPS
OFFICE MANAGER
PELL CITY

PHYSIOTHERAPY ASSOCIATES
5415 BEACON DR
SUITE 123
IRONDALE, AL 35210
PHONE 205-957-1465
FAX 205-957-1468

Patient Account Number: _21305_

Patient Name: _Cori Allen_    22-0202

Date of Birth: _4.26.82_

Please provide the payment indicated below so that we can forward the requested information for this patient.

Charges for production of Medical Records:

Research Fee...............................................$5.00

_22_ Sheets @ $1.00 per sheet _$22.00_ (up to 25 sheets)

_____ Sheets @ $.50 per sheet _____ (after 26 sheets)

_____ Postage.................._____

Total Billing.........................$27.00

By: _Michelle SECD - CBM_

Date: _7.9.04_

#4567
7/20/04

CUNNINGHAM PATHOLOGY ASSOCIATES,LLC
2010 Brookwood Medical Center Drive,Birmingham,Alabama 35209
Phone (205)877-1135 / Fax (205)877-1135



# Invoice B04 #6

DATE: 2-6-04

BILL TO: Cory, Watson, Crowder + DeGaris, P.C.
Medical Records Dept. – SE
2131 magnolia Ave. Second floor
B'ham, al 35205

PATIENT NUMBER: CBW0-03-32130

PATIENT NAME: Lori Allen #23-0202

Please make check payable to: Cunningham Pathology,LLC
Attention: Carol Gray
924 Montclair Road
Birmingham, Alabama 35213

for _____ slides at $5.00 a slide

$ 25⁰⁰ _____ Record Retrieval Fee at $25.00

$ 2⁰⁰ _____ Reproduction Fee at $1.00 per page

$ 27⁰⁰ _____ TOTAL AMOUNT DUE

INVOICE NUMBER: B04 #6

**WOMEN'S CARE SPECIALISTS, P.C.**
**OBSTETRICS AND GYNECOLOGY**
2006 Brookwood Medical Center Drive
Women's Medical Plaza • Suite 600
Birmingham, Alabama 35209
(205) 877-2971 • Fax (205) 877-2964

Cynthia K. McCaleb, MD
Janet A. Davis, MD
James E. Lyle, MD
Karla G. Kennedy, MD
Beth A. Barron, MD
Jennifer M. Maddox, MD

TO WHOM IT MAY CONCERN,

From : Medical Record Department

Date: _/₤ - 3/- 03_

Regarding: _Keu allon_

_93-0302_

Requirements for copying medical records:

( ) Authorization to release medical information SIGNED
    by the patient.
( ) Please furnish additional information:
( ) Social Security Number_____
( ) Maiden or previous name_____
( ) Date of Birth_____

Upon receipt of the above information and/or prepayment, records will
be promptly forwarded.

(X) Prepayment -Payment in advance
    $5.00 Flat Charge          5 CO
    $1.00 for the first 25 sheets x4   4 00
    $ .50  for sheets 26 and up_____
    Postage_____ 60
Tax ID# 63-0909626_____  960

# EVERGREEN MEDICAL CENTER

P. O. BOX 706 – EVERGREEN, AL 36401 (251)578-2480
TAX ID # 63-0828920

## HEALTH INFORMATION REPRODUCTION FEES

Enclosed are the Medical Records you requested. Payment for reproduction is
due upon receipt of records. Please make check payable to Evergreen Medical
Center.

8-14-03

DATE 8-11-04

RF# 1439

PATIENT Judy Sisson                DOB 4-24-1982

REQUESTED BY (Ury Watson Crowder + DeGaris, P.C.

COMPLETED BY RECORD CUSTODIAN Ruva Crosby
SUMMARY OF CHARGERS:

# of pages copied 30

$1.00 per page for first 25 pages          $ 25.00
$ .50 per page after 25 pages                 6.00
$5.00 search fee(year 1991 to 2002)
$20.00 search fee(years before 1990)

TOTAL CHARGES                              $ 31.00

---

Please return this portion with your payment to:

Evergreen Medical Center          Date: 8-11-04
Attn: Business Office             RF# 1439
P. O. Box 706                     Patient Judy Sisson — Lorie S. Alley
Evergreen, AL 36401               Total Charges$ 31.00
Tax ID # 63-0828920
                                  23-0202

**MARIA R. CUMAGUN, M.D.**
106 Edwina Street
Evergreen, Alabama 36401

REC'D 12/22/03

Office Hours
8:30 to 5:30
Monday - Friday

Phone
578-4300

Date ___12/18/2003___

Cory, Watson, Crowder & DeGaris, P.C.

2131 Magnolia Avenue

Birmingham, AL 35205

PROFESSIONAL SERVICES

MONTHLY STATEMENT

| | PREVIOUS BALANCE | | |
|---|---|---|---|
| Medical Records Billing Re: Lorie S. Allen 23-00503 Acct.# 52488 | | | |
| Search & Retrieval Fee 7 Pages @ $1.03 each | | $15 | 39 |
| | | $ 7 | 21 |
| **TOTAL** | | $22 | 60 |





**ENT**
Associates of Alabama PC

**1-888-368-5020**
Toll Free

* General Ear, Nose and Throat
* Head and Neck Surgery
* Facial Plastic and Reconstructive Surgery
* Allergy
* Hearing Aids
* Otology and Neurotology
* Voice Disorders

Morton Goldfarb, M.D., F.A.C.S., C.E.O.
John W. Poynor, M.D., F.A.C.S.
John M. Gerwin, M.D., F.A.C.S.
Jack W. Aland, M.D., F.A.C.S.
Sheldon J. Block, M.D., F.A.C.S.
C. Peyton Colvin, M.D.

L.Clark Simpson, M.D., F.A.C.S.
Howard M. Goldberg, M..D., F.A.C.S.
Alice H. Morgan, M.D., Ph.D., F.A.A.O.A.
John G. Simmons, M.D.
Cathy Cobb, Chief Financial Officer

Date: 6/22/05

To: _Cary Watson_
_att Judy _____

RE: _Michael P. Allen_   23-0200
DOB: _3/24/48_
ACCT: _115049_

Photocopy of medical records on _Michael P. Allen_ as requested.

Retrieval Fee:                                    $   5.00

_2_ pages @ $1.00 per page        $  7 00

_____ pages @ $ .50 per page        $ _____

Postage                                            $  .60

Total                                               $  13 60

**\*\*NOTE\*\*** Please return one copy of this statement with your check to:

ENT Associates of Alabama, P.C.
833 St. Vincent's Drive, POB III, Suite 402
Birmingham, Alabama 35205

If there are any additional questions regarding this correspondence, please contact our Medical Records Coordinator at (205) 933-9236. Thank You.    Dr. _____

Tax ID# 63-059-7037

St. Vincent
833 St. Vincent's Drive
POB #3 - Suite 402
Birmingham, AL 35205
Phone (205) 933-9236
FAX (205) 933-9213

Baptist Medical Center
880 Montclair Road
POB #3 - Suite 372
Birmingham, AL 35213
Phone (205) 591-8260
Fax (205) 918-1359

CRMC Cullman
1948 Alabama Hwy 157
POB #1 - Suite 410
Cullman, AL 35058
Phone (256) 737-0368
Fax (256) 734-9530

WBMC Jasper
3400 Highway 118
Suite 205
Jasper, AL 35501
Phone (205) 221-4630
Fax (205) 221-4731

Oneonta
Phone (205) 274-8198

Trussville - Baptist Health Center
Phone (205) 591-8260

**Smart Document Solutions, LLC**
P.O. Box 1812
Alpharetta, GA 30023-1812
Fed Tax ID 58 - 2659941
770-754-6000

# INVOICE

| Date | Invoice # |
|------|-----------|
| 12/16/2003 | 0018962620 |

Bill to:

JUDY SISSON
CORY WATSON CROWDER  DEGARIS
2131 MAGNOLIA AVE
STE 200
BIRMINGHAM, AL 35205

Ship to:

JUDY SISSON
CORY WATSON CROWDER _DEGARIS
2131 MAGNOLIA AVE
STE 200
BIRMINGHAM, AL 35205

Records from:

MONTCLAIR HOSPITAL
800 MONTCLAIR ROAD
7TH FLOOR
BIRMINGHAM, AL 35213

**Requested By:**  JUDY SISSON
**Patient Name:**  ALLEN MICHAEL    23-0200
**SSN:**    420646355
**DOB:**    032648

| Description | Quantity | Price Per | Amount |
|-------------|----------|-----------|--------|
| Basic Fee | | | 5.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 8 | 1.00 | 8.00 |
| Shipping/Handling | | | 0.60 |
| Subtotal | | | 13.60 |
| Sales Tax | | | 0.64 |
| Invoice Total | | | 14.24 |
| Balance Due | | | 14.24 |

--------------------------------- ✂ ---------------------------------

# Return stub with payment.

Please include invoice number on check.
To pay by credit card, please call 770-754-6000.

0018962620

Check # _____

Payment Amount $ _____

# INVOICE

Smart Document Solutions, LLC
P.O. Box 1812
Alpharetta, GA 30023-1812
Fed Tax ID 58-2659941
770-754-6000

| Date | Invoice # |
|------|-----------|
| 12/20/2003 | 0019034599 |

Bill to:

JUDY SISSON
CORY WATSON CROWDER DEGARIS
2131 MAGNOLIA AVE
STE 200
BIRMINGHAM, AL 35205

Ship to:

JUDY SISSON
CORY WATSON CROWDER DEGARIS
2131 MAGNOLIA AVE
STE 200
BIRMINGHAM, AL 35205

Records from:

MONTCLAIR HOSPITAL
800 MONTCLAIR ROAD
7TH FLOOR
BIRMINGHAM, AL 35213

**Requested By:** JUDY SISSON
**Patient Name:** ALLEN LOU ELLEN    23-0020/
**SSN:** 420806912
**DOB:** 073054

RECEIVED

| Description | Quantity | Price Per | Amount |
|-------------|----------|-----------|--------|
| Basic Fee | | | 5.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 11 | 1.00 | 11.00 |
| Shipping/Handling | | | 0.83 |
| Subtotal | | | 16.83 |
| Sales Tax | | | 0.88 |
| Invoice Total | | | 17.71 |
| Balance Due | | | 17.71 |

--------------------------------✂--------------------------------

# Return stub with payment.

Please include invoice number on check.
To pay by credit card, please call 770-754-6000.

0019034599

Check # _____

Payment Amount $ _____

# INVOICE

**Smart Document Solutions, LLC**
P.O. Box 1812
Alpharetta, GA 30023-1812
Fed Tax ID 58 - 2659941
770-754-6000

| Date | Invoice # |
|------|-----------|
| 01/01/2004 | 0019032883 |

Bill to:

CORY WATSON CROWDER DEGARIS
CORY WATSON CROWDER DEGARIS
2131 MAGNOLIA AVE
2ND FLOOR
BIRMINGHAM, AL 35205

Ship to:

CORY WATSON CROWDER DEGARIS
CORY WATSON CROWDER DEGARIS
2131 MAGNOLIA AVE
2ND FLOOR
BIRMINGHAM, AL 35205

Records from:

MONTCLAIR HOSPITAL
800 MONTCLAIR ROAD
7TH FLOOR
BIRMINGHAM, AL 35213

**Requested By:** CORY WATSON CROWDER DEGARIS
**Patient Name:** ALLEN LORI S
**SSN:** 416315183
**DOB:** 042682

| Description | Quantity | Price Per | Amount |
|-------------|----------|-----------|--------|
| Basic Fee | | | 5.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 8 | 1.00 | 8.00 |
| Shipping/Handling | | | 0.60 |
| Subtotal | | | 13.60 |
| Sales Tax | | | 0.64 |
| Invoice Total | | | 14.24 |
| Less Payment | | | -14.24 |
| Balance Due | | | 0.00 |

# Return stub with payment.

Please include invoice number on check.
To pay by credit card, please call 770-754-6000.

0019032883

Check # _____

Payment Amount $ _____

**Smart Document Solutions, LLC**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

Invoice #: 0021726975
Date:      06/26/2004

| Ship to: | Bill to: | Records from: |
|---|---|---|
| JUDY SISSON<br>COREY WATSON CROWDER ET AL<br>2131 MAGNOLIA AVE<br>BIRMINGHAM, AL 35205 | JUDY SISSON<br>COREY WATSON CROWDER ET AL<br>2131 MAGNOLIA AVE<br>BIRMINGHAM, AL 35205 | KIRKLIN CLINIC ORTHO SURGERY<br>2201 5TH AVENUE SOUTH<br>BIRMINGHAM, AL 35233 |

**Requested By:** JUDY SISSON
**Patient Name:** ALLEN MICHAEL

SSN:  420646355
DOB:  032648

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 0.00 |
| Retrieval Fee | | | 5.00 |
| Per Page Copy (Paper) 1 | 4 | 1.00 | 4.00 |
| Shipping/Handling | | | 0.60 |
| Subtotal | | | 9.60 |
| Sales Tax | | | 0.32 |
| Invoice Total | | | 9.92 |
| Less Payment | | | -9.92 |
| Balance Due | | | 0.00 |

6/30/04

············· ✂ ·············

**Smart Document Solutions, LLC**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

Invoice #: 0021726975

Check # _____

Payment Amount $_____

# 'lease return stub with payment.
lease include invoice number on check.
o pay by credit card, please call (770) 754-6000.

# INVOICE

**Smart Document Solutions, LLC**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

Invoice #: 0022828445
Date:    09/27/2004

| Ship to: | Bill to: | Records from: |
|---|---|---|
| COREY WATSON CROWDER ET AL<br>COREY WATSON CROWDER ET AL<br>2131 MAGNOLIA AVE<br>BIRMINGHAM, AL 35205 | COREY WATSON CROWDER ET AL<br>COREY WATSON CROWDER ET AL<br>2131 MAGNOLIA AVE<br>BIRMINGHAM, AL 35205 | KIRKLIN CLINIC ORTHO SURGERY<br>2201 5TH AVENUE SOUTH<br>BIRMINGHAM, AL 35233<br><br>*Colin C. Stewart, M.D*<br>*X-RAYS* |

**Requested By:** JUDY SISSON
**Patient Name:** ALLEN MICHAEL

SSN:    420646355
DOB:    032648

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 0.00 |
| Retrieval Fee | | | 5.00 |
| Per Page Copy (Paper) 1 | 4 | 1.00 | 4.00 |
| Shipping/Handling | | | 0.60 |
| Subtotal | | | 9.60 |
| Sales Tax | | | 0.32 |
| Invoice Total | | | 9.92 |
| Less Payment | | | -9.92 |
| Balance Due | | | 0.00 |

*9/30/04*

Terms: Net 30 days

---

✂

**Smart Document Solutions, LLC**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

Invoice #: 0022828445

Check # _____

Payment Amount $_____

# Please return stub with payment.
Please include invoice number on check.
To pay by credit card, please call (770) 754-6000.

# INVOICE

Smart Document Solutions, LLC
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

Invoice #: 0023595801
Date:    10/12/2004

**Ship to:**
JUDY SISSON
CORY WATSON CROWDER  DEGARIS
2131 MAGNOLIA AVE
STE 200
BIRMINGHAM, AL 35205

**Bill to:**
JUDY SISSON
CORY WATSON CROWDER  DEGARIS
2131 MAGNOLIA AVE
STE 200
BIRMINGHAM, AL 35205

**Records from**
ALABAMA SPORTS MEDICINE ,ORTH
1201 11TH AVENUE S., #200
Birmingham, AL 35255

10/15/04
23-0200

Requested By: CORY WATSON CROWDER  DEGARIS
Patient Name:  ALLEN MICHAEL

SSN:
DOB:

420646355
032648

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 0.00 |
| Retrieval Fee | | | 5.00 |
| Per Page Copy (Paper) 1 | 25 | 1.00 | 25.00 |
| Shipping/Handling | | | 1.29 |
| Subtotal | | | 31.29 |
| Sales Tax | | | 2.00 |
| Invoice Total | | | 33.29 |
| Balance Due | | | 33.29 |

Terms: Net 30 days

Please remit this amount : $ 33.29

------------------------------✂------------------------------

Smart Document Solutions, LLC
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

Invoice #: 0023595801

Check # _____
Payment Amount $_____

**Please return stub with payment.**
Please include invoice number on check.
To pay by credit card, please call (770) 754-6000.

Smart Document Solutions, LLC
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

Invoice #: 0030354052
Date:        12/03/2005

Ship to:

JUDY SISSON
COREY WATSON CROWDER ET AL
2131 MAGNOLIA AVE
BIRMINGHAM, AL 35205

Bill to:

JUDY SISSON
COREY WATSON CROWDER ET AL
2131 MAGNOLIA AVE
BIRMINGHAM, AL 35205

Records from:

ALABAMA SPORTS MEDICINE  ORTH
2800 UNIVERSITY BOULEVARD
SUITE 102
BIRMINGHAM, AL 35233

Requested By: CORY WTASON CROWDER ETAL
Patient Name: ALLEN MICHAEL

SSN:              420646355
FILE NUMBER:   230200

12/7/05

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 0.00 |
| Retrieval Fee | | | 5.00 |
| Per Page Copy (Paper) 1 | 5 | 1.00 | 5.00 |
| Shipping/Handling | | | 0.60 |
| Subtotal | | | 10.60 |
| Sales Tax | | | 0.45 |
| Invoice Total | | | 11.05 |
| Less Payment | | | -11.05 |
| Balance Due | | | 0.00 |

Pay your invoice online at www.SDSPayOnline.com

Terms: Net 30 days

--------------------------------------------------------

Smart Document Solutions, LLC
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

**Fast. Secure. Free.**
SDSPayOnline is a free, online payment processing service
that provides you a fast and convenient way to pay your
Smart Document Solutions invoice. You can now pay your
Smart Document Solutions invoice online by visiting
**www.SDSPayOnline.com**. Simply have your invoice and
major credit card ready to process your payment.

Invoice #: 0030354052

Check # _____

Payment Amount $_____

**'lease return stub with payment.**

'lease include invoice number on check.

o pay invoice online, please go to www.SDSPayOnline.com or call (770) 754 6000.

# HEALTHSOUTH
# Medical Center

Business Office
Phone (205) 930-7064
FAX    (205) 824-2326

## INVOICE

| DATE *10-26-04* | |
|---|---|
| TO: *Cory Watson* | |

Reproduction of HEALTHSOUTH Medical Center billing records and search fee for:
Patient _*Michael Allen*_

| 25  Pages @ $1.00/page | *21.00* |
|---|---|
| Pages @ $ .50/page | |
| Search Fee | *5.00* |
| TOTAL $ | *7.00* |

Please make your check payable to The Valencia Group, Inc. and mail to P. O. Box
36997, Birmingham, AL 35236-6997.

*A Member of the UAB Health System*

Management Services Organization

ⁿECEIVED

DATE: 01 07/2004

REQUESTED BY:

CORY WATSON CROWDER & DEGARIS, P.C.
ATTORNEYS AT LAW
ATTN: JUDY SISSON
2131 MAGNOLIA AV
BIRMINGHAM AL 35205

Dear Requester:

Per your request, enclosed are the billing records from UAHSF/MSO

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE!

PLEASE MAKE CHECK PAYABLE TO:

UAHSF-MANAGEMENT SERVICES ORGANIZATION
P.O. BOX 55309
BIRMINGHAM, AL 35255-5309

PHONE#- (205) 731-6055

PATIENT:   MICHAEL P. ALLEN,   ACCT #464740

DATE:       01/07/2004

SSN:         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

NUMBER OF PAGES:  3

$1.00 per page up to 25 pages =  $3.00

$ .50 each additional page       =

$5.00 Retrieval Fee              =    5.00

        TOTAL DUE        = $ 8.00

P. O. Box 55309 * Birmingham, Alabama 35255-5309
500 22ⁿᵈ Street South * Birmingham, Alabama 35233

UA
HSF

UNIVERSITY OF ALABAMA
HEALTH SERVICES FOUNDATION, P.C.

*A Member of the UAB Health System*                    Management Services Organization

DATE: 06/11/2004

REQUESTED BY:

CORY.WATSON.CROWDER & DEGARIS
ATTORNEYS AT LAW
ATTN: MEDICAL RECORDS DEPT. SE
2131 MAGNOLIA AVE., 2ND FLOOR
BIRMINGHAM, ALABAMA 35205

Dear Requester:

Per your request, enclosed are the billing records from  UAHSF/MSO

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE!

PLEASE MAKE CHECK PAYABLE TO:

UAHSF-MANAGEMENT SERVICES ORGANIZATION
P.O. BOX 55309
BIRMINGHAM, AL 35255-5309

PHONE#- (205) 731-6055

---

PATIENT:  MICHAEL ALLEN,   ACCT # 464740

DATE:      06/11/2004

SSN:       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

NUMBER OF PAGES:  3

$1.00 per page up to 25 pages =  $ 3.00

$ .50 each additional page       =

$5.00 Retrieval Fee              =     5.00

      TOTAL DUE        = $ 9.00

P. O. Box 55309 * Birmingham, Alabama 35255-5309
500  22nd Street South * Birmingham, Alabama 35233

UA
HSF

UNIVERSITY OF ALABAMA
HEALTH SERVICES FOUNDATION, P.C.

_A Member of the UAB Health System_

Management Services Organization

DATE: 08/23/2004

REQUESTED BY:

CORY, WATSON, CROWDER & DEGARIS
ATTORNEYS AT LAW
ATTN: JUDY SISSON
2131 MAGNOLIA AV.
BIRMINGHAM AL 35205

Dear Requester:

Per your request, enclosed are the billing records from UAHSF/MSO

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE!

PLEASE MAKE CHECK PAYABLE TO:

UAHSF-MANAGEMENT SERVICES ORGANIZATION
P.O. BOX 55309
BIRMINGHAM, AL 35255-5309

PHONE#- (205) 731-6055

PATIENT: MICHAEL P. ALLEN,  ACCT # 464740    23-0200

DATE:    08/23/2004

SSN:    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

NUMBER OF PAGES: 2

$1.00 per page up to 25 pages =  $2.00

$ .50 each additional page    =

Retrieval Fee             =    5.00

        TOTAL DUE       = $ 7.00

P.O. Box 55309 * Birmingham, Alabama 35255-5309
500 22nd Street South * Birmingham, Alabama 35233



12/22/03

# MICHELSON LASER VISION

your source for natural sight

MARC A. MICHELSON, M.D.

BERNARD C. TEKIELE III, O.D.
CATHERINE R. MURPHY, O.D.

## BILLING STATEMENT FOR CORY, WATSON, CROWDER & DEGARIS, P.C.

2131 Magnolia Avenue
Birmingham, AL  35205

ATTENTION:            MEDICAL RECORDS DEPARTMENT - SE

DATE:                 December 19, 2003

PATIENT NAME:         Michael Allen

MEDICAL RECORDS:      **August 29, 2003 to present**
                      **Sent by: Michelson Laser Vision**
                      **327 Summit Boulevard**
                      **Birmingham, AL  35243**
                      **(205) 969-8100**

FEE:                  $35.00

▼

( laser vision correction since 1991 )

327 Summit Boulevard•Birmingham, Alabama 35243
(205)969-8100•f(205)969-2011•toll free (877)871-3937
—————————— www.michelsonlaser.com——————————

Higlands Diagnostic Center
*A HealthSouth Facility*

Date: _____

To: _____
_____
_____
_____

Phone: _____          Fax: _____

From: Highlands Diagnostic Center
Medical Records Dept.
2173 Highland Ave.
Birmingham, Al. 35205
Phone: (205)933-8324          Fax: (205)939-3863

Patient: _____          Account#: _____
Date of Birth: _____          Date of Service: _____

Medical Records Copying Fees:
Paper Copying Charge: $1.00 per page (under 20 pages) .50 per page (over 20 pages)
Film Copying Charge: $8.00 per sheet
Search Fee: $5.00

## Billing Charge:

Paper Copies: _____ (# of pages)          $ _____

Film Duplication: _____ (# of sheets)          $ _____

Search Fee          $ _____

Postage Fee          $ _____

Total          $ _____

**DCH Collection Division**
**2615 6ᵗʰ Street Suite 5**
**Tuscaloosa, AL 35401**
**(205) 750-5876**

Date: _8|13|04_

Attention: _____
The Law Office of: _Cory Watson Crowder + Deberry_
Patient Name: _Michael Allen        -_____

The reasonable costs of reproducing copies of written or typed documents or reports shall not be more than one dollar ($1) for each page of the first 25 pages, not more than 50 cents ($.50) for each page in excess of 25 pages, and a search fee of five dollars ($5). If the medical records are mailed to the person making the request, reasonable costs shall include the actual costs of mailing the medical records.

Search Fee: $  5.00
_1_ Pages @ $1.00
____ Pages @ $0.50

**Total Charges: $ _6.00_**

Prepared By:  Jaime Price
Phone: (205) 750-5876    Fax: (205) 758-4391

*Please return this form or a copy along with your payment to my attention at:*
*DCH Collection Divison*
*2615 6ᵗʰ Street Suite 5*
*Tuscaloosa, AL 35401*